## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALLIED PACIFIC FOOD (DALIAN) CO.,
LIMITED, a foreign Limited Company,
888 Yong Zheng Industrial Ares
San Li
Jinzhou District
Dalian 116100
China

       Plaintiff,

vs.

                                    Civil Action No.:

UNITED STATES FOOD AND DRUG
ADMINISTRATION,
5600 Fishers Lane
Rockville, MD 20857

ANDREW C. VON ESCHENBACH, M.D.,
Commissioner of the United States Food
and Drug Administration,
5600 Fishers Lane
Rockville, MD 20857

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
200 Independence Ave., S.W.,
Washington, D.C. 20201

and

MICHAEL O. LEAVITT, Secretary of the
United States Department of Health and
Human Services
200 Independence Ave., S.W.
Washington, D.C. 20201,

       Defendants.
_____/

## COMPLAINT FOR DECLARATORY JUDGMENT
## AND INJUNCTIVE RELIEF

## COMPLAINT FOR DECLARATORY JUDGMENT
## AND INJUNCTIVE RELIEF

Plaintiff, Allied Pacific Food (Dalian) Co., Ltd. ("Allied"), sues Defendants, U.S. Food and Drug Administration, Andrew C. Von Eschenbach, M.D., Food and Drug Administration Commissioner ("Dr. Von Eschenbach"), United States Department of Health and Human Services ("HHS"), and Michael O. Leavitt, Secretary of Health and Human Services ("Secretary Leavitt") (collectively "FDA") for a declaratory judgment and injunctive relief and alleges the following:

### Introduction

Allied, a Chinese limited company, is an exporter of aquaculture products into the United States and has received international recognition for its aquaculture safety and compliance practices. In Import Alert 16-131, the FDA has implemented an unconstitutional rule that was passed in contravention of the Administrative Procedures Act ("A.P.A.") and the World Trade Organization ("W.T.O.") rule-making procedure, unfairly damages Allied as a Chinese exporter, and deprives it of fundamental Due Process rights. Specifically, FDA requires verifiably non-compliant food testing procedures by third-party laboratories to serve as the basis for prohibiting the importation of safe food products.

Import Alert 16-131 includes a strict methodology for testing, among other things, shrimp imports from China. Pursuant to this alert, Allied's customers – International Pacific, LLC, d/b/a Pacific Supreme ("Pacific Supreme"), Seacoast Seafood Supply, Inc. ("Seacoast"), and Thunder Bay Seafood Co., Inc. ("Thunder Bay") (the "Customers") – are to contract with third-party laboratories for the examinations, to be conducted according to the FDA methodology. Certain laboratories contracted by the Customers to conduct their tests fail to take many of the steps

2

required in the Import Alert; fail to submit to FDA any form of scientific validation of their un-validated testing; fail to notify the importer of record that the laboratory utilized an un-validated methodology; and fail to present the full laboratory analysis to the importer of record. Without this information, the Customers and affected third parties such as Allied cannot verify the accuracy or validity of the testimonial evidence presented to FDA for FDA's subsequent administrative adjudicative process. And because FDA has adopted a policy whereby the third-party laboratories are not allowed to test the shrimp a second time or to modify their initial reports in any way, Allied stands to suffer irreparable damage.

Allied's most catastrophic damage would be the result of an FDA refusal of any of Allied's shipments, followed by FDA's posting that refusal on FDA's OASIS website (http://www.fda.gov/ora/oasis/ora_oasis_ref.html). FDA's OASIS website is the official FDA website for import refusals, and the website the Chinese Inspection and Quarantine ("CIQ") department relies upon in regulating Chinese companies which export into the United States. Should FDA refuse even one of Allied's shipments, Allied will suffer a one year suspension from exporting out of China. Such a suspension would effective destroy the company.

Import Alert 16-131 also includes a procedure by which an exporter can exempt itself from compliance with the rule. Allied has conducted itself in accordance with each of the requirements for exempt status. Nevertheless, despite's Allied's strict adherence to the requirements, FDA – as the direct result of its own inconsistent procedures and policies and arbitrary and capricious enforcement of the Import Alert – has refused to exempt allied from the Import Alert.

Additionally, FDA has failed to educate its compliance officers in a consistent manner, rendering the compliance officers incapable of rationally applying the un-validated test results of

3

the third party laboratories. FDA's administrative adjudication process thereby deprives Allied of due process. FDA's inconsistent application of un-validated testing methodologies under Import Alert 16-131 results in retroactive determination of admissibility standards without any rational basis, factual support, or scientific justification, all of which threatens to cause Allied hundreds of millions of dollars in damages.

## PARTIES, JURISDICTION AND VENUE

1.     Allied is a foreign limited company with its principal place of business in Dalian, China.

2.     HHS is a department of the United States Federal Government and oversees the Food and Drug Administration.  Its principal place of business is located at 200 Independence Ave., S.W., Washington, D.C., 20201.

3.      Secretary Leavitt is the Secretary of the Department of Health and Human Services.  He is sued in his official capacity.  He maintains offices at 200 Independence Ave., S.W., Washington, D.C., 20201.

4.     The Food and Drug Administration is a United States regulatory agency within the HHS, with its principal place of business at 5600 Fishers Lane, Rockville, Maryland 20857.

5.     Dr. Von Eschenbach is the Food and Drug Administration Commissioner and senior official.  He is sued in his official capacity.  He maintains offices at 5600 Fishers Lane, Rockville, Maryland 20857.

6.     This action arises under the Federal Food, Drug, and Cosmetic Act ("FFDCA"), 21 U.S.C. § 301 *et. seq.*; the Administrative Procedures Act, 5 U.S.C. § 551 *et. seq.*; the Declaratory Judgment Act, 28 U.S.C. § 2201 *et. seq.*; and the All Writs Act, 28 U.S.C. § 1651.

4

7.    This Court has personal jurisdiction over the Defendants because they are either located in, conduct substantial business in, or have regular, systematic contact with this District.

8.    This Court has subject matter jurisdiction under 5 U.S.C. § 702 and 28 U.S.C. § 1346.

9.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 (e).

10.    There exists an actual, substantial and continuing controversy between the parties regarding FDA's Import Alert 16-131.  This Court may declare the rights and legal relations of the parties under 28 U.S.C. § 2201, *et. seq.*

## FACTS

### Allied

11.    Allied is a manufacturer of aquacultured or "farm grown" shrimp products in China. The specific product at issue in this action is Allied's breaded shrimp.  Allied enjoys an impeccable record of food safety compliance, is a certified member of the BRC Global Standard, is a certified member of the Aquaculture Certification Council, maintains third-party audits, and incorporates various antibiotic testing procedures in compliance with both FDA and Chinese Inspection and Quarantine ("CIQ") requirements.

12.    As an exporter of aquaculture products, including shrimp, to the United States, Allied is cognizant of all FDA policies and Import Alerts and acts in compliance with each of them.

13.    As a Chinese exporter, Allied is required to have a Hazard Analysis and Critical Control Point ("HACCP") plan. Allied's HACCP plan is a comprehensive program required by FDA which meticulously details the processing, production, packaging, and preparation of the

5

breaded shrimp, including any and all potential hazards and the preventive measures and corrective actions being taken to address them. *See* 21 CFR §123.

14.    As part of its HACCP plans, Allied inspects and examines its own raw and finished products for all prohibited substances, and is compliant with all Chinese export laws and United States import laws. Allied's HACCP plans for its Breaded shrimp are attached hereto as Exhibit 1.

15.    Compliance with the CIQ and FDA is a priority for Allied, particularly because CIQ has adopted a policy whereby a single FDA refusal and subsequent posting on OASIS results in a one-year suspension of a company's license to export from China. Such a suspension would be a death sentence for Allied.

### The Customers

16.    After passing Allied's internal HACCP tests and the CIQ's inspections, Allied exported several shipments of breaded shrimp ("Shrimp Entries") to the United States.

17.    In compliance with HACCP and CIQ exporting requirements, all of Allied's Shrimp Entries tested negative for each of the banned substances prior to leaving Allied and China. Without a negative test, neither Allied nor the Chinese Government would have allowed the Shrimp Entries to leave China; *see* Allied Raw/Finished Product tests, attached hereto as Exhibit 2.

18.    Allied's exported products were then imported into the United States by domestic Customers. For purposes of this action, the interested Customers of record are Pacific Supreme, Seacoast, and Thunder Bay.

FUERST, HUMPHREY, ITTLEMAN, PL
1001 BRICKELL BAY DRIVE, STE. 2002, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM

19.     Pacific Supreme is a California limited liability company with its principal place of business in Gardena, California.

20.     Seacoast is a Florida corporation with its principal place of business in Jacksonville, Florida.

21.     Thunder Bay is a Florida corporation with its principal place of business in Wesley Chapel, Florida.

22.     Samples from the Shrimp Entries were then delivered by the respective U.S. Customers to third-party laboratories for testing in accordance with Import Alert 16-131.

23.     The Customers each have their own HACCP plans and comply with all applicable FDA requirements.

24.     Each of the previously identified Customers has an Allied shipment that has been unlawfully detained and is pending refusal due to Import Alert 16-131.

**FDA**

25.     In response to political pressure and without a legitimate basis for food safety, FDA, among other actions, has embraced the United States Government's 'Trade War' with China. Consequently, FDA has enacted several heavy-handed rules which unduly and unfairly burden Chinese imports into the United States, simply based on the imports' country of origin.

26.     Import Alert 16-131 is one such rule. Officially titled, "Detention Without Physical Examination of Aquacultured Catfish, Basa (*Pangasius* sp.), Shrimp, Dace and Eel Products From the People's Republic of China Due To the Presence of New Animal Drugs and/or Unsafe Food Activities," Import Alert 16-131 unfairly and unnecessarily targets only Chinese aquaculture exports; *see* Import Alert 16-131, attached hereto as Exhibit 3. [Emphasis added]. Aquaculture exports from no other nation are named in the Import Alert.

7

27.    Import Alert 16-131 requires that third-party laboratories perform a specific examination of Chinese aquaculture products using acceptable FDA methods available at http://www.cfsan.fda.gov/seafood1.html, the results of which, under FDA policy, are to be provided directly to FDA.  The procedure for shrimp testing reads in part:

> The sample should consist of a minimum of 12 sub-samples. When an entry consists of multiple lines of similar products (e.g., multiple sizes of headless shrimp), the sample should be representative of the entire entry and should be collected across all lines, with a minimum of two sub-samples per line. The sampling should be proportional based on the quantity of product (e.g. more sub-samples should be obtained from larger lines, fewer sub-samples from smaller lines).   Obtaining 12 sub-samples from a single line or a limited number of lines when multiple lines of similar products are offered for the entry will not provide a representative sample for that entry.

> If an entry contains only one line of aquacultured product,  then a minimum of 12 sub-samples should be obtained from that single line.  If the entry includes multiple date codes, the sample should reflect a range of date codes (e.g., all sub-samples should not be collected from a single date code).

> Each sample should consist of 12 sub-samples, minimum 225g (0.5 lb.) per sub-sample, total 2.7 kg (6.0 lb.) of product. If the product unit size is larger than 225g (0.5 lb.) and less than or equal to 3 lb., collect one product unit per sub-sample.  If the unit size is less than 225g. (0.5 lb.), collect an adequate number of units so that the amount collected per sub-sample equals a minimum of 225 grams (0.5 lb.).

*Id.*

28.    More specifically as it relates to this action, the Import Alert provides as follows:

> Analysis for Nitrofuran should be conducted on *individual subsamples*. Analysis for all other residues should be conducted on a composite sample.

*Id.*; [Emphasis added].

8

29.    Import Alert 16-131 provides the sole testing protocol for shrimp, and does not provide for any alternative or modified testing procedure:

> Prepare one composite from an equal amount of each subsample for the testing of malachite green, fluoroquinolones, and gentian violet.
>
> Shrimp are to be analyzed on an individual sub basis for nitrofurans. When sampling guidance directs the collection of six subsamples, two portions from each of the six subsamples should be individually analyzed. ***

30.    Pursuant to Import Alert 16-131, laboratories must test for Malachite Green, Fluoroquinolones, Nitrofurans, and Gentian Violet.

31.    Import Alert 16-131 does not state what levels of each prohibited antibiotic render an import acceptable for admission, but the stated policy of FDA is that any amount less than one part per billion is allowable.

32.    Purportedly in order to prevent 'laboratory shopping', FDA has allegedly adopted a rule whereby FDA does not allow re-testing, regardless of the circumstances.[1]

33.    Furthermore, FDA has also adopted a rule providing that only one report may be submitted for a given shipment, even if that report contains errors as admitted by the reporting laboratory, and even though the report constitutes testimony on behalf of the interested party, i.e. the importer.

### The Exemption

34.    Import Alert 16-131 includes language that exempts exporters such as Allied from complying with the requirements imposed by the Import Alert.

---

1.  *But see* 71 F.R. 75865, permitting retesting for medical gloves.

9

35.    Specifically, Import Alert 16-131 reads:

In order to remove a firm from detention without physical examination, information should be provided to FDA to adequately assess whether a manufacturer has the appropriate controls and processes in place to ensure the quality of the product, the firm or shipper should provide the following information (In English):

1)    Documentation showing that <u>a minimum of five (5) consecutive entries</u> have been released by FDA based on third-party laboratory analysis of a representative sample of the lot verifying that products do not contain malachite green and its metabolite leucomalachite green, nitrofurans, gentian violet, leucogentian violet and fluoroquinolones. The chart provided above identifies which residues should be screened for each species. Third-party laboratory must use methods acceptable to FDA (e.g., see http://www.cfsan.fda.gov/seafood1.html); and

2)    Documentation, from an appropriate third-party (e.g. a government inspection authority such as AQSIQ) demonstrating that an inspection of the processor was conducted and that the seafood was processed in accordance with FDA's Seafood HACCP regulations, 21 CFR part 123, including controls for aquaculture drugs. See 21 CFR 123.12(a).

Documentation should include test results of any products sampled during the course of the inspection, demonstrating that the products do not contain malachite green or its metabolite leucomalachite green, nitrofurans, gentian violet, leucogentian violet or Fluoroquinolones; and

3)    Documentation that the processor is in compliance with all Chinese government requirements for exporting aquacultured seafood to the U.S.

Documentation should include copies of any registration that may be required by the Chinese government.

FUERST, HUMPHREY, ITTLEMAN, PL
1001 BRICKELL BAY DRIVE, STE. 2002, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM

> Documentation should include copies of any registration that may be required by the Chinese government.

36.    On September 10, 2007, Allied applied to FDA to secure a position as an exempt foreign manufacturer.

37.    In accordance with Import Alert 16-131's requirements, Allied submitted a large binder containing: **a)** Documentation showing that <u>a minimum of five (5) consecutive entries</u> have been released by FDA based on third-party laboratory analysis...; **b)** Documentation from an appropriate third-party demonstrating that an inspection of the processor was conducted and that the seafood was processed in accordance with FDA's Seafood HACCP regulations, 21 CFR part 123; and, **c)** Documentation that the processor is in compliance with all Chinese government requirements for exporting aquacultured seafood to the U.S. A copy of the cover letter from counsel is attached hereto as Exhibit 4.

38.    Allied is awaiting an FDA ruling on its (Allied's) exempt status.  FDA has advised Allied that two barriers stand in the way of Allied's receipt of exempt status. These barriers include **a)** pending administrative adjudications discussed *infra*, and **b)** Allied's requirement to validate the qualifications of third party auditors supplied to FDA in support of Allied's application for exempt status. Neither barrier has previously been required by Import Alert 16-131.

FUERST, HUMPHREY, ITTLEMAN, PL
1001 BRICKELL BAY DRIVE, STE. 2002, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM

**Certified Labs**

39.     The Customers initially contracted Certified Laboratories, Inc. ("Certified") and Adpen Laboratories, Inc. ("Adpen") to conduct the examinations of the Allied Entries in accordance with the Import Alert.

40.     Certified was contracted separately by both Pacific Supreme and Thunder Bay to conduct the requisite tests on the Entries.

41.     Certified tested Pacific Supreme Entry AQZ-0250069-5 and Thunder Bay Shrimp Entries AQZ-0250569-4 and AQZ-0250573-6.

42.     On July 31, 2007, Certified issued its test results, among which were impermissible and impossible levels of Gentian Violet.

43.     Based on these findings, and in strict accordance with FDA rule 71 F.R. 75865 (which states that testimony cannot be reviewed by the importer), Certified published its results to FDA.

44.     Certified's publication of its results to FDA would have resulted in FDA's refusal of the Shrimp Entries, FDA's publication of the refusal on its OASIS webpage, and the one year suspension of Allied in China, however, prior to FDA refusing the Shrimp Entries, undersigned counsel was retained and on August 31, 2007 petitioned FDA for an Administrative Stay of Action under 21 CFR § 10.35, a copy of which is attached hereto as Exhibit 5.

45.     Unbeknownst to Allied, Pacific Supreme and Thunder Bay, Certified notified FDA that it had initially submitted erroneous reports, and submitted corrected reports to replace the erroneous submissions.  The corrected reports comply with Import Alert 16-131.

12

46.    To date, FDA has not acknowledged Certified's corrected reports.

47.    Because of the erroneous reports, Allied retained a third party testing facility – SGS Group ("SGS"), a world renowned, independent compliance testing company – to perform tests on retained samples, pursuant to Allied's HACCP plan, on the questioned lots shipped to the Customers in the United States.

48.    SGS tested the samples in accordance with FDA's approved Laboratory Information Bulletin 4363 ("LIB") and determined that the questioned lots did not, in fact, contain any traces of Gentian Violet or any other prohibited substance, and were, in fact in compliance with Import Alert 16-131.

49.    Additionally, notwithstanding FDA's "One Test – One Report" rule, Pacific Supreme and Thunder Bay subsequently retained Michelson Laboratories, Inc. ("Michelson") to conduct additional tests on the Shrimp.

50.    Michelson concluded that **a)** Certified was not conducting a confirmation analysis in accordance with acceptable FDA methodology, and that **b)** the test results presented false positives. Like the SGS findings, Michelson's conclusions revealed that the Shrimp Entries were compliant with Import Alert 16-131.

51.    FDA has received the Michelson test results, Certified's subsequent recantation of the erroneous results, and Certified's revised report. FDA has nevertheless refused to admit the Shrimp Entries into the United States or to provide Allied or undersigned counsel with the results of the revised Certified reports.

13

52.    Additionally, FDA has tested its own samples from the Certified Shrimp Entries. In anticipation of an administrative hearing, Allied, Pacific Supreme, Thunder Bay, and undersigned counsel have requested those results, which will serve as the evidence in those administrative hearings. Upon request, FDA has refused to provide counsel with that evidence.

53.    Accordingly, notwithstanding **a)** Allied's internal examinations demonstrating a compliant product; **b)** CIQ's examinations demonstrating a compliant product; **c)** Additional third party laboratory testing confirming a compliant product; **d)** Certified's recanted report demonstrating a compliant product; **e)** Michelson's examination and subsequent report demonstrating a compliant product; and **f)** FDA's own examinations, the Shrimp Entries remain detained by FDA without evidence supporting a violation that merits detention.

## Adpen Labs

54.    Adpen was contracted by both Seacoast and Thunder Bay to conduct the requisite tests on both importers' Shrimp Entries.

55.    Adpen uses a modified methodology that varies from acceptable FDA methods.

56.    Adpen claims that its machinery is ultra-sensitive to the prohibited antibiotics. However, Adpen employs a noncompliant, rogue, and un-validated methodology whereby it samples only three sub-samples, despite Import Alert 16-131's specific requirement that a "minimum of 12 individual sub-samples" of each shrimp entry, in accordance with FDA Laboratory Information Bulletin ("LIB") "Detection of Nitrofurans in Shrimp."

57.    Adpen's procedures clearly violate the required methodologies approved under Import Alert 16-131.

14

58.     Adpen's abbreviated report reveals that Adpen's methodology is contradictory. Both a composite analysis and a full 12 individual subsample analysis are reported. Adpen's test results yielded Nitrofuran amounts that were compliant with FDA admissibility standards.

59.     On several occasions, Adpen reported positive amounts of prohibited antibiotics, only to subsequently recant and say that those tests were negative. On other occasions, Adpen refused to retest the positive results in conformity with the FDA mandated tests, citing FDA's "One Test – One Report" rule.

60.     Adpen's report does not indicate whether the breaded shrimp were de-breaded before the tests were conducted. Removal of the bread is a required procedure, a failure of which can yield false positives.

61.     Adpen has refused to produce the complete reports to Seacoast and Thunder Bay, (the importers of record), claiming a proprietary work product privilege.

62.     FDA has also refused to produce the complete reports to Seacoast and Thunder Bay.

63.     Allied and the Customers have consequently been left unable to challenge the testimony which will form the basis of the FDA administrative adjudication.

64.     FDA compliance officers cannot properly interpret the reports of the modified methodologies utilized by third party laboratories such as Adpen. Adpen, for instance, only tests one-quarter of the required samples. Accordingly, in an effort to interpret Adpen's noncompliant test results against the Import Alert's requirement that each laboratory must test a "minimum of 12 individual sub-samples" of each shrimp entry, some but not all FDA compliance officers have

15

actually, in some cases, been multiplying the laboratory results *by a factor of four*. Such quadruple-counting finds no support in either the Import Alert or in any related guidance materials.

65.    The maelstrom of misinformation created by Adpen's rogue methodology, FDA's lack of control over the enforcement of its unlawful rules, and FDA's failure to educate their compliance officers yields the erroneous conclusion that the prohibited antibiotics are present at *four times their actual levels*. Consequently, the compliant Shrimp Entries are deemed impermissible and Allied faces irreparable damage.

66.    Adpen has refused to disclose its methodology to Allied, the Customers, or FDA.

67.    Adpen's official and complete test results and the reason for the Shrimp Entries' failure have not been disclosed to Seacoast, Thunder Bay, Allied or its counsel.

68.    FDA has not provided either Allied or the importers of record with a complete explanation of the basis for refusal. Without that information, neither Allied nor the Importers can participate in the FDA administrative adjudications.

69.    Upon information and belief, like the false-positives that Certified recanted, the Adpen test results were false-positives as well.

70.    Refusal of the Shrimp Entries is still pending, preventing Allied from being listed as an exempt entity under the Import Alert. Allied thus faces irreparable harm.

71.    An ultimate refusal by FDA of any Allied shrimp entry, accompanied by a posting on the OASIS refusal website, will result in the Chinese government's suspension of Allied's

16

exporting privileges for a term of one year. FDA knows of this threat, and knows that such a suspension would be tantamount to a death sentence for Allied.

72.     Failure to address the immediacy of Allied's plight will result in a loss to Allied for this coming shrimp season of hundreds of millions of dollars in damages and tens of thousands of jobs.

## CLAIMS FOR RELIEF

## COUNT ONE

### Import Alert 16-131 is Unlawful as a Matter of Law

73.     Allied repeats and realleges paragraphs 1-73 as though fully alleged herein.

74.     Import Alert 16-131 is unlawful and contains binding requirements that have not been properly promulgated in accordance with the Administrative Procedures Act; *see* 5 U.S.C. § 553.

75.     Allied has suffered and continues to suffer irreparable harm as a result of FDA's improper detention pursuant to Import Alert 16-131.

WHEREFORE, Allied respectfully prays that this Honorable Court **a)** enter a judicial decision, pursuant to 28 U.S.C § 2201 *et. seq.*, declaring Import Alert 16-131 unlawful as a matter of law; **b)** enjoin the enforcement of Import Alert 16-131 pursuant to the All Writs Act, 28 U.S.C. §1651; **c)** assess costs and attorneys' fees; and **d)** grant such other relief that the Court may deem just and proper.

17

## COUNT TWO

**FDA's Failure to Enforce Standards Leads to the Arbitrary and Capricious Enforcement of Import Alert 16-131 in Violation of the Administrative Procedures Act**

76.    Allied repeats and realleges paragraphs 1-73 as though fully alleged herein.

77.    Allied and its Customers are required by Import Alert 16-131 to retain third party laboratories. Following the conclusion of the testing of Allied's product, the third party laboratories are required to provide their test results to the FDA.

