UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLIED PACIFIC FOOD (DALIAN) CO., LTD
a foreign Limited Company,

    Plaintiff,

vs.

U. S. FOOD AND DRUG ADMINISTRATION, ANDREW C. VON ESCHENBACH, M.D., Commissioner, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and MICHAEL O. LEAVITT, Secretary,

    Defendants.
_____/

## ALLIED PACIFIC FOOD (DALIAN) CO. LTD's DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS FILED PURSUANT TO LOCAL CIVIL RULE 7.1

I, the undersigned counsel of record for the Plaintiff, ALLIED PACIFIC FOOD (DALIAN) CO., LTD. ("Allied") certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Allied which have any outstanding securities in the hands of the public:

N/A

This representation is made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____
Andrew S. Ittleman, Esq.
Attorney of Record for
Allied Pacific Food (Dalian) Co., Ltd.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive,
Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)
aittleman@fuerstlaw.com

_____
Eric Bloom, Esq.
DC Bar No. 417819
Winston & Strawn
1700 K. Street, N.W.
Washington, D.C. 20006-3817
T: (202) 282-5000
F: (202) 282-5100
ebloom@winston.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of November, 2007, a true and correct copy of the foregoing was sent via hand delivery to:

U.S. Food and Drug Administration
5600 Fishers Lane
Rockville, MD 20857

Andrew C. Von Eschenbach, M.D.
5600 Fishers Lane
Rockville, MD 20857

United States Department of Health and Human Services
200 Independence Ave., S.W.,
Washington, D.C. 20201

Michael O. Leavitt
200 Independence Ave., S.W.
Washington, D.C. 20201

Peter D. Keisler
United States Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Jeffrey A. Taylor
United States Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20530

/s/ Eric Bloom
Eric Bloom, Esq.
DC Bar No. 417819
Winston & Strawn
1700 K. Street, N.W.
Washington, D.C. 20006-3817
T: (202) 282-5000
F: (202) 282-5100
ebloom@winston.com