IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLIED PACIFIC FOOD (DALIAN)　　　　　　　Civil Action No.:
COMPANY LIMITED,
a foreign Limited Company,

      Plaintiff,

vs.

U. S. FOOD AND DRUG
 ADMINISTRATION, ANDREW C. VON
ESCHENBACH, M.D., Commissioner,
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, and
MICHAEL O. LEAVITT, Secretary,

      Defendants.
_____/

## APPLICATION OF ATTORNEY ANDREW S. ITTLEMAN FOR ADMISSION *PRO HAC VICE*

    Attorney Andrew S. Ittleman, pursuant to Rule 83.2(c) of this Court's Special Rules Governing the Admission and Practice of Attorneys, respectfully applies for leave to appear *pro hac vice* as counsel for Allied Pacific Food (Dalian) Co., Ltd.

    Mr. Ittleman is an active member in good standing of the Florida Bar, Bar Number 802441. In addition, Mr. Ittleman is an active member in good standing of the United States District Court for the Southern District of Florida. Mr. Ittleman was admitted to the United States District Court for the Southern District of Florida on January 27, 2005.

    In the past two years, Mr. Ittleman has been admitted *pro hac vice* two times in this District in related cases; *see, United States v. All Funds Seized...*, Civil Case No. 05-02497; *United States v. e-gold Ltd., et al.*, Criminal Case No. 07-109. Mr. Ittleman also has one *pro hac vice* application pending in a case which is directly related to the first two cases for which he was admitted *pro hac vice*; *United States v. All Property...*, Civil Case No. 07-01337. Each of those cases is presently before the Honorable Rosemary Collyer, United States District Judge for the District of Columbia.

Mr. Ittleman has no grievances pending against him and has never been disciplined. Mr. Ittleman works with the law firm of Fuerst Humphrey Ittleman, PL, 1001 Brickell Bay Drive, Suite 2002, Miami, FL 33131. Telephone number (305) 350-5694, facsimile (305) 371-8989.

Mr. Ittleman designates Eric Bloom, Esq., a member of the bar of this Court for the practice of law as the local attorney with whom the Court and opposing counsel may communicate regarding the conduct of the case and upon whom papers may be served.

By his signature on the certification attached as Exhibit 1, Andrew S. Ittleman certifies that he has studied the Local Rules of the United States District Court for the District of Columbia. By his signature below, Eric Bloom, Esq. consents to his designation as local counsel.

Respectfully submitted,

/s/ Eric Bloom
Eric Bloom, Esq.
D.C. Bar No. 417819
Winston & Strawn
1700 K. Street, N.W.
Washington, D.C. 20006-3817
T: (202) 282-5000
F: (202) 282-5100
ebloom@winston.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**APPLICATION OF ATTORNEY ANDREW S. ITTLEMAN FOR ADMISSION *PRO HAC VICE***

was served on this 1st day of November, 2007 via hand delivery to the following recipients:

U.S. Food and Drug Administration
5600 Fishers Lane
Rockville, MD 20857

Andrew C. Von Eschenbach, M.D.
5600 Fishers Lane
Rockville, MD 20857

United States Department of Health and Human Services
200 Independence Ave., S.W.,
Washington, D.C. 20201

Michael O. Leavitt
200 Independence Ave., S.W.
Washington, D.C. 20201

Peter D. Keisler
United States Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Jeffrey A. Taylor
United States Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20530

_____
Eric Bloom, Esq.
Winston & Strawn
1700 K. Street, N.W.
Washington, D.C. 20006-3817

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLIED PACIFIC FOOD (DALIAN)          Civil Action No.:
COMPANY LIMITED,
a foreign Limited Company,

       Plaintiff,

vs.

U. S. FOOD AND DRUG
ADMINISTRATION, ANDREW C. VON
ESCHENBACH, M.D., Commissioner,
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, and
MICHAEL O. LEAVITT, Secretary,

       Defendants.
_____/

## CERTIFICATION OF ATTORNEY ANDREW S. ITTLEMAN IN SUPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE*

       I, Andrew S. Ittleman, Esq. pursuant to rule 83.2 of this Court's Special Rules Governing the Admission and Practice of Attorneys, hereby certify that I am a member in good standing of the bar of the State of Florida.

       I have no grievances pending against me and have never been disciplined.

       I am a member of the Bars of the State of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the District of Colorado, and the Court of Appeals for the District of Columbia Circuit.

       In the past two years, I have been admitted *pro hac vice* two times in this District in related cases; *see, United States v. All Funds Seized...*, Civil Case No. 05-02497; *United States v. e-gold Ltd., et al.*, Criminal Case No. 07-109. I have one *pro hac vice* application pending in a case which is directly related to the first two cases for which I was admitted *pro hac vice*; *United States v. All Property...*, Civil Case No. 07-01337.

Each of those cases is presently before the Honorable Rosemary Collyer, United States District Judge for the District of Columbia.

I have studied the Local Rules for the United States District Court for the District of Columbia.

_____
ANDREW S. ITTLEMAN, ESQ.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLIED PACIFIC FOOD (DALIAN)      Civil Action No.:
COMPANY LIMITED,
a foreign Limited Company,

      Plaintiff,

vs.

U. S. FOOD AND DRUG
ADMINISTRATION, ANDREW C. VON
ESCHENBACH, M.D., Commissioner,
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, and
MICHAEL O. LEAVITT, Secretary,

      Defendants.
_____/

## ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF ANDREW S. ITTLEMAN

THIS CAUSE has come before the Court upon the application of Andrew S. Ittleman, Esq., counsel for Allied Pacific Food (DALIAN) Company, Limited, for permission to appear and participate *pro hac vice* in the above-styled case. Having reviewed the application and certifications and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the application of Andrew S. Ittleman for Admission *Pro Hac Vice* is hereby granted. Andrew S. Ittleman is granted leave to appear in this action *pro hac vice* as counsel for Allied Pacific Food (Dalian) Company, Limited.

DONE and ORDERED in chambers at the United States District Courthouse, Washington, D.C., this _____ day of _____, 2007.

                                           _____
                                           United States District Judge

Copies to:
Counsel of Record