# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____<br>)<br>ALLIED PACIFIC FOOD (DALIAN) CO.,  )<br>LIMITED,                              )<br>                                     )<br>            Plaintiff,              )<br>                                     )<br>    v.                               )<br>                                     )<br>UNITED STATES FOOD AND DRUG          )<br>ADMINISTRATION, *et al.*,            )<br>                                     )<br>            Defendants.             )<br>_____) | Civil Action No. 07-1982 (HHK) |

## PRAECIPE

The Clerk will please enter the appearance of **Andrew E. Clark,** Attorney, United States

Department of Justice, as counsel for defendants in the above-entitled case.

Respectfully submitted,

_____/s/_____
ANDREW E. CLARK
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C.  20044
(202) 307-0067

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Praecipe to be served via the District Court's electronic filing (ECF) system upon:

Eric W. Bloom
WINSTON & STRAWN, LLP
1700 K Street, NW
Washington, D.C. 20006
*Counsel for Plaintiff Allied Pacific Food (Dalian) Co., Limited*

this 21st day of November, 2007.

_____/s/_____
Andrew E. Clark