IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIED PACIFIC FOOD (DALIAN), COMPANY LIMITED, a foreign Limited Company, | Civil Action No.: 07-1982 (HHK) |
| Plaintiff, | |
| vs. | |
| U. S. FOOD AND DRUG ADMINISTRATION, ANDREW C. VON ESCHENBACH, M.D., Commissioner, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and MICHAEL O. LEAVITT, Secretary, | |
| Defendants. _____/ | |

## PLAINTIFF'S AGREED MOTION FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS

COMES NOW the Plaintiff, ALLIED PACIFIC FOOD (DALIAN) COMPANY, LIMITED, by and through its undersigned counsel, and moves this Court to enter an order extending the time for the Plaintiff to file its opposition to the Defendants' motion to dismiss. In support of this agreed motion, undersigned counsel states as follows:

1. The plaintiff filed its complaint in this case on November 1, 2007.

2. The defendants filed their motion to dismiss on January 2, 2008.

3. The plaintiff's opposition to the defendants' motion to dismiss is presently due to be filed on January 16, 2008. However, given the length and scope of the defendants' motion, and given the fact that the parties are presently engaged in settlement discussions, the plaintiff requires an extension of time to file its opposition.

4. Counsel for the plaintiff (Mitchell S. Fuerst, Esq.) conferred with counsel for the defendants (Andrew Clark, Esq.) on January 14, 2008 regarding the plaintiff's request for an extension of time. At that time, Messrs Fuerst and Clark agreed to the following terms:

    a. Plaintiff's opposition to the defendants' motion to dismiss should be due on February 4, 2008.

    b. Defendants' reply to the Plaintiff's opposition to the defendants' motion to dismiss should be due on February 19, 2008.

5. Accordingly, the Plaintiff therefore respectfully requests that this Court enter an order enter an order re-setting the briefing schedule so that it comports with the terms agreed to by the parties.

WHEREFORE, for the foregoing reasons, the Plaintiff, ALLIED PACIFIC FOOD (DALIAN) COMPANY, LIMITED, by and through its undersigned counsel, respectfully requests that this Court enter an order extending a) the due date for the plaintiff's opposition to the Defendants' motion to February 4, 2008, and b) the due date for the defendants' reply to the Plaintiff's motion to February 19, 2008.

Dated this 14th day of January, 2008.

        Respectfully submitted,

        *Andrew S. Ittleman, Esq.*
        Andrew S. Ittleman, Esq.
        Attorney of Record for
        Allied Pacific Food (Dalian) Co., Ltd.
        Florida Bar No. 802441
        Fuerst Humphrey Ittleman, PL
        1001 Brickell Bay Drive,
        Suite 2002
        Miami, FL 33131
        305-350-5690 (o)

305-371-8989 (f)
aittleman@fuerstlaw.com

*Eric Bloom, Esq.*
Eric Bloom, Esq.
DC Bar No. 417819
Winston & Strawn
1700 K. Street, N.W.
Washington, D.C. 20006-3817
T: (202) 282-5000
F: (202) 282-5100
ebloom@winston.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing agreed motion (and attached proposed order) to be served via the District Court's electronic filing system upon:

Andrew E. Clark
Senior Trial Counsel
Office of Consumer Litigation
U.S. Department of Justice
PO Box 386
Washington, DC 20044
andrew.clark@usdoj.gov

this 14th day of January, 2008.

*Eric Bloom, Esq.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIED PACIFIC FOOD (DALIAN), COMPANY LIMITED, a foreign Limited Company, | Civil Action No.: 07-1982(HHK) |
| Plaintiff, | |
| vs. | |
| U. S. FOOD AND DRUG ADMINISTRATION, ANDREW C. VON ESCHENBACH, M.D., Commissioner, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and MICHAEL O. LEAVITT, Secretary, | |
| Defendants._____/ | |

## ORDER GRANTING PLAINTIFF'S AGREED MOTION FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS

THIS CAUSE came before the Court on the Plaintiff's agreed motion for an extension of time to file its opposition to the Defendants' motion to dismiss. Being advised in the premises, it is hereby Ordered and Adjudged as follows:

The Plaintiff's agreed motion is GRANTED.

The Plaintiff's opposition to the defendants' motion to dismiss must be filed no later than February 4, 2008. The Defendants' reply to the Plaintiff's opposition will then be due no later than February 19, 2008.

SO ORDERED this _____ day of February, 2008.

_____
HENRY H. KENNEDY
United States District Judge