UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIED PACIFIC FOOD (DALIAN) CO., LIMITED**, a foreign Limited Company,<br><br>　　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,**<br><br>　　　　　　　**Defendants.** | **Civil Action 07-01982 (HHK)** |

### ORDER

Before the court is defendants' motion to dismiss [#5]. It is this 29th day of February 2008 hereby

**ORDERED** that this motion is **DENIED** as **MOOT** in light of plaintiff's First Amended Complaint [#10], docketed on February 25, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge