UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIED PACIFIC FOOD (DALIAN) COMPANY, LIMITED, )<br><br>    Plaintiff, )<br><br>    v. )<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et. al.*, )<br><br>    Defendants. ) | Civil Action No. 07-1982 (HHK) |

**DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REPLY**

    Defendants hereby move for a 5-day extension of time to file a reply in support of their motion to dismiss the amended complaint in this case. Defendants have consulted with counsel for plaintiff concerning this matter and plaintiff does not object to the requested extension.

    Plaintiff filed its original complaint on November 1, 2007. Defendants moved to dismiss the complaint on January 2, 2008. Thereafter, plaintiff sought and obtained defendants' consent to extend plaintiff's time for responding to the motion to dismiss. Under the schedule agreed upon by the parties and endorsed by the Court, plaintiff's time to respond to the motion was extended by 19 days, giving plaintiff a total of 33 days to file its opposition memorandum, and defendants were given 15 days to file their reply. Plaintiff subsequently obtained an additional 21-day extension from the court.

    On February 25, 2008, in lieu of filing an opposition to defendants' motion to dismiss, plaintiff amended its complaint. Defendants timely moved to dismiss the amended complaint on March 12, 2008, and plaintiff filed its memorandum in opposition on March 24, 2008. Under the Local Rules, defendants' reply is due April 3, 2008. Defendants hereby move for a five-day

extension of their filing deadline to April 8, 2008, thereby giving defendants the 15-day reply period originally contemplated by the parties and the Court.  Plaintiff does not oppose defendants' request.

Accordingly, defendants respectfully request that the court extend the deadline for defendants' reply to April 8, 2008.

| Of Counsel: | Respectfully submitted, |
|---|---|
| JAMES C. STANSEL<br>Acting General Counsel | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| GERALD F. MASOUDI<br>Associate General Counsel<br>Food and Drug Division | C. FREDERICK BECKNER III<br>Deputy Assistant Attorney General |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | EUGENE M. THIROLF<br>Director |
| KAREN E. SCHIFTER<br>Associate Chief Counsel, Litigation<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>(301) 827-1152 | /s/<br>ANDREW E. CLARK<br>Senior Trial Counsel<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>PO. Box 386<br>Washington, D.C.  20044<br>(202) 307-0067 |
| March 31, 2008 | andrew.clark@usdoj.gov |

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing Unopposed Motion to Extend Time to File Reply to be served via the District Court's electronic filing (ECF) system upon:

Eric W. Bloom
WINSTON & STRAWN, LLP
1700 K Street, NW
Washington, D.C.  20006
*Counsel for Plaintiff Allied Pacific Food (Dalian) Co., Limited*

this 31st day of March, 2008.

                                              /s/
                                    Andrew E. Clark

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIED PACIFIC FOOD (DALIAN) COMPANY, LIMITED,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et. al.*,<br><br>   Defendants. | Civil Action No. 07-1982 (HHK) |

**ORDER**

  Upon consideration of Defendants' Unopposed Motion for Extension of Time to File Reply, it is hereby

  **ORDERED** that the motion is granted.  The deadline for defendants to file their reply shall be extended by an additional 5 days to April 8, 2008.


Dated this ____ day of _____, 2008.


                    _____
                    HENRY H. KENNEDY
                    United States District Judge