78.    FDA exercises no oversight or control over the third party laboratories, and therefore cannot ensure that each laboratory is complying with the requirements set forth in the Import Alert and/or the LIB.

79.    Consequently, rogue laboratories use intrepid methods, circumvent Import Alert requirements, and yield inconsistent and unreliable results.

80.    Such inconsistent and unreliable results are then misinterpreted by FDA's compliance officers and ultimately lead to unwarranted refusals.

81.    In the same way that FDA fails to oversee or control the testing procedures of the third party laboratories, FDA fails to oversee or control FDA compliance officers. FDA's failure to promulgate standards or guidelines for the FDA compliance officers responsible for enforcing the Import Alert has yielded – and will continue to yield – unwarranted refusals. Substantially identical test results provided to different compliance officers very often lead to substantially different determinations.

82.    FDA's failure to enforce the standards contained in the Import Alert has caused, and will continue to cause, irreparable harm to Allied.

FUERST, HUMPHREY, ITTLEMAN, PL
1001 BRICKELL BAY DRIVE, STE. 2002, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM

WHEREFORE, Allied respectfully prays that this Honorable Court **a)** enter a judicial decision, pursuant to 28 U.S.C § 2201 *et. seq.*, declaring that FDA's failure to promulgate standards has led to the arbitrary and capricious enforcement of Import Alert 16-131 in violation of the Administrative Procedures Act; **b)** enjoin the enforcement of Import Alert 16-131 pursuant to the All Writs Act, 28 U.S.C. §1651; **c)** assess costs and attorneys' fees; and **d)** grant such other relief that the Court may deem just and proper.

## COUNT THREE

### The Defendants have Arbitrarily and Capriciously Enforced the Exemption Provision of Import Alert 16-131

83.    Allied repeats and realleges paragraphs 1-73 as though fully alleged herein.

84.    Import Alert 16-131 provides that firms may apply to be exempt from Import Alert 16-131. To do so, the Import Alert provides the exporter or importer must provide FDA with "[d]ocumentation showing that a minimum of five (5) consecutive entries have been released by FDA based on third-party laboratory analysis of a representative sample of the lot verifying that products do not contain malachite green and its metabolite leucomalachite green, nitrofurans, gentian violet, leucogentian violet and fluoroquinolones."

85.    In this case, however, upon Allied's application for exemption, FDA arbitrarily and capriciously required Allied to provide FDA with far more evidence than is required by the Import Alert.

86.    First of all, even though Allied provided FDA with evidence of five consecutive released entries when it applied for exempt status, FDA has refused to grant Allied exempt status under the Import Alert. Instead, without any stated reason or justification, FDA has required Allied to submit more than the requisite "five consecutive entries" as provided in the Import

19

Alert, and even though Allied has provided FDA with all available evidence of its prior released entries, FDA has nevertheless refused to grant Allied exempt status.

87.    Secondly, FDA has required Allied to submit evidence to the FDA proving that the SGS Group – the independent testing facility first retained by Allied following Allied's receipt of the results of the erroneous tests performed by Certified Laboratories – tested Allied's product in compliance with FDA compliance standards. Although the SGS Group is the largest inspection, verification, testing and certification company in the world, and although FDA knows who SGS is and the methods that SGS employs, FDA has nevertheless refused to grant Allied exempt status.

88.    Finally, FDA has also advised Allied that Allied may not achieve exempt status under the Import Alert unless and until Allied proves to the FDA  that the three Allied samples which tested positive for Gentian Violet did not, in fact, contain Gentian Violet. In spite of the fact that the laboratories which found that Allied's product contained Gentian Violet either **a)** employed bogus testing methodologies, **b)** retracted their test results, or **c)** both, and in spite of the fact that Allied, Allied's Customers, the Chinese Government, and two renowned independent testing facilities have conclusively found that Allied's product did not contain any Gentian Violet, FDA – even though it is on knowledge of all of the above-listed information – has nevertheless refused to grant Allied exempt status.

89.    Allied has suffered and continues to suffer irreparable damages as a result of FDA's improper detention pursuant and arbitrary and capricious enforcement of Import Alert 16-131.

WHEREFORE, Allied respectfully prays that this Honorable Court **a)** enter a judicial decision, pursuant to 28 U.S.C § 2201 *et. seq.*, declaring that the defendants have arbitrarily and

20

capriciously enforced the exemption provision of Import Alert 16-131; **b)** enjoin the enforcement of Import Alert 16-131 pursuant to the All Writs Act, 28 U.S.C. §1651; **c)** assess costs and attorneys' fees; and **d)** grant such other relief that the Court may deem just and proper.

## COUNT FOUR

### FDA's "One Test – One Report" Policy is Violative of the Fifth Amendment Due Process Clause

90.    Allied repeats and realleges paragraphs 1-73 as though fully alleged herein.

91.    Import Alert 16-131 requires Allied and its Customers to provide third party laboratory results to the FDA.

92.    The lab results constitute the testimony of the third party witness and the sole evidence that the FDA is willing to accept.

93.    FDA bases its decisions, or "informal adjudications," as to whether to refuse or permit an entry entirely upon these third party test results.

94.    The detention and subsequent refusal of foodstuffs constitutes a deprivation of property.

95.    Under this policy, FDA only allows the third party laboratory to perform one test per entry. Additionally, under this policy, FDA accepts only one report for each test performed.

96.    FDA applies this "One Test – One Report" rule even if the third party test result was incorrect. In other words, even if FDA learns that the test result with which it was presented was erroneous or based upon erroneous methodologies, FDA will not accept additional test results.

FUERST, HUMPHREY, ITTLEMAN, PL
1001 BRICKELL BAY DRIVE, STE. 2002, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM

97.     Also pursuant to this policy, the manufacturer of the tested products is not permitted to either review or challenge the tests of the independent third party laboratories when such tests are submitted to the FDA.

98.     FDA's informal adjudications are performed without affording any interested parties due process of law. Allied faces irreparable harm as a result.

WHEREFORE, Allied respectfully prays that this Honorable Court **a)** enter a judicial decision, pursuant to 28 U.S.C § 2201 *et. seq.*, declaring that Import Alert 16-131 violates the Fifth Amendment to the United States Constitution; **b)** enjoin the enforcement of Import Alert 16-131 pursuant to the All Writs Act, 28 U.S.C. §1651; **c)** assess costs and attorneys' fees; and **d)** grant such other relief that the Court may deem just and proper.

## COUNT FIVE

### Import Alert 16-131 Was Enacted in Contravention to the WTO

99.     Allied repeats and realleges paragraphs 1-73 as though fully alleged herein.

100.     Import Alert 16-131 is unlawful and contains binding requirements that have not been properly promulgated in accordance with the Administrative Procedures Act.

101.     Review of Import Alert 16-131 is proper pursuant to 5 U.S.C. § 702.

102.     Import Alert 16-131 violates WTO procedure for the proper enactment of a non-tariff trade barrier.

103.     WTO promulgates that non-tariff trade barriers must be made by rule.

104.     Rule-making requires compliance with the APA.

105.     FDA made no attempt to comply with either WTO policy or APA policy.

106.     FDA made no attempt to distinguish Chinese shrimp from shrimp with other national origins.

22

107.    Alternatively, Import Alert 16-131 is an order that continues to affect Allied's rights without Allied being able to adjudicate the order. Allied is not a named party, nor can it seek review of any final order under Import Alert 16-131 because it does not include a process of adjudication.

108.    Allied has suffered and continues to suffer irreparable damages as a result of FDA's improper detention pursuant to Import Alert 16-131.

WHEREFORE, Allied respectfully prays that this Honorable Court **a)** enter a judicial decision, pursuant to 28 U.S.C § 2201 *et. seq.*, declaring that Import Alert 16-131 was enacted in contravention of the WTO, **b)** enjoin the enforcement of Import Alert 16-131 pursuant to the All Writs Act, 28 U.S.C. §1651, **c)** assess costs and attorneys' fees, and **d)** grant such other relief that the Court may deem just and proper.

## COUNT SIX

### Injunction Against FDA Showing A Refusal On FDA's OASIS Website

109.    Allied repeats and realleges paragraphs 1-73 as though fully alleged herein.

110.    Import Alert 16-131 requires Allied and its Customers to provide third party laboratory results to the FDA.

111.    FDA bases its decisions, or "informal adjudications," as to whether to refuse or permit an entry entirely upon these third party test results.

112.    All FDA refusals are posted on FDA's OASIS website.

113.    FDA's adjudication process and the results of that adjudication process are completely unreliable.

23

114.    Should an Allied shipment be posted to the OASIS webpage, Allied will face a one-year exportation suspension at the hands of the Chinese government. Such a suspension will be tantamount to a death sentence for Allied.

115.    FDA should be enjoined from refusing any of the Shrimp Entries in controversy. Additionally, FDA should be enjoined from posting any Allied refusal on OASIS.

WHEREFORE, Allied respectfully prays that this Honorable Court, pursuant to the All Writs Act, 28 U.S.C. §1651, enjoin FDA from posting any refusal of the plaintiff's product on FDA's OASIS webpage.

Dated: 11-1-2007

Respectfully submitted,

Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive,
Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)

Eric Bloom, Esq.
DC Bar No. 417819
Winston & Strawn
1700 K. Street, N.W.
Washington, D.C. 20006-3817
T: (202) 282-5000
F: (202) 282-5100
ebloom@winston.com

24

# Exhibit 1

## ALLIED PACIFIC FOOD (DALIAN) CO., LTD

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China .

Company Telephone: 86-411-87821188    Fax : 86-411-87821199    Method of Storage and Distribution : Frozen

Products : Breaded Shrimp    Intended Use and Consumer : For General Public, Serve after Fully Cooked.

# HAZARD ANALYSIS
# & CRITICAL CONTROL POINT

# *BREADED SHRIMP*

*THE FIFTH PRESS*

*PROPERTIES OF*
*ALLIED PACIFIC FOOD   (DALIAN )   CO., LTD*
*AND STRICTLY CONFIDENTIAL*

*IN LINE OF CONTROL*

**CONFIRMED   BY:**          YES  ☑        NO  ☐

**CONFIRMED DATE:**          *Jun. 5th, 07*

| ALLIED PACIFIC FOOD (DALIAN) CO., LTD | |
|---|---|
| Company Name : Allied Pacific Food (DALIAN) Co., Ltd. | |
| Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China . | |
| Company Telephone: 86-411-87821188    Fax : 86-411-87821199 | Method of Storage and Distribution : Frozen |
| Products : Breaded Shrimp | Intended Use and Consumer : For General Public, Serve after Fully Cooked. |

# Hazard Analysis for Breaded Shrimp

1. **Main content and area of application.**
2. **Organization chart.**
3. **HACCP team.**
4. **Terms and definitions.**
5. **Product introduction**
6. **The processing flow**
7. **Hazard analysis worksheet.**
8. **HACCP plan  form.**
9. **Verification and Corrective Action Procedure**
10. **Recall procedure and Customer complaint**
11. **HACCP  inspection forms.**

## 1. Main content and area of application.

This plan analyzes the hazards probably existing in the process of export breaded shrimps, defines as Critical Control Point CCP , and draws up corresponding controlling measures to improve the safety of export breaded shrimps. This plan is suitable for processing of export breaded shrimp, using  block frozen HLSO shrimps  as raw material.  It is also can be taken as the guarantee measurement of product quality for the plant.

## 2. Organization chart.

See attached chart.

## 3. HACCP team.

See attached table.

This table describes all the personnel responsible in every department.

## 4. Terms and definitions.

A. **Hazard:** A biological, chemical or physical hazard that may cause a food to be unsafe for consumption.

B. **Critical Control Point:** A point, step or procedure at which control can applied and a
   **(CCP)** food safety hazard  can be prevented, eliminated or reduced to acceptable levels. If CCP is out of control, then it brings the

# ALLIED PACIFIC FOOD (DALIAN) CO., LTD

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China .

Company Telephone: 86-411-87821188    Fax : 86-411-87821199    Method of Storage and Distribution : Frozen

Products : Breaded Shrimp    Intended Use and Consumer : For General Public, Serve after Fully Cooked.

|  |  |  |
|---|---|---|
|  |  | hazard of unsafe to product. |
| C. | Critical Limit: | Means the maximum or minimum value to which a physical, biological,or chemical parameter must be controlled at a critical control point to prevent, eliminate, or reduce to an acceptable level the occurrence of the identified food safety hazard. |
| D. | Monitoring procedure | To conduct a planned sequence of observations or measurements to assess whether a CCP is under control and to produce an accurate record for future use in verification. |
| E. | Deviation: | Failure to meet a critical limit. |
| F. | Corrective action: | Procedure to be followed when a deviation from a critical limit occurs at a CCP. |
| G. | Food safety hazard: | Means any biological, chemical, or physical property that may cause a food to be unsafe for human consumption. |
| H. | Preventive measure: | Means physical, chemical, or other factors that can be used to control an identified food safety hazard. |
| I. | Processing: | Means with respect to fish or fishery products; Handling, Storing, Preparing, De-heading, Eviscerating, Shucking, Freezing, Changing into different market forms, manufacturing, preserving, packing, labeling, dockside unloading, or holding. |
| J. | Processor | Means any person engaged in commercial, custom, or institutional processing of fish or fishery products. A processor includes any person engated in the production of foods that are to be used in market or consumer test. |
| K. | Shall | Shall is used to state mandatory requirements. |

## 5.  Product introduction.

Breaded shrimps are using  imported block frozen  shrimps  as raw material. It is  processed through raw material receiving, thawing, grading,  peeling, cutting, deveinding, pre - dusting, baterring, breading, (pre - frying), freezing, weighting, packing and metal detecting. All the products export to U.S.A., Japan and E.U. The final products are sold to the general public .

## 6.  The processing flow

See attached chart.

## 7.  Hazard analysis worksheet.

This worksheet is to organize and document the consideration in identifying food-safety hazards. It consists of processing steps, potential hazards signification, justification,

## ALLIED PACIFIC FOOD (DALIAN) CO., LTD

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China .

Company Telephone: 86-411-87821188    Fax : 86-411-87821199    Method of Storage and Distribution : Frozen

Products : Breaded Shrimp    Intended Use and Consumer : For General Public, Serve after Fully Cooked.

preventative measures, and identification of CCP(see attached worksheet.) Based on

the influence of safety factors on seafood, we hereby analyze the hazards as below:

### 1. Biological hazards:

These hazards come from raw materials or processing steps used to make the final

product. Shrimp itself contains abundant nutritious substances, is an ideal and optimum

reproduction place for microorgannism. It is attached by microorganism and may be

polluted or contaminated during transporting and processing. Thus, if handling the

products not adequate, it will bring hazards for consumption.

### 2. Chemical hazards:

Chemical contamination can happen at any stage in shrimp production and processing.

Chemical can be harmful and are purposefully used with some foods, such as sodium

metabysulfite on shrimps as food additive. Chemicals are not hazardous if properly

used or controlled. Potential risks to consumers increase when chemical are not

controlled or the recommended treatment rates are exceeded. The presence of a

chemicals may not always represent a hazard. The amount of the chemical may

determine whether it is a hazard or not. Shrimp contains substance of enzyme called

PPO, which may cause the shrimp to be deteriorated by pollution or chemical

contamination. This hazard will cause harmful for consumption.

### 3. Physical hazards:

Physical hazards include any potential harmful extraneous matter or foreign object

not normally found in food. During the processing, foreign object may mix together with

product. For example, flake of metal, glass and other filth. When a consumer mistakenly

eats the foreign object, it is likely to cause choking, injury or other adverse health effects.

## 8.  HACCP plan  form.

See attached  table.

## 9.  Verification AND CORRECTIVE ACTION PROCEDURE

Plant manager appoints quality assurance section head to in-charge the implementing and

coordinating tasks  of  HACCP plan. As for the line, quality control group leader is

appointed to  be the person in charge.  Person in-charge of line quality control is responsible

## ALLIED PACIFIC FOOD (DALIAN) CO., LTD

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China .

Company Telephone: 86-411-87821188    Fax : 86-411-87821199    Method of Storage and Distribution : Frozen

Products : Breaded Shrimp    Intended Use and Consumer : For General Public, Serve after Fully Cooked.

for overseeing the monitoring record of CCP. When CCP is getting deviation , he or she

should be responsible for the implementation of corrective actions and keeping good records.

Q,A section head random checks the monitoring situation everyday, reports extraordinary

problem to plant manager timely. Plant manager ,Q.A. and Q.C staff organize HACCP

plan and continuously review and verify for keeping HACCP plan in the best position.

### The verification of HACCP system:

**Overall verification**: HACCP plan should be assessed at least once a year, it is included the
facilities, processing flow and other modifications. The calibration of processing
equipment and fixed schedule of finished product and incomplete finished product
inspection must be met. All the following reports have to be done according to the
requirements: CCP monitoring records, Corrective Action and Calibration records.
Any feedback information of quality problem from customer, the Q.C & Q.A personnel
have to verify. In addition,during weekly production and quality meeting should bring
up the problem for verification and record.

**Ordinary verification**: Q.A. manager reviews all the reports daily, and ensures the
reports are complete filled up according to the requirements,whether it is true has to
inspect by himself at the processing area, and every inspection procedure is within
the critical limits.

**Corrective action procedure:**

1. Record the date, time, shift , product name and amount of deviation products
   when deviation occurs.

2. Record the deviation CCP.

3. What deviation happened.

4.What is the CCP monitoring frequency.

5. The engineer corrects the deviation to the equipment for CCP monitoring.

6. Monitoring again for the whole products during the period that deviation occurs.

7. Strictly inspections should be done for all the re-work products, and keep on file.

## 10. Recall Procedure and Customer Complaint

See attachment : GMP-Recall Plan

## 11. HACCP inspection form.

These forms include of CCP1-raw material receiving report,
CCP2-shrimp battering record, CCP3- metal detecting record.



ALLIED PACIFIC FOOD ( DALIAN ) CO., LTD.
ORGANIZATION CHART

# ALLIED PACIFIC FOOD (DALIAN) CO., LTD.

Company Address : 888 Yongzheng Industrial Area , Sanli , Jinzhou District , Dalian 116100 , China.    Tel: 86-411-87821188   Fax: 86-411-87821199

## HACCP  TEAM

| NAME | SEX | PROFESSIONAL | POSITION | IN-CHARGE | TRAINING |
|---|---|---|---|---|---|
| YUAN JINGANG | MALE | PUBLIC RELATIONSHIP | GENERAL MANAGER | PUBLIC RELATIONSHIP | NECCA  HACCP CERTIFICATE TRAINING |
| ALEX LI | MALE | BUSINESS MANAGEMENT | VICE-GENERAL MANAGER | BUSINESS | NECCA  HACCP CERTIFICATE TRAINING |
| GENG SHUJING | FEMALE | SEAFOOD RPOCESSING | PRODUCTION MANAGER | PRODUCTION DEPARTMENT | NECCA  HACCP CERTIFICATE TRAINING |
| WU JING | FEMALE | SEAFOOD PROCESSING | Q.A. MANAGER | QUALITY ASSURANCE | NECCA  HACCP CERTIFICATE TRAINING |
| ZHAO JIAN | MALE | SEAFOOD PROCESSING | LABOURATORY SUPERVISOR | QUALITY ASSURANCE | NECCA  HACCP CERTIFICATE TRAINING |
| DONG GUOZHEN | MALE | ENGINEER & MACHINE | MAINTAINNESS MANAGER | EQUIPMENT | NECCA  HACCP CERTIFICATE TRAINING |
| GAO FUCHUN | MALE | QUALITY ASSURANCE | VICE-GENERAL MANAGER | MARKETING | NECCA  HACCP CERTIFICATE TRAINING |
| ZHANG QINGLIN | MALE | INTERNATIONAL TRADE | IN / EX PORT MANAGER | IMP / EXP | NECCA  HACCP CERTIFICATE TRAINING |

BREADED - HACCP PLAN

7



**ALLIED PACIFIC FOOD (DALIAN) CO., LTD**

Company Name : Allied Pacific Food (Dalian) Co., Ltd.

Company Address: 888 Yongzheng Industrial Area ,SanLi, Jinzhou District , Dalian 116100, China.

Company Telephone: 86-411-87821188        Fax : 86-411-87821199        Method of Storage and Distribution : Frozen

Products : Breaded Shrimp        Intended Use and Consumer: For General Public, Served after fully cooked.

# BREADED SHRIMP

## PROCESSING FLOW

| CCP1 RAW MATERIAL RECEIVING | INGREDIENTS RECEIVING | PACKAGING RECEIVING |
| THAWING | INGREDIENTS STORAGE | PACKAGING STORAGE |
| GRADING | INGREDIENTS USING | PACKAGING USING |
| PEELING & CUTTING | | |
| PRE-DUSTING | | |
| CCP2 BATTERING | | |
| BREADING | | |
| (PRE - FRYING) | | |
| FREEZING | | |
| WEIGHTING | | |
| INNER PACKING | | |
| CCP3 METAL DETECTING | | |
| CARTON PACKING | | |
| COLD STORAGE | | |

**ALLIED PACIFIC FOOD (DALIAN) CO., LTD**

Company Address: 888 Yongchang Industrial Area, Sam Li,Jinzhou District, Dalian 116100, China.

Fax: 86-411-87821199

Company Name:Allied Pacific Food (Dalian) Co., Ltd.
Company Telephone: 86-411-87821188
Method of Storage and Distribution: Frozen (-18°c)

Product: Breaded Shrimp
Intended Use and Consumer:For General Public. Serve after fully cooked.

**KGF. BREADED SHRIMP HACCP PLAN HAZARD ANALYSIS WORKSHEET-1**

| Processing Steps | Potential Hazards | This hazard significant? | Reason(s) | Preventive Measures | Corrective Actions | Is this a CCP? |
|---|---|---|---|---|---|---|
| Raw material receiving | BIOLOGICAL: Microorganism growth | yes | Raw shrimp can be natural reservoir for microorganism. Once pathogens grow in without to eliminate, it will cause the shrimp to be decomposed, and is harmful for consumption. | Check the temperature of the shrimp (not excess 8°C), room and container. Imported material we need: Certificate of catch. Certificate of health. | If found no certificate, the lot will be segregated and making claims. | NO |
| | CHEMICAL: Furazolidone (AOZ) Furaltadone (AMOZ) Furacillzen (SEM) Nitrofurantoin (AHD) | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material Certificate is required for domestic material | If found the AOZ / AMOZ / SEM / AHD residual, segregate and reject the lot. Non detectable level for AOZ / AMOZ / SEM / AHD at the tolerance of 0.5 ppb. If found no certificate, segregated and make complete. | |
| | Sulfite | yes | Potential for allergic-type reaction | Rapid sulfite test for imported material. Certificate is required for domestic material. | If found the sulfite residual, segregate and reject the lot. Non detectable level at the tolerance of 10 ppm. If found no certificate, segregated and make complete. | |
| | Chloramphenicol | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with Charm II analyzer for imported material Certificate is required for domestic material | If found the Chloramphenicol residual, segregate and reject the lot. Non detectable level at the tolerance of 0.3 ppb. If found no certificate, segregated and make complete. | |
| | Tetracycline Oxytetracycline Chlortetracycline | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with Charm II analyzer for imported material Certificate is required for domestic material | If found the tetracycline / oxytetracycline / chlortetracycline residual,segregate and reject the lot. Non detectable level at the tolerance of 20ppb. If found no certificate, segregated and make complete. | YES |
| | Flumequine | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material Certificate is required for domestic material | If found the flumequine residual, segregate and reject the lot. Non detectable level at the tolerance of 0.25ppb. If found no certificate, segregated and make complete. | |
| | Ciprofloxacine | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material Certificate is required for domestic material | If found the ciprofloxacine residual, segregate and reject the lot. Non detectable level at the tolerance of 5ppb. If found no certificate, segregated and make complete. | |
| | Enrofloxacine | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material Certificate is required for domestic material | If found the enrofloxacine residual, segregate and reject the lot. Non detectable level at the tolerance of 5ppb. If found no certificate, segregated and make complete. | |
| | Danofloxacine | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material Certificate is required for domestic material | If found the danofloxacine residual, segregate and reject the lot. Non detectable level at the tolerance of 5ppb. If found no certificate, segregated and make complete. | |
| | Malachite Green / Leucomalachite green | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material Certificate is required for domestic material | If found the malachite green / Leucomalachite green residual, segregate and reject the lot. Non detectable level at the tolerance of 0.3ppb. If found no certificate, segregated and make complete. | |
| | Crystal violet / Gentian violet / Leucocrystal violet | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material Certificate is required for domestic material | If found the crystal violet / gentian violet / leucocrystal violet residual, segregate and reject the lot. Non detectable level at the tolerance of 0.3ppb. If found no certificate, segregated and make complete. | |
| | PHYSICAL: Dehydration Improper size short weight | no | These hazards will cause economically loss only | QC inspect the raw material | If found temperature, improper size and short weight, segregate and make claims. | NO |
| Thawing | BIOLOGICAL: Decolor or black tail CHEMICAL: PHYSICAL: | no no no | Not related with safety | QC inspect the temperature and time of thawing period. Water temperature should be <15°C, shrimp temperature should be <6°C, thawing time should be <30minutes. | Controlled by SSOP、GMP | NO |
| Grading | BIOLOGICAL: CHEMICAL: PHYSICAL: Size and uniformity do not meet the requirements | no no no | Not related with safety | Train the workers | Reprocess | NO |

BREADED. HACCP PLAN

5

# ALLIED PACIFIC FOOD ( DALIAN ) CO., LTD

Company Name: Allied Pacific Food (Dalian ) Co., Ltd.   Company Address: 888 Yongcheng Industrial Area, San Li Jinzhou District , Dalian 116100 , China.

Company Telephone: 86-411-87821188   Fax: 86-411-87821189   Product: Breaded Shrimp

Method of Storage and Distribution: Frozen (-18°C)   Intended Use and Consumer: For General Public, Serve after fully cooked.

## CCP   BREADED SHRIMP HACCP PLAN HAZARD ANALYSIS WORKSHEET -2

| Processing Steps | Potential Hazards | The Hazard Significant | Reason | Preventive Measures | Corrective Actions | Is this CCP |
|---|---|---|---|---|---|---|
| Peeling & Cutting | BIOLOGICAL: | no | | | | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Shell, legs left on shrimps, fin, contaminated with bacterial pathogen "Beaten to the pieces | no | Not related with safety | Lim leaves inspect and control the workers processing methods. | If found any product deviates return and reprocess | |
| | | yes | Controlled by metal detector such metal is not allowed. | Check the knives used by the workers | Extra attention to these products | |
| Pre – dusting | BIOLOGICAL: Pathogen growth | no | Risk is low due to short pre – dust time possible water is used (SSOP) | Controlled by SSOP、GMP The shrimp temperature should be <8 °C | Controlled by SSOP、GMP | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumption. | Sieved with sifter, the slate sieve size Min. < 2mm | If found foreign materials, segregated and make complain. | |
| | Allergen contamination | yes | Allergen material will cause people reaction | Please refer allergen plan | Please refer allergen plan | |
| Battering | BIOLOGICAL: Pathogen growth | yes | Pathogen growth if batter held too long at elevated temperature. | Keep temperature below 8 °C | If batter temperature is over 8 °C but no more than 10 °C, add ice at once; if excess 10 °C, dump batter and change new, separate products of this time and the last time, write evaluation and breading. | YES |
| | CHEMICAL: | no | | | | NO |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumption. | Sieved with sifter, the slate sieve size Min. : 2mm | If found foreign materials, segregated and make complain. | |
| | Allergen contamination | yes | Allergen material will cause people reaction | Please refer allergen plan | Please refer allergen plan | |
| Breading | BIOLOGICAL: *Pathogen Survival | no | Risk is low due to short breading time. | Controlled by SSOP、GMP The shrimp temperature should be <8 °C | Controlled by SSOP、GMP | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumption. | Check by sense | If found foreign materials, segregated and make complain. | |
| | Allergen contamination | yes | Allergen material will cause people reaction | Please refer allergen plan | Please refer allergen plan | |
| (Pre – Frying) | BIOLOGICAL: *Pathogen Survival | no | Risk is low due to short frying time, Frying oil temperature Min. 180 °C , frying time, 40 seconds. | Controlled by SSOP、GMP | Controlled by SSOP、GMP | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: | no | | | | |
| Freezing | BIOLOGICAL: | no | | | | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Improper temp. and freezing time, will affect the quality of the final product | no | Not related with safety | Ensure the final products core temperature is equal to or below -18°C | Re-freeze | |
| Weighting | BIOLOGICAL: | no | | | | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Under weight | no | Not related with safety | Correct the scale and operate method of weighting | Re-weight | |

BREADED - HACCP PLAN

18

## ALLIED PACIFIC FOOD ( DALIAN ) CO., LTD

Company Name: Allied Pacific Food (Dalian) Co., Ltd.

Company Telephone: 86-411-87621188          Fax: 86-411-87621189

Method of Storage and Distribution: Frozen (-18°c)

Company Address: 888 Yongsheng Industrial Area., Siwi LI Jinzhou District., Dalian 116100, China.

Product: Breaded Shrimp

Intended Use and Consume: For General Public. Serve after fully cooked.

K9F_BREADED SHRIMP HACCP PLAN_HAZARD ANALYSIS WORKSHEET-3

| Processing Steps | Potential Hazards | T/N hazard significant? | Reason | Preventive Measures | Corrective Actions | Is this CCP |
|---|---|---|---|---|---|---|
| Inner packing | BIOLOGICAL: shrimp was contaminated by worker's hands | yes | Controlled by SSOP, GMP | Ensure worker's hands be sanitized by alcohol regularly | Controlled by SSOP, GMP | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumers. | Check by sense for inner bag, tray pack one by one. | If found foreign materials, segregated and make complete. | |
| Metal detecting | BIOLOGICAL: | no | | | | YES |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Metal fragments | yes | Metal fragments from many machine or other sources | All products must be passed through the metal detector. | If found metal fragments, separate the product, check after blowing, identify source of it, test the metal detector before work again, and destroy the product. | |
| | | | | Inspect metal detector's sensitivity once every 30 minutes and check the first one and the last one, mark when no production. | If found the metal detector was not work, fix it and re - inspect all products from last time. | |
| Carton packing | BIOLOGICAL: | no | | | | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumers. | Check by sense | If found foreign materials, segregated and make complete. | |
| Cold storage | BIOLOGICAL: | no | | | | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Microorganism and dehydration | no | High variation of the temperature will cause the food products easily dropped. Long period of storage will cause final products to be destroied. | Automatic temperature recording machine constantly inspect and control the temperature below -18°C. | If the temperature does not meet the requirement, inform power room to lower the temperature | |

## ALLIED PACIFIC FOOD ( DALIAN ) CO., LTD

Company Name: Allied Pacific Food (Dalian) Co., Ltd.
Company Address: 888 Yongzheng Industrial Area , San Li,Linchou District , Dalian 116100 , China.
Company Telephone: 86-411-87821188     Fax: 86-411-87821189
Method of Storage and Distribution : Frozen (-18°C)

Product: Breaded Shrimp
Intended Use and Consumer: For General Public, Serve after fully cooked.

### IQF_BREADED SHRIMP HACCP PLAN_HAZARD ANALYSIS WORKSHEET 4

| Processing Steps | Potential Hazards | This Hazard Significant? | Reason | Preventive Measures | Corrective Actions | Is this CCP? |
|---|---|---|---|---|---|---|
| Ingredients Receiving | BIOLOGICAL: pathogen contamination | yes | Pathogen contamination | Certificate is required, lab test every lot | If found no certificate or not accord with last standard, segregated and make complete. | |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumption. | Check before use | If found foreign materials, segregated and make complete. | NO |
| Ingredients Storage | BIOLOGICAL: pathogen contamination | no | Controlled by SSOP, GMP | Controlled by SSOP, GMP | Controlled by SSOP, GMP | |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Allergen contamination | yes | Allergen material will cause people reaction | Please refer allergen plan | Please refer allergen plan | NO |
| Packaging Receiving | BIOLOGICAL: Pathogen contamination | no | Pathogen contamination | Inspect the official test certification before receive | If found no certificate, segregated and make complete. | |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumption. | Check by sense for inner bag, tray pack. | If found foreign materials, segregated and make complete. | NO |
| Packaging Storage | BIOLOGICAL: pathogen contamination | no | Controlled by SSOP, GMP | Controlled by SSOP, GMP | Controlled by SSOP, GMP | |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: | no | | | | NO |

**ALLIED PACIFIC FOOD (DALIAN) CO., LTD**

Company Name: Allied Pacific Food (Dalian) Co., Ltd.
Company Telephone: 86-411-87521188   Fax: 86-411-87521199
Method of Storage and Distribution: Frozen (-18°C)

Company Address: 588 Yangshang Industrial Area, Sanit, Jinzhou District, Dalian 116100, China.
Product: Breaded Shrimp
Intended Use and Consumer: For General Public. Store after fully cooked.

## BREADED SHRIMP HACCP PLAN FORM

| CCP | Processing Step | Hazard | Critical Limits | What | How | Frequency | Who | Corrective Action | Records | Verification |
|---|---|---|---|---|---|---|---|---|---|---|
| CCP1 | Raw material / Receiving | Sulfite | No sulfite should be used. | Sulfite residual | Rapid sulfite test for imported material. Certificate is required for domestic material | Every lot | Lab staff | If found sulfite residual segregated and rejected the lot. Non detectable level at the balance of 10ppm. If found no certificate, segregate and make complaint. | LAB test report | Two samples send in third party lab for verification test every month. |
| | | Furazolidone (AOZ), Furaltadone (AMOZ), Furazidone (SEM), Nitrofurantoin (AHD) | No AOZ/AMOZ/SEM/AHD should be used. | AOZ/AMOZ/SEM/AHD residual | Lab test with ELISA for imported. Certificate is required for domestic material | Every lot | Lab staff | If found the AOZ/AMOZ/SEM/AHD residual, segregate and reject the lot. Non detectable level at AOZ/AMOZ/SEM/AHD at the balance of 0.5 ppb. If found no certificate, segregated and make complaint. | LAB test report | |
| | | Chloramphenicol | No chloramphenicol should be used. | Chloramphenicol residual | Lab test with Charm II for imported, Certificate is required for domestic material | Every lot | Lab staff | If found Chloramphenicol residual, segregated and rejected the lot. Non detectable level at the balance of 0.3ppb. If found no certificate, segregate and make complaint. | LAB test report | |
| | | Tetracycline, Oxytetracycline, Chlortetracycline | No tetracycline/oxytetracycline/chlortetracycline should be used. | Tetracycline/oxytetracycline/chlortetracycline residual | Lab test with Charm II for imported, Certificate is required for domestic material | Every lot | Lab staff | If found tetracycline/oxytetracycline/chlortetracycline residual segregated and rejected the lot. Non detectable level at the balance of 20ppb. If found no certificate, segregate and make complaint. | LAB test report | |
| | | Flumequine | No flumequine should be used. | Flumequine residual | Lab test with ELISA for imported, Certificate is required for domestic material | Every lot | Lab staff | If found flumequine residual segregated and rejected the lot. Non detectable level at the balance of 0.05ppb. If found no certificate, segregate and make complaint. | LAB test report | |
| | | Ciprofloxacine | No ciprofloxacine should be used. | Ciprofloxacine residual | Lab test with ELISA for imported, Certificate is required for domestic material | Every lot | Lab staff | If found ciprofloxacine residual segregated and rejected the lot. Non detectable level at the balance of 1ppb. Certificate is required for domestic material. | LAB test report | |
| | | Enrofloxacine | No enrofloxacine should be used. | Enrofloxacine residual | Lab test with ELISA for imported, Certificate is required for domestic material | Every lot | Lab staff | If found enrofloxacine residual segregated and rejected the lot. Non detectable level at the balance of 1ppb. If found no certificate, segregate and make complaint. | LAB test report | |
| | | Danofloxacine | No danofloxacine should be used. | Danofloxacine residual | Lab test with ELISA for imported, Certificate is required for domestic material | Every lot | Lab staff | If found danofloxacine residual segregated and rejected the lot. Non detectable level at the balance of 1ppb. If found no certificate, segregate and make complaint. | LAB test report | |
| | | Malachite Green / Leucomalachite green | No malachite green / leucomalachite green should be used. | Malachite green / leucomalachite green residual | Lab test with ELISA for imported, Certificate is required for domestic material | Every lot | Lab staff | If found malachite green / leucomalachite green residual segregated and rejected the lot. Non detectable level at the balance of 0.5ppb. If found no certificate, segregate and make complaint. | LAB test report | |
| | | Crystal violet / Gentian violet / Leucocrystal violet | No crystal violet / gentian violet / leucocrystal violet should be used. | Crystal violet / Gentian violet / Leucocrystal violet residual | Lab test with ELISA for imported, Certificate is required for domestic material | Every lot | Lab staff | If found crystal violet / gentian violet / leucocrystal violet residual segregated and rejected the lot. Non detectable level at the balance of 0.5ppb. If found no certificate, segregate and make complaint. | LAB test report | |
| CCP2 | Battering | Pathogen growth if label temperature not held at elevated temperature. | Batter temperature not to exceed 5°C | Batter temperature | Thermometer | Check the temperature. | Each 1/2 release. | QC inspector | If batter temperature is over 5°C and more than 10°C, adjust the cooling of system 10°C, dump batter and change over, separate products of this time and test last time, make evaluation and testing. | Batter temperature control report | QA review separate tags |
| CCP3 | Metal detecting | Metal fragments | Metal Zero for ferrous, Max 2mm for non-ferrous and stainless steel | Metal fragments | Metal detector | Check the metal detector's sensitivity. | All production must pass the metal detector. | QC inspector | If found metal fragments, segregate the product, check after remaining work, identify reasons of it, test the metal detection before work, repair and destroy the product. | Metal detector monitoring record | QA review inspector tags |
| | | | | Metal detector's sensitivity | Use the sample test pad to check. | Every 30 minutes. Check the first time and the last time, reset when no production. | QC inspector | If found metal detector does not work, fix it and re-inspect all products from last time. | | |

BREADED HACCP PLAN

# ALLIED PACIFIC FOOD ( DALIAN ) CO., LTD

Company Name: Allied Pacific Food (Dalian) Co., Ltd.

Company Telephone: 86-411-87821188 Fax:86-411-87821199

Company Address: 888 Yongzheng Industrial Area ,Sanil, Jinzhou District.  Dalian 116100 , China.

Product: Breaded shrimp

Method of Storage and Distribution : Frozen (-18°c)

Intended Use and Consumer:For General Public, Serve after fully cooked.

## DECISION TREE TABLE FOR SHRIMP PROCESSING

Q1 : DO PREVENTIVE MEASURES EXIST AT THIS STEP OR SUBSEQUENT STEP FOR IDENTIFIED HAZARD?

Q2 : DOES THIS STEP ELIMINATE OR REDUCE THE LIKELY OCCURRENCE OF A HAZARD TO AN ACCEPTABLE LEVEL?

Q3 : COULD CONTAMINATION WITH IDENTIFIED HAZARDS OCCUR IN EXCESS OF ACCEPTABLE LEVELS OR COULD

THESES INCREASE TO UNACCEPTABLE LEVELS?

Q4 : WILL A SUBSEQUENT STEP ELIMINATE IDENTIFIED HAZARDS OR REDUCE THE LIKELY OCCURRENCE TO AN

ACCEPTABLE LEVELS?

| PROCESS STEP | HAZARD | Q1 | Q2 | Q3 | Q4 | CCP |
|---|---|---|---|---|---|---|
| SHRIMP RECEIVING | BACTERIAL PATHOGENS | YES | YES | - | - | YES |
| THAWING | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| WASHING | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| GRADING | SIZE CONTROL | YES | NO | - | - | NO |
| PEELING & CUTTING | METAL PIECES SURVIVAL | YES | NO | YES | YES | NO |
| PRE-DUSTING | FOREIGN MATERIAL | YES | NO | YES | YES | NO |
| BATTERING | BACTERIAL PATHOGENS | YES | YES | YES | YES | YES |
| BREADING | FOREIGN MATERIAL | YES | YES | YES | YES | NO |
| (PRE - FRYING) | BACTERIAL PATHOGENS | YES | YES | YES | YES | NO |
| FROZEN | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| WEIGHTING | WEIGHT CONTROL | NO | NO | - | - | NO |
| INNER PACKING | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| METAL DETECTING | METAL PIECES SURVIVAL | YES | YES | - | - | YES |
| CARTON PACKING | FOREIGN MATERIAL | YES | NO | YES | YES | NO |
| COLD STORAGE | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| PROCESS STEP | HAZARD | Q1 | Q2 | Q3 | Q4 | CCP |
| INGREDIENTS RECEIVING | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| INGREDIENTS STORAGE | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| PACKAGING RECEIVING | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| PACKAGING STORAGE | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |

BREADED - HACCP PLAN

14

**ALLIED PACIFIC FOOD (DALIAN) CO., LTD**

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China .

Company Telephone: 86-411-87821188    Fax : 86-411-87821199    Method of Storage and Distribution : Frozen

Products : Breaded Skewered Shrimp    Intended Use and Consumer : For General Public, Serve after Fully Cooked.

# HAZARD ANALYSIS
# & CRITICAL CONTROL POINT

# BREADED SKEWERED SHRIMP

*THE FIFTH PRESS*

PROPERTIES OF
ALLIED PACIFIC FOOD    (DALIAN )   CO., LTD
AND STRICTLY CONFIDENTIAL

IN LINE OF CONTROL

CONFIRMED   BY:            YES  ☑     NO  ☐

CONFIRMED DATE:            *Jun. 5th, 07*

**ALLIED PACIFIC FOOD (DALIAN) CO., LTD**

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian118100, China .

Company Telephone: 86-411-87821188    Fax : 86-411-87821199    Method of Storage and Distribution : Frozen

Products : Breaded Skewered Shrimp    Intended Use and Consumer : For General Public, Serve after Fully Cooked.

# Hazard Analysis for Breaded Skewered Shrimp

1. **Main content and area of application.**
2. **Organization chart.**
3. **HACCP team.**
4. **Terms and definitions.**
5. **Product introduction**
6. **The processing flow**
7. **Hazard analysis worksheet.**
8. **HACCP plan form.**
9. **Verification and Corrective Action Procedure**
10. **Recall procedure and Customer complaint**
11. **HACCP inspection forms.**

## 1. Main content and area of application.

This plan analyzes the hazards probably existing in the process of export breaded skewered shrimps, defines as Critical Control Point CCP , and draws up corresponding controlling measures to improve the safety of export breaded shrimps. This plan is suitable for processing of export breaded shrimp, using block frozen HLSO shrimps as raw material. It is also can be taken as the guarantee measurement of product quality for the plant.

## 2. Organization chart.

See attached chart.

## 3. HACCP team.

See attached table.

This table describes all the personnel responsible in every department.

## 4. Terms and definitions.

A. **Hazard:**    A biological, chemical or physical hazard that may cause a food to be unsafe for consumption.

B. **Critical Control Point: (CCP)**    A point, step or procedure at which control can applied and a food safety hazard can be prevented, eliminated or reduced to acceptable levels. If CCP is out of control, then it brings the

# ALLIED PACIFIC FOOD (DALIAN) CO., LTD

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China .

Company Telephone: 86-411-87821188    Fax: 86-411-87821199    Method of Storage and Distribution : Frozen

Products : Breaded Skewered Shrimp    Intended Use and Consumer : For General Public, Serve after Fully Cooked.

hazard of unsafe to product.

|  |  |  |
|---|---|---|
| C. | Critical Limit: | Means the maximum or minimum value to which a physical, biological,or chemical parameter must be controlled at a critical control point to prevent, eliminate, or reduce to an acceptable level the occurrence of the identified food safety hazard. |
| D. | Monitoring procedure | To conduct a planned sequence of observations or measurements to assess whether a CCP is under control and to produce an accurate record for future use in verification. |
| E. | Deviation: | Failure to meet a critical limit. |
| F. | Corrective action: | Procedure to be followed when a deviation from a critical limit occurs at a CCP. |
| G. | Food safety hazard: | Means any biological, chemical, or physical property that may cause a food to be unsafe for human consumption. |
| H. | Preventive measure: | Means physical, chemical, or other factors that can be used to control an identified food safety hazard. |
| I. | Processing: | Means with respect to fish or fishery products; Handling, Storing, Preparing, De-heading, Eviscerating, Shucking, Freezing, Changing into different market forms, manufacturing, preserving, packing, labeling, dockside unloading, or holding. |
| J. | Processor | Means any person engaged in commercial, custom, or institutional processing of fish or fishery products. A processor includes any person engated in the production of foods that are to be used in market or consumer test. |
| K. | Shall | Shall is used to state mandatory requirements. |

## 5. Product introduction.

Breaded skewered shrimps are using  imported block frozen  shrimps  as raw material. It is  processed through raw material receiving, thawing, grading, peeling, cutting, deveinding, skewering, pre - dusting, baterring, breading, freezing, weighting, packing and metal detecting. All the products export to U.S.A., Japan and E.U. The final products are sold to the general public .

## 6. The processing flow

See attached chart.

## 7. Hazard analysis worksheet.

This worksheet is to organize and document the consideration in identifying food-safety hazards. It consists of processing steps, potential hazards signification, justification,

**ALLIED PACIFIC FOOD (DALIAN) CO., LTD**

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China .

Company Telephone: 86-411-87821188    Fax : 86-411-87821199    Method of Storage and Distribution : Frozen

Products : Breaded Skewered Shrimp    Intended Use and Consumer : For General Public, Serve after Fully Cooked.

preventative measures, and identification of CCP(see attached worksheet.) Based on

the influence of safety factors on seafood, we hereby analyze the hazards as below:

**1. Biological hazards:**

These hazards come from raw materials or processing steps used to make the final

product. Shrimp itself contains abundant nutritious substances, is an ideal and optimum

reproduction place for microorgannism. It is attached by microorganism and may be

polluted or contaminated during transporting and processing. Thus, if handling the

products not adequate, it will bring hazards for consumption.

**2. Chemical hazards:**

Chemical contamination can happen at any stage in shrimp production and processing.

Chemical can be harmful and are purposefully used with some foods, such as sodium

metabysulfite on shrimps as food additive. Chemicals are not hazardous if properly

used or controlled. Potential risks to consumers increase when chemical are not

controlled or the recommended treatment rates are exceeded. The presence of a

chemicals may not always represent a hazard. The amount of the chemical may

determine whether it is a hazard or not. Shrimp contains substance of enzyme called

PPO, which may cause the shrimp to be deteriorated by pollution or chemical

contamination. This hazard will cause harmful for consumption.

**3. Physical hazards:**

Physical hazards include any potential harmful extraneous matter or foreign object

not normally found in food. During the processing, foreign object may mix together with

product. For example, flake of metal, glass and other filth. When a consumer mistakenly

eats the foreign object, it is likely to cause choking, injury or other adverse health effects.

## 8.  HACCP plan form.

See attached  table.

## 9.  Verification AND CORRECTIVE ACTION PROCEDURE

Plant manager appoints quality assurance section head to in-charge the implementing and

coordinating tasks  of  HACCP plan. As for the line, quality control group leader is

appointed to  be the person in charge.  Person in-charge of line quality control is responsible

# ALLIED PACIFIC FOOD (DALIAN) CO., LTD

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China .

Company Telephone: 86-411-87821188    Fax : 86-411-87821199    Method of Storage and Distribution : Frozen

Products : Breaded Skewered Shrimp                          Intended Use and Consumer : For General Public, Serve after Fully Cooked.

for overseeing  the monitoring record of CCP. When CCP is getting deviation , he or she

should be responsible for the implementation of corrective actions and keeping good records.

Q,A section head  random checks the monitoring situation everyday, reports extraordinary

problem to plant  manager timely.  Plant manager ,Q.A. and Q.C staff organize HACCP

plan and continuously  review and verify for keeping HACCP plan in the best position.

### The verification of HACCP system:

**Overall verification**: HACCP plan should be assessed at least once a year, it is included the
facilities, processing  flow and other modifications. The calibration of processing
equipment and  fixed schedule of finished product  and incomplete finished product
inspection must be met. All the following reports have to be done according to the
requirements: CCP monitoring records, Corrective Action and Calibration records.
Any feedback information of quality problem from customer, the Q.C & Q.A personnel
have to verify. In addition,during weekly production and quality meeting should bring
up the problem for verification and record.

**Ordinary verification**: Q.A. manager reviews all the reports daily, and ensures the
reports are   complete filled up according to the requirements,whether it is true has to
inspect by himself at the processing area, and every inspection procedure is within
the critical limits.

**Corrective action procedure:**

1. Record the date, time, shift , product name and amount of deviation products
   when deviation occurs.

2. Record the deviation CCP.

3. What deviation happened.

4.What is the CCP monitoring frequency.

5. The engineer corrects the deviation to the equipment for CCP monitoring.

6. Monitoring again for the whole products during the period that deviation occurs.

7. Strictly inspections should be done for all the re-work products, and keep on file.

## 10. Recall Procedure and Customer Complaint
    See attachment : GMP-Recall Plan

## 11. HACCP inspection form.
    These forms include of  CCP1-raw material receiving report, CCP2 - skewers inspection report ,
    CCP3-shrimp battering record,  CCP4- metal detecting record.



# ALLIED PACIFIC FOOD (DALIAN) CO., LTD.
## ORGANIZATION CHART

6

# ALLIED PACIFIC FOOD (DALIAN) CO., LTD.

Company Address : 888 Yongzheng Industrial Area , Sanli , Jinzhou District , Dalian 116100 , China.    Tel: 86-411-87821188    Fax: 86-411-87821199

## HACCP    TEAM

| NAME | SEX | PROFESSIONAL | POSITION | IN-CHARGE | TRAINING |
|------|-----|--------------|----------|-----------|----------|
| YUAN JINGANG | MALE | PUBLIC RELATIONSHIP | GENERAL MANAGER | PUBLIC RELATIONSHIP | NECCA  HACCP CERTIFICATE TRAINING |
| ALEX LI | MALE | BUSINESS MANAGEMENT | VICE-GENERAL MANAGER | BUSINESS | NECCA  HACCP CERTIFICATE TRAINING |
| GENG SHUJING | FEMALE | SEAFOOD RPOCESSING | PRODUCTION MANAGER | PRODUCTION DEPARTMENT | NECCA  HACCP CERTIFICATE TRAINING |
| WU JING | FEMALE | SEAFOOD PROCESSING | Q.A. MANAGER | QUALITY ASSURANCE | NECCA  HACCP CERTIFICATE TRAINING |
| ZHAO JIAN | MALE | SEAFOOD PROCESSING | LABOURATORY SUPERVISOR | QUALITY ASSURANCE | NECCA  HACCP CERTIFICATE TRAINING |
| DONG GUOZHEN | MALE | ENGINEER & MACHINE | MAINTAINNESS MANAGER | EQUIPMENT | NECCA  HACCP CERTIFICATE TRAINING |
| GAO FUCHUN | MALE | QUALITY ASSURANCE | VICE-GENERAL MANAGER | MARKETING | NECCA  HACCP CERTIFICATE TRAINING |
| ZHANG QINGLIN | MALE | INTERNATIONAL TRADE | IN / EX PORT MANAGER | IMP / EXP | NECCA  HACCP CERTIFICATE TRAINING |

BREADED SKEWERED SHRIMP - HACCP PLAN

7



# ALLIED PACIFIC FOOD (DALIAN) CO., LTD

Company Name : Allied Pacific Food (Dalian) Co., Ltd.

Company Address: 888 Yongzheng Industrial Area ,SanLi, Jinzhou District , Dalian 116100, China.

Company Telephone: 86-411-87621188      Fax : 86-411-87621199      Method of Storage and Distribution : Frozen

Products : Breaded Skewered Shrimp      Intended Use and Consumer : For General Public, Served after fully cooked.

## BREADED SKEWERED SHRIMP
### PROCESSING FLOW

| | | |
|---|---|---|
| CCP1 RAW MATERIAL RECEIVING | INGREDIENTS RECEIVING | PACKAGING RECEIVING |
| THAWING | INGREDIENTS STORAGE | PACKAGING STORAGE |
| GRADING | INGREDIENTS USING | PACKAGING USING |
| PEELING & CUTTING | | |
| CCP2 SKEWER CHECKING | | |
| PRE-DUSTING | | |
| CCP3 BATTERING | | |
| BREADING | | |
| FREEZING | | |
| WEIGHTING | | |
| INNER PACKING | | |
| CCP4 METAL DETECTING | | |
| CARTON PACKING | | |
| COLD STORAGE | | |

# ALLIED PACIFIC FOOD (DALIAN) CO., LTD

Company Name: Allied Pacific Food (Dalian) Co., Ltd.
Company Address: B88 Yongzhong Industrial Area, San Li Jinzhou District, Dalian 116100, China.
Company Telephone: 86-411-87821189     Fax: 86-411-87821199
Method of Storage and Distribution: Frozen (-18c)
Product: Breaded Skewered Shrimp
Intended Use and Consumer: For General Public. Serve after fully cooked.

## (GF_BREADED SKEWERED SHRIMP HACCP PLAN_HAZARD ANALYSIS WORKSHEET -1

| Processing Steps | Potential Hazard | Food Safety Hazard (Yes/No) | Reason | Preventive Measures | Corrective Actions | Is this a CCP? |
|---|---|---|---|---|---|---|
| Raw material receiving | BIOLOGICAL: Microorganism growth | yes | Raw shrimp can be natural reservoirs for microorganism. Once pathogens grow it's difficult to eliminate. It will cause the shrimp to be decomposed, and is harmful for consumption. | Check the temperature of the shrimp (not excess 8°C), room and condition; imported material/ wet need: Certificate of origin, Certificate of health. | If found no certificate, the lot will be segregated and making claims. | NO |
| | CHEMICAL: Furazolidone (AOZ) Furaltadone (AMOZ) Furazepam (SEM) Nitrofurantoin (AHD) | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material; Certificate is required for domestic material | If found the AOZ / AMOZ / SEM / AHD residual, segregate and reject the lot. Non detectable level for AOZ / AMOZ / SEM / AHD at the tolerance of 0.5 ppb. If found no certificate, segregated and make complete. | |
| | Sulfite | yes | Potential for allergic-type reaction | Rapid sulfite test for imported material. Certificate is required for domestic material. | If found the sulfite residual, segregate and reject the lot. Non detectable level at the tolerance of 10 ppm. If found no certificate, segregated and make complete. | |
| | Chloramphenicol | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with Charm II analyzer for imported material; Certificate is required for domestic material | If found the Chloramphenicol residual, segregate and reject the lot. Non detectable level at the tolerance of 0.3ppb. If found no certificate, segregated and make complete. | |
| | Tetracycline Oxytetracycline Chlortetracycline | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with Charm II analyzer for imported material; Certificate is required for domestic material | If found the tetracycline/ oxytetracycline / chlortetracycline residual, segregate and reject the lot. Non detectable level at the tolerance of 2.0ppb. If found no certificate, segregated and make complete. | YES |
| | Flumequine | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material; Certificate is required for domestic material | If found the flumequine residual, segregate and reject the lot. Non detectable level at the tolerance of 5ppb. If found no certificate, segregated and make complete. | |
| | Ciprofloxacine | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material; Certificate is required for domestic material | If found the ciprofloxacine residual, segregate and reject the lot. Non detectable level at the tolerance of 5ppb. If found no certificate, segregated and make complete. | |
| | Enrofloxacine | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material; Certificate is required for domestic material | If found the enrofloxacine residual, segregate and reject the lot. Non detectable level at the tolerance of 5ppb. If found no certificate, segregated and make complete. | |
| | Danofloxacine | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material; Certificate is required for domestic material | If found the danofloxacine residual, segregate and reject the lot. Non detectable level at the tolerance of 5ppb. If found no certificate, segregated and make complete. | |
| | Malachite Green / Leucomalachite green | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material; Certificate is required for domestic material | If found the malachite green / Leucomalachite green residual, segregate and reject the lot. Non detectable level of 0.5ppb. If found no certificate, segregated and make complete. | |
| | Crystal Violet / Gentian Violet / Leucocrystal Violet | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material; Certificate is required for domestic material | If found the crystal violet / gentian violet / leucocrystal violet residual, segregate and reject the lot. Non detectable level at the tolerance of 1.5ppb. If found no certificate, segregated and make complete. | |
| | PHYSICAL: Dehydration inspector size short weight | no | These hazards will cause economically loss only | CID inspect the raw material | If found dehydration, improper size and short weight, segregate and make claim. | NO |
| Thawing | BIOLOGICAL: CHEMICAL: PHYSICAL: | no no no | Not related with safety | CID inspect the temperature and time of thawing product. Water temperature should be <16°C, shrimp temperature should be <8°C; thawing time should be <20minutes. | Train the workers | Controlled by ESOP, GMP | NO |
| Grading | BIOLOGICAL: CHEMICAL: PHYSICAL: Size and uniformity do not meet the requirements | no no no | Not related with safety | | Reprocess | NO |

**ALLIED PACIFIC FOOD (DALIAN) CO., LTD**

Company Name: Allied Pacific Food (Dalian) Co., Ltd.
Company Telephone: 86-411-87621168
Method of Storage and Distribution: Frozen (-18°C)

Company Address: 888 Yongzheng Industrial Area , SanLizhuhou District , Dalian 116100 , China.
Fax : 86-411-87621199

Product: Breaded Skewered Shrimp
Intended Use and Consumer: For General Public. Serve after fully cooked.

IQF_BREADED SKEWERED SHRIMP HACCP PLAN_HAZARD ANALYSIS WORKSHEET -2

| Processing Steps | Potential Hazards | This Hazard Significant | Reason | Preventive Measures | Corrective Actions | Is this CCP? |
|---|---|---|---|---|---|---|
| Peeling & Cutting | BIOLOGICAL: | | | | | |
| | CHEMICAL: | | | | | |
| | PHYSICAL: Shell, legs left on shrimp, filth contaminated with hazardous metal. Broken knife pieces | no no no yes | Not related with safety Concealed by metal detector such matter is not allowed. | Line workers inspect and control the workers processing methods. Check the knives used by the workers | If found any product deviates return and reprocess Extra attention to these products | NO |
| Skewer checking | BIOLOGICAL: | no | Microorganism growth | Sterilizing the skewers. | Sterilizing the skewers with 26ppm sanitizer for 30 seconds, dip in water and clean the skewers with water for 1 hours, using fresh skewers after 8 minutes without water. | NO |
| | CHEMICAL: | no | | Only use Bamboo stick | | |
| | PHYSICAL: Burr on skewer | yes | Burr of skewer is harmful for consumption. | Inspecting skewer one by one before skewering. | If found burr on skewer or broken skewers, the skewer will be rejected to be used and destroyed. | YES |
| Skewering | BIOLOGICAL: *Pathogen Survial | no | Risk is low due to short skewering time. | Controlled by SSOP , GMP | Controlled by SSOP . GMP | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: | no | | | | |
| Pre – dusting | BIOLOGICAL: Pathogen growth | no | Risk is low due to short pre – dust time potable water is used (SSOP) | Controlled by SSOP. GMP The shrimp temperature should be <8°C | Controlled by SSOP . GMP | NO |
| | CHEMICAL: | no | Foreign materials are harmful for consumption. | Skewed with siftor, the state sieve size Min. : 2mm | If found foreign materials, segregated and make complain. | |
| | Foreign materials | yes | Allergen material will cause people reaction | Please refer allergen plan | Please refer allergen plan | |
| | Allergen contamination | yes | | | | |
| Battering | BIOLOGICAL: Pathogen growth | yes | Pathogen growth if batter held too long at elevated temperature. | Keep temperature below 8°C | If batter temperature is over 8°C but no more than 16°C, add ice at once if excess 16°C, dump batter and change new, separate products of this time and the last time, write evaluation and treating. | YES |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumption. | Skewed with siftor, the state sieve size Min. : 2mm | If found foreign materials, segregated and make complain. | NO |
| | Allergen contamination | yes | Allergen material will cause people reaction | Please refer allergen plan | Please refer allergen plan | |
| Breading | BIOLOGICAL: *Pathogen Survial | no | Risk is low due to short breading time. | Controlled by SSOP . GMP The shrimp temperature should be <8°C | Controlled by SSOP . GMP | NO |
| | CHEMICAL: | no | | Check by sense | | |
| | PHYSICAL: Foreign material | yes | Foreign materials are harmful for consumption. | | If found foreign materials, segregated and make complain. | |
| | Allergen contamination | yes | Allergen material will cause people reaction | Please refer allergen plan | Please refer allergen plan | |
| Freezing | BIOLOGICAL: | no | | | | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: improper temp. and freezing time will affect the quality of the final product | no | Not related with safety | Ensure the final products core temperature is equal to or below -18°C | Re-freeze | |
| Weighing | BIOLOGICAL: | no | | | | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Under weight | no | Not related with safety | Correct the scale and operate method of weighing | Re-weight | |

BREADED SKEWERED SHRIMP - HACCP PLAN

10

# ALLIED PACIFIC FOOD ( DALIAN ) CO., LTD

Company Name:Allied Pacific Food (Dalian) Co., Ltd.    Company Address: 888 Yongzhong Industrial Area , San Li,Jinzhou District , Dalian 116100 , China.

Company Telephone: 86-411-87821195    Fax: 86-411-87821199    Product: Breaded Skewered Shrimp

Method of Storage and Distribution : Frozen (-18°C)    Intended Use and Consumer:For General Public, Serve after fully cooked.

IQF  BREADED SKEWERED SHRIMP HACCP PLAN HAZARD ANALYSIS WORKSHEET -3

| Processing Steps | Potential hazards | This Hazard Significant | Reason | Preventive Measures | Corrective Actions | Is this CCP? |
|---|---|---|---|---|---|---|
| Inner packing | BIOLOGICAL: shrimp was contaminated by worker's hands | yes | Controlled by SSOP , GMP | Ensure worker's hands be sterilized by alcohol regularly | Controlled by SSOP , GMP | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumption. | Check by sense for inner bag, tray pack one by one. | If found foreign materials, segregated and make complete. | |
| Metal detecting | BIOLOGICAL: | no | | | | YES |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Metal fragments | yes | Metal fragments from many machines or other sources | All products must be passed through the metal detector. | If found metal fragments, separate the product, check after thawing, identify source of it, test the metal detector before work again, and destroy the product. | |
| | | | | Inspect metal detector's sensitivity once every 30 minutes and check the first one and the last one, mark when no production. | If found the metal detector was not work, for it end re - inspect all products from last time. | |
| Custom packing | BIOLOGICAL: | no | | | | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumption. | Check by sense | If found foreign materials, segregated and make complete. | |
| Cold storage | BIOLOGICAL: | no | | | | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Microorganism and dehydration | no | High variation of the temperature will cause the final products quality dropped. Long period of storage will cause final products to be destroyed. | Automatic temperature recording machine constantly inspect and control the temperature below -18℃ | If the temperature does not meet the requirement, inform power room to lower the temperature | |

# ALLIED PACIFIC FOOD (DALIAN) CO., LTD

Company Name: Allied Pacific Food (Dalian ) Co., Ltd.
Company Telephone: 86-411-87621988    Fax : 86-411-87621199
Method of Storage and Distribution : Frozen (-18°c)

Company Address: 888 Yongzheng Industrial Area , San Li Jinzhou District , Dalian 116100 , China.

Product: Breaded Skewered Shrimp

Intended Use and Consumer: For General Public, Serve after fully cooked.

## IQF , BREADED SKEWERED SHRIMP HACCP PLAN .HAZARD ANALYSIS WORKSHEET -4

| Processing Stage / Processing Step | Potential Hazards | This Hazard Significant? | Reason | Preventive Measure | Corrective Actions | Is this CCP? |
|---|---|---|---|---|---|---|
| Ingredients Receiving | BIOLOGICAL: pathogen contamination | yes | Pathogen contamination | Certficate is required, lab test every lot | If found no certficate or not accord with test standard, segregated and make complain. | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumption. | Check before use | If found foreign materials, segregated and make complain. | |
| Ingredients Storage | BIOLOGICAL: pathogen contamination | no | Controlled by SSOP , GMP | Controlled by SSOP , GMP | Controlled by SSOP , GMP | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Allergen contamination | yes | Allergen material will cause people reaction | Please refer allergen plan | Please refer allergen plan | |
| Packaging Receiving | BIOLOGICAL: Pathogen contamination | no | Pathogen contamination | Inspect the official test certification before receive | If found no certficate, segregated and make complain. | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumption. | Check by scores for inner bag, tray pack. | If found foreign materials, segregated and make complain. | |
| Packaging Storage | BIOLOGICAL: Pathogen contamination | no | Controlled by SSOP , GMP | Controlled by SSOP , GMP | Controlled by SSOP , GMP | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: | na | | | | |

BREADED SKEWERED SHRIMP - HACCP PLAN

12

Company Name: Allied Pacific Food (Dalian) Co., Ltd.
Company Telephone: 86-411-87621188    Fax: 86-411-87621199
Method of Storage and Distribution: Frozen (-18°F)

Company Address: 888 Yongsheng Industrial Ave, Baoji, Jinzhou District, Dalian 116000, China.
Product: Breaded Skewered Shrimp
Intended Use and Consumer: For General Public, Serve after fully cooked.

## ALLIED PACIFIC FOOD (DALIAN) CO., LTD

### BREADED SKEWERED SHRIMP HACCP PLAN FORM

| CCP | Processing Step | Significant Hazard | Critical Limits for each Preventive Measure | Monitoring What | Monitoring How | Monitoring Frequency | Monitoring Who | Corrective Action | Records | Verification |
|---|---|---|---|---|---|---|---|---|---|---|
| CCP1 | Raw material receiving | Sulfite | No sulfite should be used. | Sulfite (residue) | Rapid sulfite test kit for imported material. Certificate is required for domestic material. | Every lot | Lab staff | If found sulfite residual segregated and rejected the lot. Non detectable level at the tolerance of 10ppm. If found no certificate, segregate and make complain. | LAB test report | Two samples send to third party lab for verification test every month. |
| | | Furazolidone (AMZ) Furaltadone (AMOZ) Furazidine (SEM) Nitrofurantoin (AHD) | No AMZ / AMOZ / SEM / AHD should be used. | AMZ / AMOZ / SEM / AHD residual | Lab test with ELISA for imported material. Certificate is required for domestic material. | Every lot | Lab staff | If found the AMZ / AMOZ / SEM / AHD residual, segregate and reject the lot. Non detectable level of 0.5 ppb. If found no certificate, segregated and make complain. | LAB test report | |
| | | Chloramphenicol | No chloramphenicol should be used. | Chloramphenicol residual | Lab test with Charm II for imported. Certificate is required for domestic material. | Every lot | Lab staff | If found Chloramphenicol residual, segregated and rejected the lot. Non detectable level at the tolerance of 0.3ppb. If found no certificate, segregate and make complain. | LAB test report | |
| | | Tetracycline Oxytetracycline Chlortetracycline | No tetracycline / oxytetracycline / chlortetracycline should be used. | Tetracycline / oxytetracycline / chlortetracycline residual | Lab test with Charm II for imported. Certificate is required for domestic material. | Every lot | Lab staff | If found tetracycline / oxytetracycline / chlortetracycline residual segregated and rejected the lot. Non detectable level at the tolerance of 20ppb. If found no certificate, segregate and make complain. | LAB test report | |
| | | Flumequine | No flumequine should be used. | Flumequine residual | Lab test with ELISA for imported. Certificate is required for domestic material | Every lot | Lab staff | If found flumequine residual segregated and rejected the lot. Non detectable level at the tolerance of 0.25ppb. If found no certificate, segregate and make complain. | LAB test report | |
| | | Ciprofloxacin | No ciprofloxacin should be used. | Ciprofloxacin residual | Lab test with ELISA for imported. Certificate is required for domestic material | Every lot | Lab staff | If found ciprofloxacin residual segregated and rejected the lot. Non detectable level at the tolerance of 5ppb. If found no certificate, segregate and make complain. | LAB test report | |
| | | Enrofloxacin | No enrofloxacin should be used. | Enrofloxacin residual | Lab test with ELISA for imported. Certificate is required for domestic material | Every lot | Lab staff | If found enrofloxacin residual segregated and rejected the lot. Non detectable level at the tolerance of 5ppb. If found no certificate, segregate and make complain. | LAB test report | |
| | | Danofloxacin | No danofloxacin should be used. | Danofloxacin residual | Lab test with ELISA for imported. Certificate is required for domestic material | Every lot | Lab staff | If found danofloxacin residual segregated and rejected the lot. Non detectable level at the tolerance of 5ppb. If found no certificate, segregate and make complain. | LAB test report | |
| | | Malachite Green / Leucomalachite green | No malachite green / Leucomalachite green should be used. | Malachite green / Leucomalachite green residual | Lab test with ELISA for imported. Certificate is required for domestic material | Every lot | Lab staff | If found malachite green / leucomalachite green residual segregated and rejected the lot. Non detectable level at the tolerance of 0.5ppb. If found no certificate, segregate and make complain. | LAB test report | |
| | | Crystal violet / Gentian violet / Leucocrystal violet | No crystal violet / gentian violet / leucocrystal violet should be used. | Crystal violet / Gentian violet / Leucocrystal violet residual | Lab test with ELISA for imported. Certificate is required for domestic material | Every lot | Lab staff | If found crystal violet / leucocrystal violet residual segregated and rejected the lot. Non detectable level at the tolerance of 0.5ppb. If found no certificate, segregate and make complain. | LAB test report | |
| CCP2 | Skewering checking | Burr on skewer | No burr skewer should be used. | Burr on skewers | Visual | Every skewer | QC inspector | If found Skewer with burr on it, then the skewer will be rejected to be used and destroyed. | Skewers inspection report | QA review operation logs |
| CCP3 | Blanching | Pathogen growth if boiler held too long at elevated temperature. | Boiler temperature not to exceed 80°C. | Check the temperature | Thermometer | Each 15 minutes. | QC inspector | If boiler temperature is over 80°C but no more than 100°C, add ice or excess water, dump boiler and change over, separate area monitor blanching. | Boiler temperature control report | QA review operation logs |
| CCP4 | Metal detecting | Metal fragments | Max 2mm for ferrous, Max 3mm for non-ferrous and stainless steel | Metal fragments | Metal detector | All production must pass the metal detector. | CLC inspector | If found metal fragments, separate the product, check after thawing, identify source of it, test the metal detector before work resume and monitor the product. | Metal detecting monitoring record | QA review operation logs |
| | | | | Metal detector's sensitivity | Use the sample test piece to check. | Every 20 minutes. Check the first time and the last one, much when no production. | CLC inspector | If found the metal detector was not working, return the product to the last work, fix it and re-inspect all products from last time. | | |

# ALLIED PACIFIC FOOD ( DALIAN ) CO., LTD

Company Name:Allied Pacific Food (Dalian) Co., Ltd.
Company Telephone: 86-411-87821188 Fax:86-411-87821199
Method of Storage and Distribution : Frozen (-18°c)

Company Address: 888 Yongzheng Industrial Area, Sanil, Jinzhou District,  Dalian 116100 , China.
Product: Breaded Skewered Shrimp
Intended Use and Consumer:For General Public, Serve after fully cooked.

## DECISION TREE TABLE FOR SHRIMP PROCESSING

Q1: DO PREVENTIVE MEASURES EXIST AT THIS STEP OR SUBSEQUENT STEP FOR IDENTIFIED HAZARD?

Q2: DOES THIS STEP ELIMINATE OR REDUCE THE LIKELY OCCURRENCE OF A HAZARD TO AN ACCEPTABLE LEVEL?

Q3: COULD CONTAMINATION WITH IDENTIFIED HAZARDS OCCUR IN EXCESS OF ACCEPTABLE LEVELS OR COULD

    THESES INCREASE TO UNACCEPTABLE LEVELS?

Q4: WILL A SUBSEQUENT STEP ELIMINATE IDENTIFIED HAZARDS OR REDUCE THE LIKELY OCCURRENCE TO AN

    ACCEPTABLE LEVELS?

| PROCESS STEP | HAZARD | Q1 | Q2 | Q3 | Q4 | CCP |
|---|---|---|---|---|---|---|
| SHRIMP RECEIVING | BACTERIAL PATHOGENS | YES | YES | - | - | YES |
| THAWING | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| WASHING | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| GRADING | SIZE CONTROL | YES | NO | - | - | NO |
| PEELING & CUTTING | METAL PIECES SURVIVAL | YES | NO | YES | YES | NO |
| SKEWER CHECKING | BURR ON SKEWERS | YES | YES | YES | YES | YES |
| SKEWERING | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| PRE-DUSTING | FOREIGN MATERIAL | YES | NO | YES | YES | NO |
| BATTERING | BACTERIAL PATHOGENS | YES | YES | YES | YES | YES |
| BREADING | FOREIGN MATERIAL | YES | YES | YES | YES | NO |
| FROZEN | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| WEIGHTING | WEIGHT CONTROL | NO | NO | - | - | NO |
| INNER PACKING | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| METAL DETECTING | METAL PIECES SURVIVAL | YES | YES | - | - | YES |
| CARTON PACKING | FOREIGN MATERIAL | YES | NO | YES | YES | NO |
| COLD STORAGE | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| PROCESS STEP | HAZARD | Q1 | Q2 | Q3 | Q4 | CCP |
| INGREDIENTS RECEIVING | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| INGREDIENTS STORAGE | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| PACKAGING RECEIVING | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| PACKAGING STORAGE | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |

BREADED SKEWERED SHRIMP - HACCP PLAN

14

 **ALLIED PACIFIC FOOD (DALIAN) CO., LTD**

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China .

Company Telephone: 86-411-87621188    Fax : 86-411-87621199    Method of Storage and Distribution : Frozen

Products : Pre - Fried Tempura Shrimp                    Intended Use and Consumer : For General Public, Serve after Fully Cooked.

# HAZARD ANALYSIS
# & CRITICAL CONTROL POINT

# PRE - FRIED TEMPURA SHRIMP

*THE THIRD PRESS*

**PROPERTIES OF**
**ALLIED PACIFIC FOOD   (DALIAN )   CO., LTD**
**AND STRICTLY CONFIDENTIAL**

*IN LINE OF CONTROL*

**CONFIRMED   BY:**          *YES* ☑    *NO* ☐

**CONFIRMED DATE:**          *Jun. 5th, 07*

 **ALLIED PACIFIC FOOD (DALIAN) CO., LTD**

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China .

Company Telephone: 86-411-87821188    Fax : 86-411-87821199    Method of Storage and Distribution : Frozen

Products : Pre - Fried Tempura Shrimp    Intended Use and Consumer : For General Public, Serve after Fully Cooked.

## Hazard Analysis & Critical Control Point (HACCP) Plan
## for PRE - FRIED TEMPURA SHRIMP

1.  **Main content and area of application.**
2.  **Organization chart.**
3.  **HACCP team.**
4.  **Terms and definitions.**
5.  **Product introduction**
6.  **The processing flow**
7.  **Hazard analysis worksheet.**
8.  **HACCP plan  form.**
9.  **Verification and Corrective Action Procedure**
10. **Recall procedure and Customer complaint**
11.  **HACCP  inspection forms.**

## 1.   Main content and area of application.

This plan analyzes the hazards probably existing in the process of export pre - fried tempura shrimps,

defines as Critical Control Point CCP , and draws up corresponding controlling measures

to improve the safety of export pre - fried tempura shrimps. This plan is suitable for processing by hands

of export pre - fried tempura shrimp, using  block frozen HLSO farm raised shrimps  as raw material.  It

is also can be taken as the guarantee measurement of product quality for the plant.

## 2.   Organization chart.

    **See attached chart.**

## 3.   HACCP team.

    **See attached table.**

This table describes all the personnel responsible in every department.

## 4.   Terms and definitions.

    **A.    Hazard:**    A biological, chemical or physical hazard that may cause a food to be unsafe for consumption.

    **B.   Critical Control Point:**    A point, step or procedure at which control can applied and a

 **ALLIED PACIFIC FOOD (DALIAN) CO., LTD**

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China .

Company Telephone: 86-411-87821188    Fax : 86-411-87821199    Method of Storage and Distribution : Frozen

Products : Pre - Fried Tempura Shrimp    Intended Use and Consumer : For General Public, Serve after Fully Cooked.

|  |  |
|---|---|
| **(CCP)** | food safety hazard  can be prevented, eliminated or reduced to acceptable levels. If CCP is out of control, then it brings the hazard of unsafe to product. |
| **C.  Critical Limit:** | Means the maximum or minimum value to which a physical, biological,or chemical parameter must be controlled at a critical control point to prevent, eliminate, or reduce to an acceptable level the occurrence of the identified food safety hazard. |
| **D.  Monitoring procedure:** | To conduct a planned sequence of observations or measurements to assess whether a CCP is under control and to produce an accurate record for future use in verification. |
| **E.  Deviation:** | Failure to meet a critical limit. |
| **F.  Corrective action:** | Procedure to be followed when a deviation from a critical limit occurs at a CCP. |
| **G.  Food safety hazard:** | Means any biological, chemical, or physical property that may cause a food to be unsafe for human consumption. |
| **H.  Preventive measure:** | Means physical, chemical, or other factors that can be used to control an identified food safety hazard. |
| **I.   Processing:** | Means with respect to fish or fishery products; Handling, Storing, Preparing, De-heading, Eviscerating, Shucking, Freezing, Changing into different market forms, manufacturing, preserving, packing, labeling, dockside unloading, or holding. |
| **J.  Processor** | Means any person engaged in commercial, custom, or institutional processing of fish or fishery products. A processor includes any person engated in the production of foods that are to be used in market or consumer test. |
| **K. Shall** | Shall is used to state mandatory requirements. |

## 5.  Product introduction.

Pre - fried tempura shrimps are using block frozen farm raised shrimps as raw material. It is processed through raw material receiving, thawing, grading, peeling & cutting, pre - dusting, freezing, battering, pre -frying, freezing, weighting, packing and metal detecting. All the products export to U.S.A. Japan and E.U. The final products are sold to the general public. Ready to serve.

## 6.  The processing flow

See attached chart.

 **ALLIED PACIFIC FOOD (DALIAN) CO., LTD**

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China .

Company Telephone: 86-411-87821188    Fax : 86-411-87821199    Method of Storage and Distribution : Frozen

Products : Pre - Fried Tempura Shrimp | Intended Use and Consumer : For General Public, Serve after Fully Cooked.

## 7. Hazard analysis worksheet.

This worksheet is to organize and document the consideration in identifying food-safety

hazards. It consists of processing steps, potential hazards signification, justification,

preventative measures, and identification of CCP(see attached worksheet.) Based on

the influence of safety factors on seafood, we hereby analyze the hazards as below:

**1. Biological hazards:**

These hazards come from raw materials or processing steps used to make the final

product. Shrimp itself contains abundant nutritious substances, is an ideal and optimum

reproduction place for microorgannism. It is attached by microorganism and may be

polluted or contaminated during transporting and processing. Thus, if handling the

products not adequate, it will bring hazards for consumption.

**2. Chemical hazards:**

Chemical contamination can happen at any stage in shrimp production and processing.

Chemical can be harmful and are purposefully used with some foods, such as sodium

metabysulfite on shrimps as food additive. Chemicals are not hazardous if properly

used or controlled. Potential risks to consumers increase when chemical are not

controlled or the recommended treatment rates are exceeded. The presence of a

chemicals may not always represent a hazard. The amount of the chemical may

determine whether it is a hazard or not. Shrimp contains substance of enzyme called

PPO, which may cause the shrimp to be deteriorated by pollution or chemical

contamination. This hazard will cause harmful for consumption.

**3. Physical hazards:**

Physical hazards include any potential harmful extraneous matter or foreign object

not normally found in food. During the processing, foreign object may mix together with

product. For example, flake of metal, glass and other filth. When a consumer mistakenly

eats the foreign object, it is likely to cause choking, injury or other adverse health effects.



**ALLIED PACIFIC FOOD (DALIAN) CO., LTD**

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China .

Company Telephone: 86-411-87621188     Fax : 86-411-87621199     Method of Storage and Distribution : Frozen

Products : Pre - Fried Tempura Shrimp     Intended Use and Consumer : For General Public, Serve after Fully Cooked.

## 8.  HACCP plan form.

**See attached  table.**

## 9.   Verification and Corrective Action Procedure

Plant manager appoints quality assurance section head to in-charge the implementing and coordinating tasks  of  HACCP plan. As for the line, quality control group leader is appointed to  be the person in charge.  Person in-charge of line quality control is responsible for overseeing  the monitoring record of CCP. When CCP is getting deviation , he or she should be responsible for the implementation of corrective actions and keeping good records. Q,A section head  random checks the monitoring situation everyday, reports extraordinary problem to plant  manager timely.  Plant manager ,Q.A. and Q.C staff organize HACCP plan and continuously  review and verify for keeping HACCP plan in the best position.

### *The verification of HACCP system:*

**Overall verification**: HACCP plan should be assessed at least once every year, it is included the facilities, processing  flow and other modifications. The calibration of processing equipment and  fixed schedule of finished product  and incomplete finished product inspection must be met. All the following reports have to be done according to the requirements: CCP monitoring records, Corrective Action and Calibration records. Any feedback information of quality problem from customer, the Q.C & Q.A personnel have to verify. In addition,during weekly production and quality meeting should bring up the problem for verification and record.

**Ordinary verification**: Q.A. manager reviews all the reports daily, and ensures the reports are   complete filled up according to the requirements,whether it is true has to inspect by himself at the processing area, and every inspection procedure is within the critical limits.

**Corrective action procedure:**

1. Record the date, time, shift , product name and amount of deviation products when deviation occurs.

2. Record the deviation CCP.

 **ALLIED PACIFIC FOOD (DALIAN) CO., LTD**

Company Name : Allied Pacific Food (DALIAN) Co., Ltd.

Company Address: 888 Yong Zheng Industrial Area , San Li, Jinzhou District, Dalian116100, China .

Company Telephone: 86-411-87821188    Fax : 86-411-87821199    Method of Storage and Distribution : Frozen

Products : Pre - Fried Tempura Shrimp | Intended Use and Consumer : For General Public, Serve after Fully Cooked.

3. What deviation happened.

4. What is the CCP monitoring frequency.

5. The engineer corrects the deviation to the equipment for CCP monitoring.

6. Monitoring again for the whole products during the period that deviation occurs.

7. Strictly inspections should be done for all the re-work products, and keep on file.

## 10. Recall Procedure and Customer Complaint

See attachment GMP-Recall Plan.

## 11.  HACCP inspection form.

These forms include of  CCP1-Raw Material Antibiotic Test Report,

CCP2-shrimp battering record, CCP3- Metal Detecting Record.



ALLIED PACIFIC FOOD ( DALIAN ) CO., LTD.
ORGANIZATION CHART

# ALLIED PACIFIC FOOD (DALIAN) CO., LTD.

Company Address : 888 Yongzheng Industrial Area , Sanli , Jinzhou District , Dalian 116100 , China ,    Tel: 86-411-87821188    Fax: 86-411-87821199

## HACCP  TEAM

| NAME | SEX | PROFESSIONAL | POSITION | IN-CHARGE | TRAINING |
|---|---|---|---|---|---|
| YUAN JINGANG | MALE | PUBLIC RELATIONSHIP | GENERAL MANAGER | PUBLIC RELATIONSHIP | NECCA  HACCP CERTIFICATE TRAINING |
| ALEX LI | MALE | BUSINESS MANAGEMENT | VICE-GENERAL MANAGER | BUSINESS | NECCA  HACCP CERTIFICATE TRAINING |
| GENG SHUJING | FEMALE | SEAFOOD RPOCESSING | PRODUCTION MANAGER | PRODUCTION DEPARTMENT | NECCA  HACCP CERTIFICATE TRAINING |
| WU JING | FEMALE | SEAFOOD PROCESSING | Q.A. MANAGER | QUALITY ASSURANCE | NECCA  HACCP CERTIFICATE TRAINING |
| ZHAO JIAN | MALE | SEAFOOD PROCESSING | LABOURATORY SUPERVISOR | QUALITY ASSURANCE | NECCA  HACCP CERTIFICATE TRAINING |
| DONG GUOZHEN | MALE | ENGINEER & MACHINE | MAINTAINNESS MANAGER | EQUIPMENT | NECCA  HACCP CERTIFICATE TRAINING |
| GAO FUCHUN | MALE | QUALITY ASSURANCE | VICE-GENERAL MANAGER | MARKETING | NECCA  HACCP CERTIFICATE TRAINING |
| ZHANG QINGLIN | MALE | INTERNATIONAL TRADE | IN / EX PORT MANAGER | IMP / EXP | NECCA  HACCP CERTIFICATE TRAINING |

PRE - FRIED TEMPURA SHRIMP - HACCP PLAN

8



**ALLIED PACIFIC FOOD (DALIAN) CO., LTD**

Company Name : Allied Pacific Food (Dalian) Co., Ltd.

Company Address: 888 Yongzheng Industrial Area ,SanLi, Jinzhou District , Dalian 116100, China.

Company Telephone: 86-411-87821188        Fax : 86-411-87821199        Method of Storage and Distribution : Frozen

Products : Pre - Fried Tempura Shrimp        Intended Use and Consumer : For General Public, Served after fully cooked.

## PRE - FRIED TEMPURA PROCESSING SHRIMP
### PROCESSING FLOW

| CCP1 RAW MATERIAL RECEIVING | INGREDIENTS RECEIVING | PACKAGING RECEIVING |
| THAWING | INGREDIENTS STORAGE | PACKAGING STORAGE |
| GRADING | INGREDIENTS USING | PACKAGING USING |
| PEELING & CUTTING | | |
| PRE - DUSTING | | |
| IQF FREEZING | | |
| CCP2 BATTERING | | |
| PRE - FRYING | | |
| IQF FREEZING | | |
| WEIGHTING | | |
| INNER PACKING | | |
| CCP3 METAL DETECTING | | |
| MASTER PACKING | | |
| COLD STORAGE | | |

**ALLIED PACIFIC FOOD ( DALIAN ) CO., LTD**

Company Name: Allied Pacific Food (Dalian) Co., Ltd.
Company Address: 889 Yongzheng Industrial Area, Sanlizhuang District, Dalian 116100, China.
Company Telephone: 86-411-87821166    Fax: 86-411-87821100
Products: Pre-Fried Tempura Shrimp
Method of Storage and Distribution: Frozen (-18℃)    Intended Use and Consumer: For General Public, Serve after fully cooked.

### ICP - PRE-FRYING TEMPURA SHRIMP HACCP PLAN HAZARD ANALYSIS WORKSHEET -1

| Processing Steps | Potential Hazards | Are hazards significant? | Reason | Preventive Measures | Corrective Actions | Is this CCP? |
|---|---|---|---|---|---|---|
| Raw material receiving | BIOLOGICAL: Microorganism growth | yes | Raw shrimp can be natural reservoirs for microorganism. Once pathogens grow its critical to eliminate, it will cause the shrimp to be decomposed, and is harmful for consumption. | Check the temperature of the shrimp (not excess 8℃), room and container. Imported material we need: Certificate of origin. Certificate of health. | If found no certificate, the lot will be segregated and making claims. | NO |
| | CHEMICAL: Furazolidone (AOZ) Furaltadone (AMOZ) Furacillinum (SEM) Nitrofurantoin (AHD) | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material. Certificate is required for domestic material | If found the AOZ / AMOZ / SEM / AHD residual, segregate and reject the lot. Non detectable level for AOZ / AMOZ / SEM / AHD at the tolerance of 0.3 ppb. If found no certificate, segregated and make complete. | |
| | Sulfite | yes | Potential for allergic-type reaction. | Require sulfite test for imported material. Certificate is required for domestic material. | If found the sulfite residual, segregate and reject the lot. Non detectable level at the tolerance of 10 ppm. If found no certificate, segregated and make complete. | |
| | Chloramphenicol | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with Charm II analyzer for imported material. Certificate is required for domestic material | If found the Chloramphenicol residual, segregate and reject the lot. Non detectable level at the tolerance of 0.3 ppb. If found no certificate, segregated and make complete. | |
| | Tetracycline Oxytetracycline Chlortetracycline | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with Charm II analyzer for imported material. Certificate is required for domestic material | If found the tetracycline / oxytetracycline / chlortetracycline residual, segregate and reject the lot. Non detectable level at the tolerance of 0.3 ppb. If found no certificate, segregated and make complete. | YES |
| | Flumequine | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material. Certificate is required for domestic material | If found the flumequine residual, segregate and reject the lot. Non detectable level at the tolerance of 0.25ppb. If found no certificate, segregated and make complete. | |
| | Ciprofloxacine | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material. Certificate is required for domestic material | If found the Ciprofloxacine residual, segregate and reject the lot. Non detectable level at the tolerance of 1 ppb. If found no certificate, segregated and make complete. | |
| | Enrofloxacine | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material. Certificate is required for domestic material | If found the enrofloxacine residual, segregate and reject the lot. Non detectable level at the tolerance of 1 ppb. If found no certificate, segregated and make complete. | |
| | Danofloxacine | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material. Certificate is required for domestic material | If found the danofloxacine residual, segregate and reject the lot. Non detectable level at the tolerance of 1 ppb. If found no certificate, segregated and make complete. | |
| | Malachite Green / Leucomalachite green | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material. Certificate is required for domestic material | If found the malachite green / Leucomalachite green residual, segregate and reject the lot. Non detectable level at the tolerance of 0.5 ppb. If found no certificate, segregated and make complete. | |
| | Crystal Violet / Gentian Violet / Leucocrystal Violet | yes | Excessive use of chemical and Aquaculture drugs will cause the raw shrimp to be contaminated. | Lab test with ELISA for imported material. Certificate is required for domestic material | If found the crystal violet / gentian violet / leucocrystal violet residual, segregate and reject the lot. Non detectable level at the tolerance of 0.5 ppb. If found no certificate, segregated and make complete. | |
| | PHYSICAL: Dehydration Improper size and weight | no | This-is hazards will cause economically loss only | Not related with safety | If found dehydration, improper size and short weight, segregate and make claim. | NO |
| Thawing | BIOLOGICAL: CHEMICAL: PHYSICAL: | no no no | Not related with safety | CCG inspect the temperature and time of thawing period. | Controlled by SSOP, GMP | NO |
| Grading | BIOLOGICAL: CHEMICAL: PHYSICAL: Size and uniformity do not meet the requirements | no no no | Not related with safety | Train the workers | Reprocess | NO |

PRE-FRIED TEMPURA SHRIMP - HACCP PLAN

10

**ALLIED PACIFIC FOOD ( DALIAN ) CO., LTD.**

Company Name: Allied Pacific Food (Dalian) Co., Ltd.
Company Telephone: 86-411-87521198
Fax: 86-411-87521198
Company Address: 868 Yongzheng Industrial Area, Sanli LI Jinzhou District, Dalian 116100, China.
Product: Pre-Fried Tempura Shrimp
Method of Storage and Distribution: Frozen (-18°C)
Intended Use and Consumer: Pre-Cooked Public, Serve fully cooked.

**IQF _ PRE – FRYING TEMPURA SHRIMP HACCP PLAN_HAZARD ANALYSIS WORKSHEET -2**

| Processing Steps | Potential Hazard | Yes/No Hazard Exists | Reason | Preventive Measures | Corrective Actions | Is this CCP? |
|---|---|---|---|---|---|---|
| Peeling & Cutting | BIOLOGICAL: | no | | | | |
| | CHEMICAL: Shell, legs left on, allergens, filth, contaminated with bacterial pathogens | no | Not related with safety | Line leaders keep and control the workers processing methods. | If found any product deviates return and reprocess. | NO |
| | PHYSICAL: *Broken knife pieces | yes | Controlled by metal detector such matter is not allowed. | Check the knives used by the workers. | Extra attention to these products | |
| Pre – dusting | BIOLOGICAL: Pathogen growth | no | Risk is low due to short pre-dust time (reliable water is used (SSOP)) | Controlled by SSOP, GMP | Controlled by SSOP, GMP | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumption. | Sieved with sifter, the sieve size Min. 1.2mm. | If found foreign materials, segregated and make complain. | |
| | CHEMICAL: Allergen contamination | yes | Allergen material will cause people reaction | Please refer allergen plan | Please refer allergen plan | |
| Freezing | BIOLOGICAL: | no | | | | |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Improper temp. and freezing time will affect the quality of the final product | no | Not related with safety | Ensure the final products core temperature is equal to or below -18°C | Re-freeze | NO |
| Battering | BIOLOGICAL: Pathogen growth | yes | Pathogen growth if batter hold too long at elevated temperature. | Keep temperature below 8°C | If batter temperature is over 8°C but no more than 10°C, add ice at once; if excess 10°C, dump batter and change new, separate products of this time and the last time, with reevaluation and retesting. | YES |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumption. | Sieved with sifter, the sieve size Min. 2mm. | If found foreign materials, segregated and make complain. | NO |
| | CHEMICAL: Allergen contamination | yes | Allergen material will cause people reaction | Please refer allergen plan | Please refer allergen plan | |
| Pre – Frying | BIOLOGICAL: *Pathogen Survival | no | Risk is low due to short frying time. Frying oil temperature Min. 185°C, frying time: 40 seconds. | Controlled by SSOP, GMP | Controlled by SSOP, GMP | NO |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: | no | | | | |
| Freezing | BIOLOGICAL: | no | | | | |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Improper temp. and freezing time will affect the quality of the final product | no | Not related with safety | Ensure the final products core temperature is equal to or below -18°C | Re-freeze | NO |
| Weighting | BIOLOGICAL: | no | | | | |
| | CHEMICAL: | no | | | | |
| | PHYSICAL: Under weight | no | Not related with safety | Correct the scale and operate method of weighting | Re-weight | NO |

# ALLIED PACIFIC FOOD ( DALIAN ) CO., LTD

Company Name: Allied Pacific Food (Dalian) Co., Ltd.
Company Telephone: 86-411-87221166    Fax: 86-411-87221168
Method of Storage and Distribution : Frozen (-18℃)

Company Address: 888 Yingchang Industrial Area , Sen Li Jiaotou District , Dalian 116000, China.
Product: Pre-Fried Tempura Shrimp
Intended Use and Consumer : For General Public, Served for fully cooked.

**IQF - PRE - FRYING TEMPURA SHRIMP HACCP PLAN, HAZARD ANALYSIS WORKSHEET -3**

| Processing Steps | Potential Hazards | This Hazard Significant? | Reason | Preventive Measures | Corrective Actions | Is this CCP |
|---|---|---|---|---|---|---|
| Inner packing | BIOLOGICAL: shrimp was contaminated by worker's hands | yes | Controlled by SSOP, GMP | Ensure worker's hands be sterilized by alcohol regularly | Controlled by SSOP, GMP | NO |
| | CHEMICAL | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumption. | Check by sense for inner bag, tray sets one by one. | If found foreign materials, segregated and make complain. | |
| Metal detecting | BIOLOGICAL | no | | | | YES |
| | CHEMICAL | no | | | | |
| | PHYSICAL: Metal fragments | yes | Metal fragments from machine or other sources | All products must be passed through the metal detector. | If found metal fragments, separate the product, check after blowing. Identify source of it, test the metal detector before work again, and destroy the product. | |
| | | | | Inspect metal detector's sensitivity every 20 minutes and check the first one and the last one, mark when no production. | If found the metal detector was not work, for it and re - inspect all products from last time. | |
| Carton packing | BIOLOGICAL | no | | | | NO |
| | CHEMICAL | no | | | | |
| | PHYSICAL: Foreign materials | yes | Foreign materials are harmful for consumption. | Check by sense | If found foreign materials, segregated and make complain. | |
| Cold storage | BIOLOGICAL: Microorganism and dehydration | no | High variation of the temperature will cause the final products quality dropped. Long period of storage will cause final products to be destroied. | Automatic temperature recording machines constantly inspect and control the temperature | If the temperature does not meet the requirement, inform power room to lower the temperature | NO |
| | CHEMICAL | no | | | | |
| | PHYSICAL | no | | | | |

**ALLIED PACIFIC FOOD ( DALIAN ) CO., LTD**

Company Name: Allied Pacific Food (Dalian ) Co., Ltd.
Company Telephone: 86-411-87221168          Fax: 86-411-87221169
Method of Storage and Distribution : Frozen (-18℃)

Company Address: 058 Yongzheng Industrial Area, Sanli, Jinzhou District, Dalian 116100, China.
Produce The : Fried Tempura Shrimp
Intend Use and Consumer: Fry General Public, Serve after fully cooked.

IQF , PRE - FRYING TEMPURA SHRIMP HACCP PLAN HAZARD ANALYSIS WORKSHEET -4

| Processing Steps | Potential hazards | Risk/Hazard Significant | Reason | Preventive Measures | Corrective Actions | Is this CCP |
|---|---|---|---|---|---|---|
| Ingredients Receiving | **BIOLOGICAL** | | | | | |
| | Pathogen contamination | yes | Pathogen contamination | Certificate is required, do test every lot | If found no certificate or not accord with test standard, segregated and make complain. | NO |
| | **CHEMICAL** | no | | | | |
| | **PHYSICAL** | yes | Foreign materials are harmful for consumption. | Check before use | If found foreign materials, segregated and make complain. | |
| | Foreign materials | | | | | |
| Ingredients Storage | **BIOLOGICAL** | no | Controlled by SSOP- GMP | Controlled by SSOP- GMP | Controlled by SSOP- GMP | NO |
| | pathogen contamination | | | | | |
| | **CHEMICAL** | no | | | | |
| | **PHYSICAL** | yes | Allergen material will cause people reaction | Please refer allergen plan | Please refer allergen plan | |
| | Allergen contamination | | | | | |
| Packaging Receiving | **BIOLOGICAL** | no | Pathogen contamination | Inspect the official test certification before receive | If found no certificate, segregated and make complain. | NO |
| | Pathogen contamination | | | | | |
| | **CHEMICAL** | no | | | | |
| | **PHYSICAL** | yes | Foreign materials are harmful for consumption. | Check by senses for inner bag, tray pack | If found foreign materials, segregated and make complain. | |
| | Foreign materials | | | | | |
| Packaging Storage | **BIOLOGICAL** | no | Controlled by SSOP- GMP | Controlled by SSOP- GMP | Controlled by SSOP- GMP | NO |
| | Pathogen contamination | | | | | |
| | **CHEMICAL** | no | | | | |
| | **PHYSICAL** | no | | | | |

Company Name: Allied Pacific Food (Dalian) Co., Ltd.                    CCP:                    Company Address Adress Bldg, Hongkong Industrial Area, Jinzhou District, Dalian 116104, China.

Company Signature:                    Ver. 02-014-0527/80

Method of Storage and Operation - ProjectNET

## PRE-AWAL TEMPURA SHRIMP HACCP PLAN

| CCP | Raw material | Critical Limit for each Preventive Measure | Control | Monitoring | | | Corrective action | Records | Verification |
|-----|--------------|---------|---------|---------|---------|---------|-----------|---------|--------------|
| | | | | What | How | Frequency | Who | | | |
| CCP1 | Raw material receiving | Sulfite | No sulfite should be used. | Rapid sulfite test kit | Lab test with ELISA for imported, Certificate is required for domestic material | Every lot | Lab staff | If found sulfite residual segregated and rejected the lot. Non-detectable level at the tolerance of 10ppm. If found no certificate, segregate and make complain. | Lab test report | Two samples send to third party lab for verification test every month. |
| | | Furazolidone (AOZ) (Furaltadone (AMOZ) Furazolidon (AHD) Nitrofurazon (SEM) | No AOZ / AMOZ / SEM / AHD should be used. | AOZ / AMOZ / SEM / AHD residual | Lab test with ELISA for imported, Certificate is required for domestic material | Every lot | Lab staff | If found the AOZ / AMOZ / SEM / AHD residual, segregate and reject the lot. Non detectable level for AOZ / AMOZ / SEM / AHD at the tolerance of 0.3 ppb. If found no certificate, segregate and make complain. | Lab test report | |
| | | Chloramphenicol | No chloramphenicol should be used. | Chloramphenicol residual | Lab test with Charm II for imported, Certificate is required for domestic material | Every lot | Lab staff | If found Chloramphenicol residual, segregated and rejected the lot. Non detectable level at the tolerance of 0.3ppb. If found no certificate, segregate and make complain. | Lab test report | |
| | | Tetracycline Oxytetracycline Chlortetracycline | No tetracycline / oxytetracycline / chlortetracycline should be used. | Tetracycline / oxytetracycline / chlortetracycline residual | Lab test with Charm II for imported, Certificate is required for domestic material | Every lot | Lab staff | If found tetracycline / oxytetracycline / chlortetracycline segregated and rejected the lot. Non-detectable level at the tolerance of 20ppb. If found no certificate, segregate and make complain. | Lab test report | |
| | | Flumequine | No flumequine should be used. | Flumequine residual | Lab test with ELISA for imported, Certificate is required for domestic material | Every lot | Lab staff | If found flumequine residual segregated and rejected the lot. Non detectable level at the tolerance of 0.05ppb. If found no certificate, segregate and make complain. | Lab test report | |
| | | Ciprofloxacine | No ciprofloxacine should be used. | Ciprofloxacine residual | Lab test with ELISA for imported, Certificate is required for domestic material | Every lot | Lab staff | If found ciprofloxacine residual segregated and rejected the lot. Non detectable level at the tolerance of 1ppb. If found no certificate, segregate and make complain. | Lab test report | |
| | | Enrofloxacine | No enrofloxacine should be used. | Enrofloxacine residual | Lab test with ELISA for imported, Certificate is required for domestic material | Every lot | Lab staff | If found enrofloxacine residual segregated and rejected the lot. Non detectable level at the tolerance of 1ppb. If found no certificate, segregate and make complain. | Lab test report | |
| | | Deacetoxine | No deacetoxine should be used. | Deacetoxine residual | Lab test with ELISA for imported, Certificate is required for domestic material | Every lot | Lab staff | If found deacetoxine residual segregated and rejected the lot. Non detectable level at the tolerance of 1ppb. If found no certificate, segregate and make complain. | Lab test report | |
| | | Malachite Green / Leucomalachite green | No malachite green / leucomalachite green should be used. | Malachite green / leucomalachite green residual | Lab test with ELISA for imported, Certificate is required for domestic material | Every lot | Lab staff | If found malachite green / leucomalachite green residual segregated and rejected the lot. Non detectable level at the tolerance of 0.5ppb. If found no certificate, segregate and make complain. | Lab test report | |
| | | Crystal violet / Gentian violet / Leucocrystal violet | No crystal violet / gentian violet / leucocrystal violet should be used. | Crystal violet / Gentian violet / Leucocrystal violet residual | Lab test with ELISA for imported, Certificate is required for domestic material | Every lot | Lab staff | If found crystal violet / gentian violet / leucocrystal violet residual segregated and rejected the lot. Non detectable level at the tolerance of 0.5ppb. If found no certificate, segregate and make complain. | Lab test report | |
| CCP2 | Boiling | Pathogen growth if buffer held too long at elevated temperature. | Boiled temperature not to exceed 4℃ | Check the temperature. | Thermometer | All production must pass the metal detector. | Continuous | QC inspector | If boiled temperature is over 4℃ but no more than 10℃, held for at most of excess 10℃, dump boiler and change over, separate products of this time and the last time, record and evaluate. | Boiler temperature control report | QA review operation logs |
| CCP3 | Metal detecting | Metal fragments | Max 2mm for ferrous, max 2mm for non - ferrous and stainless steel | Metal fragments | Use the sample and pad to check. | Every 30 minutes. Check the first time and the last time, mark reflect on production. | Continuous | QC inspector | If found metal fragments, separate the product, check of the detecting, identify source of it, record the metal detector work again, and destroy the product. If found the metal detector was not work, hold & test to a respect all products from last time. | Metal detector monitoring record | QA review operator logs |
| | | Metal detector's sensitivity | | Metal detector's sensitivity | | | | | | | |

PRE - FRIED TEMPURA SHRIMP - HACCP PLAN

# ALLIED PACIFIC FOOD ( DALIAN ) CO., LTD

Company Name: Allied Pacific Food (Dalian) Co., Ltd.
Company Telephone: 86-411-87821188    Fax:86-411-87821199
Method of Storage and Distribution : Frozen (-18°c)

Company Address: 888 Yongzheng Industrial Area, SanLi, Jinzhou District, Dalian 116100, China.
Produts : Pre - Fried Tempura Shrimp
Intended Use and Consumer : For General Public, Serve after fully cooked.

## DECISION TREE TABLE FOR SHRIMP PROCESSING

Q1: DO PREVENTIVE MEASURES EXIST AT THIS STEP OR SUBSEQUENT STEP FOR IDENTIFIED HAZARD?

Q2: DOES THIS STEP ELIMINATE OR REDUCE THE LIKELY OCCURRENCE OF A HAZARD TO AN ACCEPTABLE LEVEL?

Q3: COULD CONTAMINATION WITH IDENTIFIED HAZARDS OCCUR IN EXCESS OF ACCEPTABLE LEVELS OR COULD THESES INCREASE TO UNACCEPTABLE LEVELS?

Q4: WILL A SUBSEQUENT STEP ELIMINATE IDENTIFIED HAZARDS OR REDUCE THE LIKELY OCCURRENCE TO AN ACCEPTABLE LEVELS?

| PROCESS STEP | HAZARD | Q1 | Q2 | Q3 | Q4 | CCP |
|---|---|---|---|---|---|---|
| SHRIMP RECEIVING | ANTIBIOTIC RESIDUAL | YES | YES | - | - | YES |
| THAWING | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| GRADING | SIZE CONTROL | YES | NO | - | - | NO |
| PEELING AND CUTTING | METAL PIECES SURVIVAL | YES | NO | YES | YES | NO |
| PRE - DUSTING | BACTERIAL PATHOGENS | YES | YES | YES | YES | NO |
| FREEZING | SHAPE OF THE IQF | NO | NO | YES | YES | NO |
| BATTERING | BACTERIAL PATHOGENS | YES | YES | YES | YES | YES |
| PRE - FRYING | BACTERIAL PATHOGENS | YES | YES | YES | YES | NO |
| FROZEN | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| WEIGHTING | WEIGHT CONTROL | NO | NO | - | - | NO |
| INNER PACKING | SHAPE OF THE IQF | NO | NO | YES | YES | NO |
| METAL DETECTING | METAL PIECES SURVIVAL | YES | YES | - | - | YES |
| MASTER PACKING | SHAPE OF THE IQF | NO | NO | YES | YES | NO |
| COLD STORAGE | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| PROCESS STEP | HAZARD | Q1 | Q2 | Q3 | Q4 | CCP |
| INGREDIENTS RECEIVING | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| INGREDIENTS STORAGE | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| PACKAGING RECEIVING | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |
| PACKAGING STORAGE | BACTERIAL PATHOGENS | YES | NO | YES | YES | NO |

15    PRE - FRIED TEMPURA SHRIMP - HACCP PLAN

Exhibit 2

| SO#: | A7091-DEL24 | | | |
|---|---|---|---|---|
| Re-Test Report | A7091-DEL24 | | | |
| PO#: | AP DEL 189 | | | |
| Entry #: | AQZ-0250569-4 | | | |
| Destination: | LA., USA | | | |
| ETD: | 7/3/2007 | | | |
| Container#: | YMLU 5269700 | | | |
| CIQ Lot No.: | 7284 | | | |
| CIQ Raw material Lot No.: | | | Production date | Raw Material Lot No. | Product Lot No. |
| Product: | 26/30 RAW BREADED ROUND TAIL–OFF SHRIMP (PRE-FRIED) V WHITE | 070607 | JLZ0345 | |
| | 24/28 RAW BREADED PDTO SHRIMP V WHITE | 070609 | H7019Y | |
| | 24/28 RAW BREADED PDTO SHRIMP V WHITE | 070527 | H7016Y | |
| | 16/20 RAW CANJUN BUTTERMILK BREADED SHIRMP (PRE-FRIED) V WHITE | 070612 | H7016Y | |
| | 36/42 RAW BREADED PDTO SHRIMP V WHITE | 070524 | H7016Y | |
| | | 070609 | H7019Y | |
| | 21/25 RAW BREADED TEMPURA PDTO SHRIMP (PRE-FRIED) WHITE | 070607 | H7017Y | |
| | 13/15 COCONUT BREADED BTO SHRIMP V WHITE | 070612 | H7016Y | |

| Pond NO. | PC2105 | ZA241 | ZA245 | ZA247 | ZA248 | ZA240 | ZA231 | ZA230 |
|----------|--------|-------|-------|-------|-------|-------|-------|-------|

| SO#: | A7092-DEL25 | | | | Product Lot No. | |
| Re-Test Report | A7092-DEL25 | | | | | |
| PO#: | AP DEL 190 | | | | | |
| Entry #: | AQZ-0250573-6 | | | | | |
| Destination: | L.A., USA | | | | | |
| ETD: | 6/16/2007 | | | | | |
| Container#: | HDMU5436540 | | | | | |
| CIQ Lot No.: | 7295 | | | | | |
| CIQ Raw material Lot No.: | | | | | Production date | Raw Material Lot No. |
| Product: | 26/30 RAW BREADED ROUND TAIL-OFF SHRIMP (PRE-FRIED) V WHITE | | | | 070605 | JL7034S |
| | | | | | 070607 | JL7034S |

| Pond NO. | PC2003 | PC2003 |
|---|---|---|

| SO#: | A7043-PSC05 | | | |
|---|---|---|---|---|
| Re-Test Report | A7043-PSC05 | | | |
| PO#: | 21837 | | | |
| Entry #: | AQZ-02500695 | | | |
| Destination: | LOS ANGELES., USA | | | |
| ETD: | 6/16/2007 | | | |
| Container#: | HDMU5482036 | | | |
| CIQ Lot No.: | 7285 | | | |
| CIQ Raw material Lot No.: | | | | Product Lot No. |
| | | Production date | Raw Material Lot No. | |
| | 21/25BREADED BTO V-WH IQF | 070509 | A7005Y | |
| | | 070510 | H6082Y | |
| | | 070518 | A7005Y | |
| | | 070524 | H7017Y | |
| Product: | 16/20BREADED BTO V-WH IQF | 070613 | H7016Y | |
| | | 070602 | H6081Y | |
| | 16/20BREADED COCONUT SKEWER PDTO V-WH IQF | 070603 | H6081Y | |
| | | 070604 | H7016Y | |

| Pond NO. | PC1302 | JQ15 | PC1302 | ZA231 | ZA230 | JQ13 | JQ13 | ZA230 |
|----------|--------|------|--------|-------|-------|------|------|-------|

| SO#: | A6171-SCT19 |
|---|---|
| PO#: | |
| Entry #: | NA |
| Destination: | LA, USA |
| ETD: | 7/8/2007 |
| Container#: | HDMU5449249 |
| CIQ Lot No.: | 7338 |
| CIQ Raw material Lot No.: | |

| Product: | 31/35BREADED BTO SHRIMP IQF | Production date | Product Lot No. |
|---|---|---|---|
| | | | Raw Material Lot No. |
| | | 070518 | 62017Y |
| | | 070519 | 62017Y |
| | | 070520 | 62017Y |
| | | 070521 | 62017Y |
| | | 070522 | 62016Y |

| Pond NO. | MN4101 | MN4101 | MN4101 | MN4101 | MN4101 |
|----------|--------|--------|--------|--------|--------|

| SO#: | A7105-DEL35 |
| PO#: | AP DEL 200 |
| Entry #: | AQZ - 0251619-6 |
| Destination: | LA, USA |
| ETD: | 7/21/2007 |
| Container#: | HDMU5412912 |
| CIQ Lot No.: | 7359 |

| CIQ Raw material Lot No.: | | Production date | Raw Material Lot No. | Product Lot No. |
|---|---|---|---|---|
| Product: | 26/30 RAW BREADED ROUND TAIL-OFF SHRIMP (PRE-FRIED) V WHITE | 070718 | H7006Y | |
| | | 070719 | JL7055S | |
| | RAW BATTERED CALAMARI RINGS (PRE-FRIED) | 070702 | CP7008 | |
| | | 070712 | CP7008 | |
| | 16/20 RICE FLOUR DUSTED SHRIMP | 070719 | A7001Y | |

| Pond NO. | JQ12 | MN1601 | NA | NA | PC2901 |
|----------|------|--------|----|----|--------|

| SO#: | A7125-DEL38 |
|---|---|
| PO#: | AP DEL 204 |
| Entry #: | AQZ - 0251621-2 |
| Destination: | LA., USA |
| ETD: | 7/21/2007 |
| Container#: | HDMU 5447312 |
| CIQ Lot No.: | 7356 |

**CIQ Raw material Lot No.:**

| Product: | Production date | Product Lot No. |
| | | Raw Material Lot No. |
|---|---|---|
| 26/30 RAW BREADED ROUND TAIL-OFF SHRIMP PRE-FRIED V WHITE | 070714 | H7021Y |
| | 070717 | H7021Y |
| | 070717 | JL7055S |

| Pond NO. | ZA-267 | ZA-267 | MN1601 |

| SO#: | AZ103-DEL33 | | |
|---|---|---|---|
| PO#: | | | |
| Entry #: | AQZ - 0251860-6 | | |
| Destination: | MIAMI, USA | | |
| ETD: | 7/31/2007 | | |
| Container#: | TRLU1852732 | | |
| CIQ Lot No.: | 7331 | | |
| CIQ Raw material Lot No.: | | | Product Lot No. |
| | | | Raw Material Lot No. |
| | | Production date | |
| | 13/15COCONUT BREADED BTO SHRIMP V WHITE | 070702 | JL6082S |
| | | 070411 | JL7018S |
| | 16/20RAW STRETCHED COCONUT BREADED PDTO SHRIMP V WHITE | 070701 | JL7048S |
| Product: | | 070702 | JL7048S |
| | | 070703 | JL7048S |
| | 16/20RAW ROUND TAIL-OFF COCONUT BREADED SHRIMP V WHITE | 070703 | H7022Y |
| | | 070825 | H7012Y |
| | 36/42RAW BREADED PDTO SHRIMP V WHITE | 070627 | H7012Y |

| Pond NO. | PC3007 | PC2301 | MN0304 | MN0304 | MN0304 | ZA243 | ZA233 | ZA233 |
|----------|--------|--------|--------|--------|--------|-------|-------|-------|

# Exhibit 3

IA #16-131, 8/3/07, IMPORT ALERT #16-131, "DETENTION WITHOUT PHYSICAL
EXAMINATION OF AQUACULTURED CATFISH, BASA (Pangasius sp), SHRIMP, DACE, AND
EEL PRODUCTS FROM THE PEOPLE'S REPUBLIC OF CHINA DUE TO THE PRESENCE OF NEW
ANIMAL DRUGS AND/OR UNSAFE FOOD ADDITIVES", ATTACHMENT 9/18/07

NOTE:      This revision includes additional sampling guidance.
           Changes are bracketed by asterisks.

TYPE OF
ALERT:     DETENTION WITHOUT PHYSICAL EXAMINATION (DWPE)

           (Note: This import alert represents the Agency's current
           guidance to FDA field personnel regarding the
           manufacturer(s) and/or products(s) at issue.  It does not
           create or confer any rights for or on any person, and does
           not operate to bind FDA or the public).

PRODUCT:   Aquacultured seafood products

PRODUCT
CODE:          Catfish (Ichtalurus sp.)
           16X[][]02
           16A[][]10, 16B[][]10, 16C[][]10, 16I[][]10, 16S[][]10
           16A[][]67, 16B[][]67, 16C[][]67, 16I[][]67, 16S[][]67

               Shrimp
           16X[][]21
           16J[][]05, 16K[][]05, 16L[][]05

               Basa (Pangasius sp.)
           16X[][]43
           16A[][]82, 16B[][]82, 16C[][]82, 16I[][]82, 16S[][]82

           Dace - 16A[][]57, 16B[][]57, 16C[][]57, 16I[][]57, 16S[][]57

           Eel - 16A[][]15, 16B[][]15, 16C[][]15, 16I[][]15, 16S[][]15

           Aquaculture Harvested Fishery/Seafood Products, N.E.C.
           16X[][]99

           (*Dace and eel may also be coded as aquaculture harvested
           product, N.E.C.; i.e. 16X[][]99)

PROBLEM:   Unapproved drug residues

Unsafe food additives

PAF:              ANT (Drug residues)
                  FAD (Food Additive)

PAC:              04018

COUNTRY:          China, People's Republic of (CN)

MANUFACTURER
FEI#:             All

IMPORTER'S
ID#:              N/A

CHARGES:          "The article is subject to refusal of admission pursuant to
                  Section 801(a)(3), in that it appears to bear or contain a
                  food additive that is unsafe within the meaning of Section
                  409 [Adulteration, Section 402(a)(2)(C)(i)]."
                  (OASIS CHARGE CODES:  UNSAFE ADD)

                           AND/OR

                  "The article is subject to refusal of admission pursuant to
                  Section 801(a)(3), in that it appears to bear or contain a
                  new animal drug (or conversion product thereof) that is
                  unsafe within the meaning of Section 512 [Adulteration,
                  Section 402(a)(2)(C)(ii)]."
                  (OASIS CHARGE CODES:  VETDRUGRES)

RECOMMENDING
OFFICE:           OFS/DSS, HFS-325
                  OC/DE, HFS-606

REASON FOR
ALERT:            There has been extensive commercialization and increased
                  consumption of aquaculture seafood products worldwide.
                  Aquacultured seafood has become the fastest growing sector
                  of the world food economy, accounting for approximately half
                  of all seafood production worldwide.  Approximately 80% of
                  the seafood consumed in the U.S. is imported from
                  approximately 62 countries. Over 40% of that seafood comes
                  from aquaculture operations.  As the aquaculture industry
                  continues to grow and compete with wild-caught seafood
                  products, concerns regarding the use of unapproved animal

10/30/2007 11:05 AM

drugs and unsafe chemicals and the misuse of animal drugs in
aquaculture operations have increased substantially.

China is the largest producer of aquacultured seafood in the
world, accounting for 70% of the total production and 55% of
the total value of aquacultured seafood exported around the
world.  China is currently the third largest exporter of
seafood to the U.S.  Shrimp and catfish products represent
two of the top ten most consumed seafood products in the
U.S.

The use of unapproved antibiotics or chemicals in
aquaculture raises significant public health concerns.
There is clear scientific evidence that the use of
antibiotics or chemicals, such as malachite green,
nitrofurans, fluoroquinolones, and gentian violet during the
various stages of aquaculture can result in the presence of
residues of the parent compound or its metabolites in the
edible portion of the aquacultured seafood.  The presence of
antibiotic residues may contribute to an increase of
antimicrobial resistance in human pathogens.  Moreover,
prolonged exposure to nitrofurans, malachite green, and
gentian violet has been shown to have a carcinogenic affect.

In the United States, use of malachite green, nitrofurans,
fluoroquinolones, or gentian violet as drugs in food-
producing animals would require an approved new animal drug
application under Section 512 of the Federal Food, Drug, and
Cosmetic Act (FFDCA).  FDA has not approved these
antibiotics for use as drugs in aquacultured animals.
Therefore, if they are used in aquaculture with an intent
that they treat disease in, or affect the structure or
function of, any aquacultured animal, they are considered to
be unsafe new animal drugs within the meaning of Section
512, and the presence of their residues in seafood
adulterates the seafood under 402(a)(2)(C)(ii) of the FFDCA.

Furthermore, malachite green, nitrofurans, fluoroquinolones
and gentian violet are not generally recognized as safe
under any conditions of intended use that may reasonably be
expected to result in their becoming a component of food.
Therefore, if intended for any such use, they are unsafe
food additives within the meaning of section 409 of the FDCA
and would render the food adulterated under section
402(a)(2)(C)(i).

FDA has several existing Import alerts related to unapproved drugs in seafood dating back to November of 2001 (IA #16-124 DWPE of Seafood Products Due to Unapproved Drugs, IA #16-129 DWPE of Seafood Products Due to Nitrofurans, and IA #16-130 DWPE of Eel from China Due to the presence of Malachite Green).  Based on an increased monitoring of imported aquacultured seafood from October 1, 2006, through May 31, 2007, FDA continued to find residues of unapproved new animal drugs and/or unsafe food additives in seafood imported from China.  During that period, FDA tested 89 samples consisting of catfish, Basa, shrimp, dace and eel from China.  Twenty two (22) of the 89 samples (25%) were found to contain drug residues.  These residues include nitrofurans detected in shrimp at levels above 1 ppb; malachite green detected in dace, eel and catfish/Basa fish at levels ranging from 2.1 to 122 ppb; gentian violet detected in eel and catfish at levels ranging from 2.5 ppb to 26.9 ppb and fluoroquinolones in catfish/Basa at level ranging from 1.9 to 6.5 ppb.  Furthermore, Chinese authorities have acknowledged permitting the use of fluoroquinolones in aquaculture

Although the use of some animal drugs (nitrofurans and malachite green) in aquaculture has been prohibited by Chinese authorities since 2002, FDA continues to find residues of these and other animal drugs in shipments of aquacultured seafood products from China.

GUIDANCE:     Districts may detain without physical examination, all shipments of aquacultured catfish, Basa (Pangasius sp), shrimp, dace, and eel from the People's Republic of China (CN) except for the firms identified on the attachment to this alert.

Screening criteria has been set into OASIS.

If a firm, shipper, or importer believes that their product should not be subject to detention under this import alert they should forward information supporting their position to FDA at the following address:

        Food and Drug Administration
        Division of Import Operations and Policy (HFC-170)
        5600 Fishers Lane, Room 12-36

Rockville, MD 20587

In order to secure release of an individual shipment subject to this Import Alert, the importer should provide the results of a third-party laboratory analysis of a representative sample of the lot verifying that products do not contain malachite green and its metabolite leucomalachite green, nitrofurans, gentian violet, leucogentian violet or fluoroquinolones.  The chart provided below identifies which residues should be screened for each species.

Third-party laboratories may use any methods that are found acceptable to FDA.  (e.g., see http://www.cfsan.fda.gov/seafood1.html

The following residues should be tested for each species.

| SPECIES | RESIDUE |
|---|---|
| Catfish, Basa, and Other Pangasius | Malachite Green<br>    Fluoroquinolones<br>Gentian Violet |
| Shrimp | Malachite Green<br>Fluoroquinolones<br>Nitrofurans<br>Gentian Violet |
| Dace | Malachite Green<br>Gentian Violet |
| Eel | Malachite Green<br>Gentian Violet |

*** NOTE:  The samples taken should be representative of the shipment.  The following provides guidance on what may be considered a representative sample.

Import sampling plan

Single product type entry

Shrimp    The sample should consist of a minimum of 12 sub-samples.  When an entry consists of multiple

lines of similar products (e.g., multiple sizes of headless shrimp), the sample should be representative of the entire entry and should be collected across all lines, with a minimum of two sub-samples per line. The sampling should be proportional based on the quantity of product (e.g. more sub-samples should be obtained from larger lines, fewer sub-samples from smaller lines). Obtaining 12 sub-samples from a single line or a limited number of lines when multiple lines of similar products are offered for the entry will not provide a representative sample for that entry.

If an entry contains only one line of aquacultured product, then a minimum of 12 sub-samples should be obtained from that single line. If the entry includes multiple date codes, the sample should reflect a range of date codes (e.g., all sub-samples should not be collected from a single date code).

Each sample should consist of 12 sub-samples, minimum 225g (0.5 lb.) per sub-sample, total 2.7 kg (6.0 lb.) of product. If the product unit size is larger than 225g (0.5 lb.) and less than or equal to 3 lb., collect one product unit per sub-sample. If the unit size is less than 225g. (0.5 lb.), collect an adequate number of units so that the amount collected per sub-sample equals a minimum of 225 grams (0.5 lb.).

For units (block frozen) larger than 3 lbs. only: If the units must be sampled and shipped intact, collect 6 sub-samples (units). Alternatively, sub-samples of at least 225g (0.5 lb.) may be broken/sawed off (keep frozen) from each of 12 units, and the twelve (12) 225 g sub-samples shipped to the analyzing lab.

Analysis for Nitrofuran should be conducted on individual subsamples.

Analyses for all other residues should be conducted on a composite sample.

Catfish, Basa, Dace, Eel

The sample should consist of a minimum of 12 sub-samples and be representative of the entry. If the entry contains multiple lines, each line should be sampled separately. A sample, consisting of a minimum of 12 sub-samples, should be collected from each line. If the entry consists of multiple date codes, the samples should be representative of a range of date codes. Analyses should be conducted on a composite sample from each line.

Each sample should consist of a minimum of 12/225 gram (0.5 lb.) sub-samples, totaling 2.7 kg (6.0 lb.) of product. If the container size is larger than 225 grams (0.5 lb.), collect one container per sub-sample. If the container is less than 225 grams (0.5 lb.), collect an adequate number of containers so that the amount collected per sub-sample equals a minimum of 225 grams (0.5 lb.).

Mixed products entry

If the entry consists of mixed aquacultured seafood products, a minimum of 12 sub-samples should be obtained from each line. For example, if an entry includes one line of headless shrimp and one line of basa fillets, two samples should be obtained  one sample, consisting of a minimum of 12 sub-samples, of shrimp; and one sample, consisting of a minimum of 12 sub-samples, of basa.

Analyses should be conducted on a sample from each line as described above, depending on the commodity.***

Sample Preparation

Prepare one composite from an equal amount of each subsample for the testing of malachite green, fluoroquinolones, and gentian violet.

Shrimp are to be analyzed on an individual sub basis for nitrofurans. When sampling guidance directs the collection of six subsamples, two portions from each of the six subsamples should be individually analyzed. ***

For questions or issues concerning science, science policy, analysis, preparation, or analytical methodology, contact the Division of Field Science at (301) 827-7605.

In order to remove a firm from detention without physical examination, information should be provided to FDA to adequately assess whether a manufacturer has the appropriate controls and processes in place to ensure the quality of the product, the firm or shipper should provide the following information (In English):

1)   Documentation showing that a minimum of five (5) consecutive entries have been released by FDA based on third-party laboratory analysis of a representative sample of the lot verifying that products do not contain malachite green and its metabolite leucomalachite green, nitrofurans, gentian violet, leucogentian violet and fluoroquinolones.  The chart provided above identifies which residues should be screened for each species.  Third-party laboratory must use methods acceptable to FDA (e.g., see http://www.cfsan.fda.gov/seafood1.html);

              and

2)   Documentation, from an appropriate third-party (e.g. a government inspection authority such as AQSIQ) demonstrating that an inspection of the processor was conducted and that the seafood was processed in accordance with FDA's Seafood HACCP regulations, 21 CFR part 123, including controls for aquaculture drugs.  See 21 CFR 123.12(a).

Documentation should include test results of any products sampled during the course of the inspection, demonstrating that the products do not contain malachite green or its metabolite leucomalachite green, nitrofurans, gentian violet, leucogentian violet or fluoroquinolones.

              and

3)   Documentation that the processor is in compliance with all Chinese government requirements for exporting aquacultured seafood to the U.S.

Documentation should include copies of any registration that may be required by the Chinese government.

All requests for removal (exemption) from DWPE will be
forwarded by DIOP to CFSAN (HFS-606) for evaluation.


PRIORITIZATION
GUIDANCE:        I


FOI:             No purging required


KEYWORDS:        Nitrofurans, Fluoroquinolones (ciprofloxacin and
                 enrofloxacin), malachite green, leucomalachite green,
                 gentian violet, aquaculture,


PREPARED
BY:              Barbara Montwill, CFSAN/OFS/DSS/SAPB (HFS-325), 301-436-1426
                 Giselle Jordan, CFSAN/OC/DE/PAB (HFS-606), 301-436-1576
                 Ted Poplawski, DIOP, (301) 443-6553


REVISED
BY:              Virginia L. Meeks, DIOP, (301) 594-3845


DATE LOADED
INTO FIARS:      August 3, 2007


         ATTACHMENT TO IMPORT ALERT #16-131     9/18/07


     Firms and products exempt from DWPE recommendation


FIRM                              PRODUCT/PRODUCT CODE


Zhangjiang Guolian Aquatic Products      Shrimp
   Co., Ltd.                             16J[][]05/16K[][]05
6 Yongping S. Rd.                        16L[][]05/16X[][]21
Pingle Industry Development Region       9/18/07
Zhangjiang, Guangdong, China
FEI# 3004097215

# Exhibit 4



FUERST
HUMPHREY
ITTLEMAN PL
Attorneys and Counselors at Law

Christine M. Humphrey, Esq.
(786) 245-0439
chumphrey@fuerstlaw.com

September 10, 2007

Mr. Robert Pace
Ms. Jennifer Thomas at the following address:
Center for Food safety and Applied Nutrition (Room)
Mail Stop HFS-606
Room 2C065/3C008
College Park, MD 20740

**Re:    Allied Pacific Food Co., LTD Petition for Exemption under Import Alert 16-131**

Dear Mr. Pace and Ms. Thomas:

The undersigned submits this petition requesting that the Division of Import Operations and Policy (DIOP) review the attached submission for exemption under 16-131. We note at the outset that we are awaiting some hardcopy sample results for which the third party laboratories have provided verbal confirmations that the entries are free of any prohibited contaminants identified under Import Alert 16-131.

Ms. Virginia Meeks has simultaneously been provided a copy of this submission. We have forwarded the attached to you directly at the direction of DIOP. Please contact me with any questions and we will provide a supplement of information as requested by you or obtained by third party laboratories identified in the attachment.

Very truly yours,

Christine M. Humphrey, Esq.
1001 Brickell Bay Drive
Suite 2002
Miami, FL 33131

# Exhibit 5



FUERST
HUMPHREY
ITTLEMAN PL
Attorneys and Counselors at Law

Christine M. Humphrey, Esq.
(786) 245-0439
chumphrey@fuerstlaw.com

Division of Dockets Management
Food and Drug Administration
Department of Health and Human Services
5630 Fishers Lane
Room 1061
Rockville, MD 20852.

**Re:  Petition for Stay of Action under 21 CFR § 10.35**

August 31, 2007

Dear Sir or Madam:

The undersigned submits this petition requesting that the Commissioner of Food and Drugs stay the effective date of the following matter.

## A. Decision Involved

### Background

On August 30, 2007, our office submitted an FD-766 for Entry AQZ-0250069-5 on behalf of International Pacific, LLC d.b.a. Pacific Supreme. *See* EXHIBIT A.  The Los Angeles Import Office is pending a decision concerning the request for retesting submitted under the FD-766.  *See* 21 CFR § 10.35, *Barnes v. Shalala*, 865 F. Supp. 550, 556 (D. Wis. 1994) (stating that the [FDA] commissioner has the authority to "stay or extend the effective date of an <u>action pending or following a decision on any matter</u>".) (*emphasis added*).  If the FDA refuses to allow the retesting of the affected product, a refusal will be issued.

## B. Action requested

We are requesting that the Commissioner of Food and Drugs stay the effective date of any possible refusal of Entry AQZ-0250069-5 as a consequence of the denial by Los Angeles District of the FD-766.

Division of Dockets Management
Food and Drug Administration
August 31, 2007
Page – 2 –

## C. Statement of grounds

### Factual Background

Entry AQZ-0250069-5 (Allied lot # A7043) was entered on June 28, 2007. *See* Attachment B. On July, 7, 2007, FDA detained the entry under U.S. Food and Drug Administration (FDA) Import Alert 16-131, "Detention without Physical Examination of Aquacultured Catfish, Basa (Pangasius sp), Shrimp, Dace, and Eel Products from the People's Republic from China Due to the Presence of New Animal Drugs and/or Unsafe Food Additives". *See* Attachment C; *see also* FDA Import Alert 16-131 *available at* http://www.fda.gov/ora/fiars/ora_import_ia16131.html.

    1.    <u>Analytical Testing Pre-Export from China to U.S.</u>

Allied Pacific Food Co., LTD. is the manufacturer of aquacultured shrimp products in China. The company enjoys an impeccable record of food safety compliance and is a certified member of the BRC Global Standard (*See* Attachment D), is a certified member of the Aquaculture Certification Council (*See* Attachment E), maintains third party audits (*See* Attachment F) and incorporates various antibiotic testing in the HACCP plans employed by the company. *See* Attachment G.

To date, Pacific Supreme has made five (5) entries of frozen raw breaded aquacultured shrimp manufactured by Allied Pacific Food Co., LTD. <u>All of the entries, AQZ-0240703-2, AQZ-0250069-5, AQZ-0251531-3, AQZ-0251828-3 and AQZ-0251829-1, have been tested for gentian violet as a part of the Allied Pacific Food Co., LTD. HACCP program.</u> *See* Attachment H (demonstrating <u>negative</u> raw product and final product test results for gentian violet). In addition, Allied Pacific Food Co., LTD has imported 19 additional entries of frozen raw breaded aquacultured shrimp all of which have tested negative for gentian violet. *See* Attachment I.

    2.    <u>Certified Laboratory Failed to Follow Laboratory Information Bulletin #4363</u>

On or about August 17, 2007, Certified Laboratories, Inc. conducted an analysis of the referenced entry (line 001/002). *See* Attachment J. Upon receipt of the Certified Laboratory report, counsel learned that Certified Laboratories, Inc. utilized the following methodology for the testing of the referenced entry: "Liquid Chromatographic Determination of Malchite Green and Leucomalachite Green (LMG) Residues in Salmon with in-situ LMG Oxidation", Wendy C. Anderson, Jose E. Roybal, and Sherri B. Turnipseed, JAOAC Vol 88 #5, p 1292-1298 (2005). This test methodology is identified as FDA Laboratory Information Bulletin (LIB) #4334, November 2004.

Division of Dockets Management
Food and Drug Administration
August 31, 2007
Page – 3 –

Undersigned counsel contacted the Division of Import Operations and Policy (DIOP) to receive guidance on the acceptable LIB that should be used in accordance with gentian violet testing required under Import Alert 16-131. Counsel was instructed that the following testing methodology is to be used: "Quantitative and Confirmatory Analyses of Crystal Violet (Gentian Violet) and Brilliant Green in Fish", Wendy C. Andersen, Sherri B. Turnipseed, Christine M. Karbiwnyk, Rebecca H Lee, Susan B. Clark, W. Douglas Rowe, Mark R. Madson, Keith E. Miller, LIB #4363, U.S. Food and Drug Administration (2005).

**Certified Laboratories, Inc. failed to conduct the gentian violet testing in accordance with LIB #4363.**

   3.   <u>Gentian Violet (Crystal Violet) False Positives</u>

The FDA LIB #4363 specifically states that "the previously published malachite green method [LIB #4334] was expanded [in the current LIB #4363] to include crystal violet (CV) and brilliant green. *See* LIB #4363 *available at* http://www.cfsan.fda.gov/~frf/lib4395.html. During the development of this method, negative control and method blank samples were analyzed and consistently found to have low levels of crystal violet contamination in the range of 0.4 to 0.8 ppb. An effort was undertaken to meticulously clean all glassware and laboratory equipment between analyses; however, the background level of CV was persistent. **Only when the laboratory work areas were scrupulously cleaned was it realized that the electrostatic nature of CV is such that simply opening the bottle and weighing the compound to prepare standards is enough to scatter CV across the lab where it easily adheres to the scale, lab bench, lab coats, gloves, pens, glassware, etc.** FDA's own methodology states that "[g]reat caution must be taken to thoroughly decontaminate the work space before preparing samples. Even with such precautions, 2 of the 12 negative controls were found to be positive for CV by LC-MSn..." *See id.*

Certified Laboratories utilized LIB #4334 and in doing so, tested for an additional compound, CV (gentian violet), without adhering to the precautions specifically reiterated in the correct methodology LIB #4363. For example, Certified Laboratories, Inc. utilized HPLC methodology under LIB #4334. LIB #4363 specifically requires confirmation testing. Compliance with LIB #4363 implements analysis of CV (gentian violet) by LC/MS/MS, a mass spectrometry combined with the separation power of liquid chromatography which provides additional structural information. This provides a characteristic molecular fingerprint of the component as well as retention time identification. **With Plain HPLC, as performed by Certified Laboratories, Inc., you only rely on retention time/retention index (RI) value and wavelength spectrum.**

Review of Certified Laboratories, Inc. analysis demonstrates that there is no indication of the confirmation of CV (gentian violet) by LC/MS/MS. *See* Attachment J. The

Division of Dockets Management
Food and Drug Administration
August 31, 2007
Page – 4 –

possibility of one lab finding a positive and another finding a negative is possible since running a sample using an LC/MS/MS provides the capability of confirming a positive or negative result. Further, the LIB #4363 requires confirmation testing and none was conducted by Certified Laboratories, Inc.

4. <u>SGS Third Party Analysis Following LIB #4363 Revealed Negative Results for CV (gentian violet)</u>

Allied Pacific Food Co., LTD. conducted laboratory analysis of entry AQZ-0250069-5 (Allied lot # A7043) on August 16, 2007 upon verbal preliminary test results received from Certified Laboratories, Inc. The results from SGS demonstrate that the product did not contain CV (gentian violet) and the tolerance was set at <0.5 ppb utilizing FDA methodology in LIB #4363. *See* Attachment K.

5. <u>Michelson Laboratories, Inc. Analysis Following LIB #4363 Revealed Negative Results for CV (gentian violet)</u>

Allied Pacific Food Co., LTD. conducted laboratory analysis of entry AQZ-0250069-5 (Allied lot # A7043) on August 29, 2007 in support of this FD-766 and to ensure that a U.S. laboratory conducted the testing as a recognized U.S. FDA third party laboratory, although FDA has no authority or certification requirements for third party laboratories.[1] The results from Michelson Laboratories Inc., demonstrate that the product did not contain CV (gentian violet) and the tolerance was set at <1.00 ppb utilizing FDA methodology in LIB #4363. Counsel is awaiting the final documentation from Michelson Laboratories, Inc. and will supplement the referenced FD-766 accordingly.

**Legal Analysis and Comment**

1. Import Alert 16-131 is Unlawful

The current Import Alert 16-131 is unlawful and contains binding requirements that have not been properly promulgated in accordance with APA requirements. Agency accountability is one of the fundamental goals of the notice-and-comment procedure of

---

[1]  *See* ORA Laboratory Manual, Section 7, *available at* http://www.fda.gov/ora/science_ref/lm/vol3/section/07.pdf; *see also* 69 Fed. Reg. 23460, Requirements Pertaining to Sampling Services and Private Laboratories Used in Connection With Imported Food (citing FDA's proposed rule to regulate third party laboratories tasked with sampling and analyzing FDA regulated food imports).

Division of Dockets Management
Food and Drug Administration
August 31, 2007
Page – 5 –

section 553 of the APA.[2] Because FDA exercises broad powers to create regulations, the APA requires that FDA-made rules undergo both notice and comment and the opportunity for judicial review. Courts have consistently upheld APA challenges against FDA's use of a *specific* Alert.[3]  In other cases, courts have required the FDA to follow APA notice provisions to rules that FDA chose to label as guidance, policy statements, or interpretative rules.[4]

Import Alert 16-131 is no different than the Import Alert that was held unlawful in 1988. In *Bellarno,* the result of the challenge rested, in part, upon the words "automatic detention" contained within Alert # 66-14.[5] The Alert "dictated" that agency personnel should automatically detain and refuse all U.S. Goods Returned drug products when the importer could not supply a complete chain of custody.[6] **The court disagreed with FDA's contention that FDA enjoys "plenary authority" to automatically detain a product.**[7]

      2.     A One Test Rule is Arbitrary and Capricous

Notwithstanding the current imposition of the unlawful Import Alert 16-131, FDA has stated that is unlawful to test imported product and then subsequently retest the product. *See* Exhibit B.

---

[2] SENATE COMM. ON THE JUDICIARY, 79TH CONG., 2D SESS., S. DOC. NO. 248 (Comm. Print 1945), *reprinted in* LEGISLATIVE HISTORY OF THE ADMINISTRATIVE PROCEDURE ACT 18-20 (1946).

[3] *See Bellarno Int'l, Ltd. v. Food & Drug Admin.,* 678 F. Supp. 410 (E.D.N.Y. 1988); *see also, e.g., Community Nutrition Inst. v. Young,* 818 F.2d 943, 947-48 (D.C. Cir. 1987); *Syncor Int'l Corp. v. Shalala,* 127 F.3d 90, 93-94 (D.C. Cir. 1997).

[4] *Id.* Courts characterizing them as rules that violate the notice-and-comment provision have struck down FDA Alerts and other "guidance" documents. Notwithstanding, FDA seems to have a preference for labeling rules as "guidance."

[5] *Bellarno Int'l, Ltd. v. Food and Drug Admin.,* 678 F. Supp. 410 at 415 (E.D.N.Y. 1988).

[6] *See* FDA REGULATORY PROCEDURES MANUAL, *supra* note 19, ch. 9, subch. *Import Information Directives.* Like current Alerts, # 66-14 was labeled as "guidance."

[7] *See Bellarno,* 678 F. Supp. at 411-13.

Division of Dockets Management
Food and Drug Administration
August 31, 2007
Page – 6 –

Import Alert 16-131 requires importers to test product in accordance with FDA approved laboratory procedures.[8]  However, FDA exercises no control whatsoever over the third party testing facilities that importers are required to hire to conduct third party testing.[9]

Pacific Supreme contracted a third party laboratory to analyze their product and the laboratory failed to follow FDA approved procedures. Pacific Supreme is a party to an informal adjudication under the Administrative Procedures Act (APA). 5 USC § 554(a). The evidence that Pacific Supreme supplied to the FDA was premised on the understanding that Certified Laboratories would follow FDA approved procedures. This did not occur. This is an example of why the agency (FDA) needs to promulgate lawful rules concerning the third party testing of imported product to ensure consistent controls are in place and that importer's such as Pacific Supreme are not adversely affected by unlawful requirements imposed by Import Alerts and subsequent non-compliance by unregulated third party laboratories. **Any "one-test" requirement is arbitrary and capricious and a violation of Pacific Supreme's due process rights**.[10]

Pacific Supreme is the owner of any and all information that is a product of the analytical services provided by a third party laboratory as to Pacific Supreme product. The relative rights of Pacific Supreme and a third party laboratory are governed by the relationships among those companies, and FDA has no jurisdiction or authority to alter those rights. [11]

The APA specifically restricts *ex parte* communications in adjudicatory processes and does not allow third parties, such as a third party laboratory, to participate in the adjudication process. 5 USC § 557(d)(1). In the case at hand, the laboratory results were sent directly to FDA without Pacific Supreme's review. The results were misappropriated.

---

[8]FDA Import Alert 16-131 *available at* http://www.fda.gov/ora/fiars/ora_import_ia16131.html.

[9] *See* ORA Laboratory Manual, Section 7, *available at* http://www.fda.gov/ora/science_ref/lm/vol3/section/07.pdf; *see also* 69 Fed. Reg. 23460, Requirements Pertaining to Sampling Services and Private Laboratories Used in Connection With Imported Food (citing FDA's proposed rule to regulate third party laboratories tasked with sampling and analyzing FDA regulated food imports).

[10] See, e.g., Kolender v. Lawson, 461 U.S. 352, 357 (1983).

[11] *A.L. Laboratories, Inc. v. Philips Roxane, Inc.*, 803 F.2d 378, 382 (8th Cir. 1986).

Division of Dockets Management
Food and Drug Administration
August 31, 2007
Page – 7 –

## Conclusion

Undersigned counsel respectfully requests that the Commissioner of Food and Drugs stay the effective date of any potential refusal of Entry AQZ-0250069-5 because:

(1) Substantial evidence has been presented to demonstrate the absence of contaminants in the referenced product;
(2) Pacific Supreme is requesting to provide additional testing under FDA approved procedures in addition to the existing 3 negative tests supplied to FDA;
(3) Import Alert 16-131 is unlawful; and
(4) A "one-test" rule is arbitrary and capricious and unlawful

Finally, we believe the Commissioner of Food and Drugs is compelled to grant a stay in this proceeding pursuant to 21 CFR § 10.35(e) because the following factors apply:

(1) Pacific Supreme will otherwise suffer irreparable injury because the Chinese government has imposed a rule that all "FDA refusals" as reported on FDA's OASIS Refusal page will result in a one year ban of exports.   Allied Pacific Food Co., LTD is the main supplier of products to Pacific Supreme and any arbitrary refusal will result in immediate and irreparable harm to Pacific Supreme;
(2) Pacific Supreme's request and presentation of factual and legal issues are not frivolous and are being pursued in good faith;
(3) Pacific Supreme has demonstrated sound public policy grounds supporting the stay in that Import Alert 16-131 is unlawful because it violates the APA and procedural fairness and due process; and
(4) The delay resulting from the stay is not outweighed by public health or other public interests.  In fact, public health interest requires the FDA to allow for retesting and to ensure that all third party laboratories are utilizing FDA approved methodologies because a false negative resulting from unapproved FDA methodologies is a serious health and safety issue as is a false positive result affecting our company's constitutional and statutory rights and economic well being.

Very truly yours,


Christine M. Humphrey, Esq.
1001 Brickell Bay Drive
Suite 2002
Miami, FL 33131
(305)350-5690
chumphrey@fuerstlaw.com

Division of Dockets Management
Food and Drug Administration
August 31, 2007
Page – 8 –



FUERST
HUMPHREY
ITTLEMAN PL
Attorneys and Counselors at Law

Christine M. Humphrey, Esq.
(786) 245-0439
chumphrey@fuerstlaw.com

Division of Dockets Management
Food and Drug Administration
Department of Health and Human Services
5630 Fishers Lane
Room 1061
Rockville, MD 20852.

**Re:  Petition for Stay of Action under 21 CFR § 10.35**

September 4, 2007

Dear Sir or Madam:

The undersigned submits this petition requesting that the Commissioner of Food and Drugs stay the effective date of the following matter.

## A. Decision involved

### Background

On August 30, 2007, our office submitted an FD-766 for AQZ-0250569-4 and AQZ-0250573-6 on behalf of Thunder Bay Seafood Co., Inc. *See* EXHIBIT A.  The Los Angeles Import Office is pending a decision concerning the request for retesting submitted under the FD-766.  *See* 21 CFR § 10.35, *Barnes v. Shalala*, 865 F. Supp. 550, 556 (D. Wis. 1994) (stating that the [FDA] commissioner has the authority to "stay or extend the effective date of an <u>action pending or following a decision on any matter</u>".) (*emphasis added*).  If the FDA refuses to allow the retesting of the affected product, a refusal will be issued.

## B. Action requested

We are requesting that the Commissioner of Food and Drugs stay the effective date of any possible refusal of AQZ-0250569-4 and AQZ-0250573-6 as a consequence of the denial by Los Angeles District of the FD-766.

Division of Dockets Management
Food and Drug Administration
September 4, 2007
Page – 2 –

## C. Statement of grounds

**Factual Background**
Entry AQZ-AQZ-0250569-4 and AQZ-0250573-6 were entered on June 28 and 29, 2007, respectively. *See* Attachment B. On July, 7, 2007, FDA detained the entry under U.S. Food and Drug Administration (FDA) Import Alert 16-131, "Detention without Physical Examination of Aquacultured Catfish, Basa (Pangasius sp) Shrimp, Dace, and Eel Products from the People's Republic from China Due to the Presence of New Animal Drugs and/or Unsafe Food Additives". *See* Attachment C; *see also* FDA Import Alert 16-131 *available at* http://www.fda.gov/ora/fiars/ora_import_ia16131.html.

1.    Analytical Testing Pre-Export from China to U.S.

Allied Pacific Food Co., LTD. is the manufacturer of aquacultured shrimp products in China. The company enjoys an impeccable record of food safety compliance and is a certified member of the BRC Global Standard (*See* Attachment D), is a certified member of the Aquaculture Certification Council (*See* Attachment E), maintains third party audits (*See* Attachment F) and incorporates various antibiotic testing in the HACCP plans employed by the company. *See* Attachment G.

To date, Thunder Bay Seafood Co., Inc. has made five (13) entries of frozen raw breaded aquacultured shrimp manufactured by Allied Pacific Food Co., LTD. All of the entries, AQZ-0250568-6, AQZ-0250569-4, AQZ-0250573-6, AQZ-0251196-5, AQZ-0251197-3, AQZ-0251198-1, AQZ-0251199-9, AQZ-0251212-0, AQZ-0251619-6, AQZ-0251620-4, AQZ-0251621-2, AQZ-0251860-6 and AQZ-0251861-4, AQZ-025057-6 have been tested for gentian violet as a part of the Allied Pacific Food Co., LTD. HACCP program. *See* Attachment H (demonstrating negative raw product and final product test results for gentian violet). In addition, Allied Pacific Food Co., LTD has imported 10 additional entries of frozen raw breaded aquacultured shrimp all of which have tested negative for gentian violet. *See* Attachment I.

2.    Certified Laboratory Failed to Follow Laboratory Information Bulletin #4363

On or about July 17, 2007, Certified Laboratories, Inc. conducted an analysis of the referenced entries. *See* Attachment J. Upon receipt of the Certified Laboratory report, counsel learned that Certified Laboratories, Inc. utilized the following methodology for the testing of the referenced entry: "Liquid Chromatographic Determination of Malchite Green and Leucomalachite Green (LMG) Residues in Salmon with in-situ LMG Oxidation", Wendy C. Anderson, Jose E. Roybal, and Sherri B. Turnispeed, JAOAC Vol 88 #5, p 1292-1298 (2005). This test methodology is identified as FDA Laboratory Information Bulletin (LIB) #4334, November 2004.

Division of Dockets Management
Food and Drug Administration
September 4, 2007
Page – 3 –

Undersigned counsel contacted the Division of Import Operations and Policy (DIOP) to receive guidance on the acceptable LIB that should be used in accordance with gentian violet testing required under Import Alert 16-131. Counsel was instructed that the following testing methodology is to be used: "Quantitative and Confirmatory Analyses of Crystal Violet (Gentian Violet) and Brilliant Green in Fish", Wendy C. Andersen, Sherri B. Turnipseed, Christine M. Karbiwnyk, Rebecca H Lee, Susan B. Clark, W. Douglas Rowe, Mark R. Madson, Keith E. Miller, LIB #4363, U.S. Food and Drug Administration (2005).

**Certified Laboratories, Inc. failed to conduct the gentian violet testing in accordance with LIB #4363.**

3.    Gentian Violet (Crystal Violet) False Positives

The FDA LIB #4363 specifically states that "the previously published malachite green method [LIB #4334] was expanded [in the current LIB #4363] to include crystal violet (CV) and brilliant green. *See* LIB #4363 *available at* http://www.cfsan.fda.gov/~frf/lib4395.html. During the development of this method, negative control and method blank samples were analyzed and consistently found to have low levels of crystal violet contamination in the range of 0.4 to 0.8 ppb. An effort was undertaken to meticulously clean all glassware and laboratory equipment between analyses; however, the background level of CV was persistent. **Only when the laboratory work areas were scrupulously cleaned was it realized that the electrostatic nature of CV is such that simply opening the bottle and weighing the compound to prepare standards is enough to scatter CV across the lab where it easily adheres to the scale, lab bench, lab coats, gloves, pens, glassware, etc.** FDA's own methodology states that "[g]reat caution must be taken to thoroughly decontaminate the work space before preparing samples. Even with such precautions, 2 of the 12 negative controls were found to be positive for CV by LC-MSn..." *See id.*

Certified Laboratories utilized LIB #4334 and in doing so, tested for an additional compound, CV (gentian violet), without adhering to the precautions specifically reiterated in the correct methodology LIB #4363. For example, Certified Laboratories, Inc. utilized HPLC methodology under LIB #4334. LIB #4363 specifically requires confirmation testing. Compliance with LIB #4363 implements analysis of CV (gentian violet) by LC/MS/MS, a mass spectrometry combined with the separation power of liquid chromatography which provides additional structural information. This provides a characteristic molecular fingerprint of the component as well as retention time identification. **With Plain HPLC, as performed by Certified Laboratories, Inc., you only rely on retention time/retention index (RI) value and wavelength spectrum**.

Review of Certified Laboratories, Inc. analysis demonstrates that there is no indication of the confirmation of CV (gentian violet) by LC/MS/MS. *See* Attachment J. The

Division of Dockets Management
Food and Drug Administration
September 4, 2007
Page – 4 –

possibility of one lab finding a positive and another finding a negative is possible since running a sample using an LC/MS/MS provides the capability of confirming a positive or negative result. Further, the LIB #4363 requires confirmation testing and none was conducted by Certified Laboratories, Inc.

Finally, the levels of (CV) gentian violet range from 3.8 -290 ppb, an incredible conclusion that warrants retesting.

    4.    <u>SGS Third Party Analysis Following LIB #4363 Revealed Negative Results for CV (gentian violet)</u>

Allied Pacific Food Co., LTD. conducted laboratory analysis of AQZ-0250569-4 and AQZ-0250573-6 on August 16, 2007 upon verbal preliminary test results received from Certified Laboratories, Inc. The results from SGS demonstrate that the product did not contain CV (gentian violet) and the tolerance was set at <0.5 ppb utilizing FDA methodology in LIB #4363. *See* Attachment K.

    5.    <u>Michelson Laboratories, Inc. Analysis Following LIB #4363 Revealed Negative Results for CV (gentian violet)</u>

Allied Pacific Food Co., LTD. conducted laboratory analysis of entry AQZ-0250569-4 and AQZ-0250573-6 on August 30, 2007 in support of this FD-766 and to ensure that a U.S. laboratory conducted the testing as a recognized U.S. FDA third party laboratory, although FDA has no authority or certification requirements for third party laboratories.[1] The results from Michelson Laboratories Inc., demonstrate that the product did not contain CV (gentian violet) and the tolerance was set at <1.00 ppb utilizing FDA methodology in LIB #4363. Counsel is awaiting the final documentation from Michelson Laboratories, Inc. and will supplement this FD-766 accordingly.

**Legal Analysis and Comment**

    1. Import Alert 16-131 is Unlawful

The current Import Alert 16-131 is unlawful and contains binding requirements that have not been properly promulgated in accordance with APA requirements. Agency accountability is one of the fundamental goals of the notice-and-comment procedure of

---

[1] *See* ORA Laboratory Manual, Section 7, *available at* http://www.fda.gov/ora/science_ref/lm/vol3/section/07.pdf; *see also* 69 Fed. Reg. 23460, Requirements Pertaining to Sampling Services and Private Laboratories Used in Connection With Imported Food (citing FDA's proposed rule to regulate third party laboratories tasked with sampling and analyzing FDA regulated food imports).

Division of Dockets Management
Food and Drug Administration
September 4, 2007
Page – 5 –

section 553 of the APA.[2] Because FDA exercises broad powers to create regulations, the APA requires that FDA-made rules undergo both notice and comment and the opportunity for judicial review. Courts have consistently upheld APA challenges against FDA's use of a *specific* Alert.[3]  In other cases, courts have required the FDA to follow APA notice provisions to rules that FDA chose to label as guidance, policy statements, or interpretative rules.[4]

Import Alert 16-131 is no different than the Import Alert that was held unlawful in 1988. In *Bellarno,* the result of the challenge rested, in part, upon the words "automatic detention" contained within Alert # 66-14.[5] The Alert "dictated" that agency personnel should automatically detain and refuse all U.S. Goods Returned drug products when the importer could not supply a complete chain of custody.[6] **The court disagreed with FDA's contention that FDA enjoys "plenary authority" to automatically detain a product**.[7]

> 2.    A One Test Rule is Arbitrary and Capricous

Notwithstanding the current imposition of the unlawful Import Alert 16-131, FDA has stated that is unlawful to test imported product and then subsequently retest the product. *See* Exhibit B.

---

[2] SENATE COMM. ON THE JUDICIARY, 79TH CONG., 2D SESS., S. DOC. NO. 248 (Comm. Print 1945), *reprinted in* LEGISLATIVE HISTORY OF THE ADMINISTRATIVE PROCEDURE ACT 18-20 (1946).

[3] See *Bellarno Int'l, Ltd. v. Food & Drug Admin.,* 678 F. Supp. 410 (E.D.N.Y. 1988); *see also, e.g., Community Nutrition Inst. v. Young,* 818 F.2d 943, 947-48 (D.C. Cir. 1987); *Syncor Int'l Corp. v. Shalala,* 127 F.3d 90, 93-94 (D.C. Cir. 1997).

[4] *Id.* Courts characterizing them as rules that violate the notice-and-comment provision have struck down FDA Alerts and other "guidance" documents. Notwithstanding, FDA seems to have a preference for labeling rules as "guidance."

[5] *Bellarno Int'l, Ltd. v. Food and Drug Admin.,* 678 F. Supp. 410 at 415 (E.D.N.Y. 1988).

[6] See FDA REGULATORY PROCEDURES MANUAL, *supra* note 19, ch. 9, subch. *Import Information Directives.* Like current Alerts, # 66-14 was labeled as "guidance."

[7] *See Bellarno,* 678 F. Supp. at 411-13.

Division of Dockets Management
Food and Drug Administration
September 4, 2007
Page – 6 –

Import Alert 16-131 requires importers to test product in accordance with FDA approved laboratory procedures.[8]  However, FDA exercises no control whatsoever over the third party testing facilities that importers are required to hire to conduct third party testing.[9]

Thunder Bay Seafood Co., Inc. contracted a third party laboratory to analyze their product and the laboratory failed to follow FDA approved procedures. Thunder Bay Seafood Co., Inc. is a party to an informal adjudication under the Administrative Procedures Act (APA). 5 USC § 554(a).  The evidence that Thunder Bay Seafood Co., Inc. supplied to the FDA was premised on the understanding that Certified Laboratories would follow FDA approved procedures.  This did not occur.  This is an example of why the agency (FDA) needs to promulgate lawful rules concerning the third party testing of imported product to ensure consistent controls are in place and that importer's such as Thunder Bay Seafood Co., Inc. are not adversely affected by unlawful requirements imposed by Import Alerts and subsequent non-compliance by unregulated third party laboratories.  __Any "one-test" requirement is arbitrary and capricious and a violation of Thunder Bay Seafood Co., Inc.'s due process rights__.[10]

Thunder Bay Seafood Co., Inc. is the owner of any and all information that is a product of the analytical services provided by a third party laboratory as to Thunder Bay Seafood Co., Inc. product. The relative rights of Thunder Bay Seafood Co., Inc. and a third party laboratory are governed by the relationships among those companies, and FDA has no jurisdiction or authority to alter those rights. [11]

The APA specifically restricts *ex parte* communications in adjudicatory processes and does not allow third parties, such as a third party laboratory, to participate in the adjudication process. 5 USC § 557(d)(1).  In the case at hand, the laboratory results were sent directly to FDA without Thunder Bay Seafood Co., Inc.'s review.  The results were misappropriated.

---

[8]FDA        Import        Alert        16-131        *available*        *at* http://www.fda.gov/ora/fiars/ora_import_ia16131.html.

[9]  *See*        ORA        Laboratory        Manual,        Section        7,        *available*        *at* http://www.fda.gov/ora/science_ref/lm/vol3/section/07.pdf; *see also* 69 Fed. Reg. 23460, Requirements Pertaining to Sampling Services and Private Laboratories Used in Connection With Imported Food (citing FDA's proposed rule to regulate third party laboratories tasked with sampling and analyzing FDA regulated food imports).

[10] See, e.g., Kolender v. Lawson, 461 U.S. 352, 357 (1983).

[11] *A.L. Laboratories, Inc. v. Philips Roxane, Inc.*, 803 F.2d 378, 382 (8th Cir. 1986).

Division of Dockets Management
Food and Drug Administration
September 4, 2007
Page – 7 –


## Conclusion

Undersigned counsel respectfully requests that the Commissioner of Food and Drugs stay the effective date of any potential refusal of Entry AQZ-0250069-5 because:

(1) Substantial evidence has been presented to demonstrate the absence of contaminants in the referenced product;
(2) Thunder Bay Seafood Co., Inc. is requesting to provide additional testing under FDA approved procedures in addition to the existing 3 negative tests supplied to FDA;
(3) Import Alert 16-131 is unlawful; and
(4) A "one-test" rule is arbitrary and capricious and unlawful

Finally, we believe the Commissioner of Food and Drugs is compelled to grant a stay in this proceeding pursuant to 21 CFR § 10.35(e) because the following factors apply:

(1) Thunder Bay Seafood Co., Inc. will otherwise suffer irreparable injury because the Chinese government has imposed a rule that all "FDA refusals" as reported on FDA's OASIS Refusal page will result in a one year ban of exports.   Allied Pacific Food Co., LTD is the main supplier of products to Thunder Bay Seafood Co., Inc. and any arbitrary refusal will result in immediate and irreparable harm to Thunder Bay Seafood Co., Inc.;
(2) Thunder Bay Seafood Co., Inc.'s request and presentation of factual and legal issues are not frivolous and are being pursued in good faith;
(3) Thunder Bay Seafood Co., Inc. has demonstrated sound public policy grounds supporting the stay in that Import Alert 16-131 is unlawful because it violates the APA and procedural fairness and due process; and
(4) The delay resulting from the stay is not outweighed by public health or other public interests.   In fact, public health interest requires the FDA to allow for retesting and to ensure that all third party laboratories are utilizing FDA approved methodologies because a false negative resulting from unapproved FDA methodologies is a serious health and safety issue as is a false positive result affecting our company's constitutional and statutory rights and economic well being.

Very truly yours,


Christine M. Humphrey, Esq.
1001 Brickell Bay Drive
Suite 2002
Miami, FL 33131
(305)350-5690
chumphrey@fuerstlaw.com

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I. (a) PLAINTIFFS Allied Pacific Food (Dalian) Co., Ltd., a foreign Limited Company | DEFENDANTS U.S. Food and Drug Administration, Andrew C. Von Eschenbach, M.D., U.S. Department of Health and Human Services, and |
|---|---|

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 99999
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT DC
(IN U.S. PLAINTIFF CASES ONLY)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Andrew S. Ittleman, Fuerst Humphrey
Ittleman, PL, 1001 Brickell Bay Drive,
Miami, FL 33131  305-350-5690

Case: 1:07-cv-01982
Assigned To : Kennedy, Henry H.
Assign. Date : 11/2/2007
Description: Admn. Agency Review

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff

□ 3 Federal Question
(U.S. Government Not a Party)

(X) 2 U.S. Government Defendant

□ 4 Diversity
(Indicate Citizenship of Parties in Item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | (X) | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | (X) | □ 3 | Foreign Nation | □ 6 | □ 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| □ A. Antitrust | □ B. Personal Injury/ Malpractice | (X) C. Administrative Agency Review | □ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| □ 410 Antitrust | □ 310 Airplane<br>□ 315 Airplane Product Liability<br>□ 320 Assault, Libel & Slander<br>□ 330 Federal Employers Liability<br>□ 340 Marine<br>□ 345 Marine Product Liability<br>□ 350 Motor Vehicle<br>□ 355 Motor Vehicle Product Liability<br>□ 360 Other Personal Injury<br>□ 362 Medical Malpractice<br>□ 365 Product Liability<br>□ 368 Asbestos Product Liability | □ 151 Medicare Act<br><br>**Social Security:**<br>□ 861 HIA (1395ff)<br>□ 862 Black Lung (923)<br>□ 863 DIWC/DIWW (405(g)<br>□ 864 SSID Title XVI<br>□ 865 RSI (405(g)<br><br>**Other Statutes**<br>□ 891 Agricultural Acts<br>□ 892 Economic Stabilization Act<br>□ 893 Environmental Matters<br>□ 894 Energy Allocation Act<br>(X) 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

---

**□ E. General Civil (Other) OR □ F. Pro Se General Civil**

| **Real Property**<br>□ 210 Land Condemnation<br>□ 220 Foreclosure<br>□ 230 Rent, Lease & Ejectment<br>□ 240 Torts to Land<br>□ 245 Tort Product Liability<br>□ 290 All Other Real Property<br><br>**Personal Property**<br>□ 370 Other Fraud<br>□ 371 Truth in Lending<br>□ 380 Other Personal Property Damage<br>□ 385 Property Damage Product Liability | **Bankruptcy**<br>□ 422 Appeal 28 USC 158<br>□ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>□ 535 Death Penalty<br>□ 540 Mandamus & Other<br>□ 550 Civil Rights<br>□ 555 Prison Condition<br><br>**Property Rights**<br>□ 820 Copyrights<br>□ 830 Patent<br>□ 840 Trademark<br><br>**Federal Tax Suits**<br>□ 870 Taxes (US plaintiff or defendant<br>□ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>□ 610 Agriculture<br>□ 620 Other Food &Drug<br>□ 625 Drug Related Seizure of Property 21 USC 881<br>□ 630 Liquor Laws<br>□ 640 RR & Truck<br>□ 650 Airline Regs<br>□ 660 Occupational Safety/Health<br>□ 690 Other<br><br>**Other Statutes**<br>□ 400 State Reapportionment<br>□ 430 Banks & Banking<br>□ 450 Commerce/ICC Rates/etc.<br>□ 460 Deportation | □ 470 Racketeer Influenced & Corrupt Organizations<br>□ 480 Consumer Credit<br>□ 490 Cable/Satellite TV<br>□ 810 Selective Service<br>□ 850 Securities/Commodities/ Exchange<br>□ 875 Customer Challenge 12 USC 3410<br>□ 900 Appeal of fee determination under equal access to Justice<br>□ 950 Constitutionality of State Statutes<br>□ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| □ **G.** *Habeas Corpus/ 2255* | □ **H.** *Employment Discrimination* | □ **I.** *FOIA/PRIVACY ACT* | □ **J.** *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| □ **K.** *Labor/ERISA (non-employment)*<br>□ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ **L.** *Other Civil Rights (non-employment)*<br>□ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ **M.** *Contract*<br>□ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ **N.** *Three-Judge Court*<br>□ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
(X) 1 Original Proceeding  □ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify)  □ Multi district Litigation  □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Action challenging FDA import alert and seeking damages and injunctive relief under 21 USC 301

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** □ YES (X) NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   □ YES (X) NO   If yes, please complete related case form.

DATE 10-31-07   SIGNATURE OF ATTORNEY OF RECORD

11-2-07

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

RECEIVED

NOV - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT