IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLIED PACIFIC FOOD (DALIAN),     Civil Action No.: 07-1982(HHK)
COMPANY LIMITED,
a foreign Limited Company,

       Plaintiff,

vs.

U. S. FOOD AND DRUG
ADMINISTRATION, ANDREW C. VON
ESCHENBACH, M.D., Commissioner,
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, and
MICHAEL O. LEAVITT, Secretary,

       Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR ORAL ARGUMENT ON THE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff, ALLIED PACIFIC FOOD (DALIAN), COMPANY LIMITED, ("Allied"), by and through undersigned counsel, respectfully moves the Court to permit and schedule an oral argument on the Defendants' motion to dismiss the Plaintiff's Amended Complaint. In support of this motion, Allied respectfully states as follows:

The Defendants in this case filed their motion to dismiss the amended complaint on March 12, 2008. The Plaintiff filed its timely opposition to that motion on March 24, 2008, and the Defendants filed their reply on April 8, 2008. The merits of the parties' arguments aside, a review of the parties' papers clearly reveals that that the parties are vehemently opposed on virtually every single subject at issue in this very complex legal dispute.

Most particularly, the parties' papers reveal that the parties do not even agree on the very nature of what this case is about. The Plaintiff, on the one hand, believes that this case is about

1

FUERST, HUMPHREY, ITTLEMAN, PL
1001 BRICKELL BAY DRIVE, STE. 2002, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM

the "FDA's creation of a substantive rule, disguised as an Import Alert (Import Alert 16-131), enacted in contravention of the [APA], which since the date of its enactment has led to the detention without physical examination of every single United States-bound shipment of Allied's product," as well as every United States-bound shipment of every other Chinese aquaculture manufacturer, except for the sole Chinese manufacturer exempted by name from the Import Alert. Allied's Opposition, at p.1. The Defendants, on the other hand, assert that Allied has challenged "FDA decision-making processes regarding the detention and admissibility of aquaculture from China," and that the APA is therefore inapplicable. Defendants' Reply, at p.1.

The parties are no less at odds in their positions regarding Counts Two, Three and Four of Allied's Amended Complaint, and Allied therefore respectfully asserts that the Court would benefit from the complete airing of this sophisticated and complex legal dispute in open court by counsel to the parties. Additionally, Allied respectfully asserts that the parties will require a total of forty-five (45) minutes to fully argue the Defendants' motion to dismiss Allied's Amended Complaint.

On April 16, 2008, undersigned counsel (Andrew Ittleman, Esq.) telephoned counsel for the Defendants (Andrew Clark, Esq.) seeking Mr. Clark's agreement on the instant motion. During that telephone call, Mr. Clark advised undersigned counsel that the Defendants did not oppose the motion. In an email sent to undersigned counsel shortly after that telephone call, Mr. Clark qualified the Defendants' non-opposition as follows: "I will not oppose your request for oral argument, I do not join the request and do reserve the right to respond to whatever you might say concerning the reasons why you think oral argument is needed." Accordingly, although this motion was properly filed as an unopposed one, the Defendants have reserved the right to oppose it should they have any opposition to the contents.

FUERST, HUMPHREY, ITTLEMAN, PL
1001 BRICKELL BAY DRIVE, STE. 2002, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM

WHEREFORE, for the foregoing reasons, the Plaintiff, ALLIED PACIFIC FOOD (DALIAN) COMPANY, LIMITED, by and through its undersigned counsel, respectfully requests that this Court enter an order scheduling a ninety minute oral argument on the motion to dismiss filed by the Defendants.

Dated this 16th day of April, 2008.

Respectfully submitted,

*Andrew S. Ittleman, Esq.*
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Attorney of Record for
Allied Pacific Food (Dalian) Co., Ltd.
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive,
Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)
aittleman@fuerstlaw.com

*Eric Bloom, Esq.*
Eric Bloom, Esq.
DC Bar No. 417819
Winston & Strawn
1700 K. Street, N.W.
Washington, D.C. 20006-3817
T: (202) 282-5000
F: (202) 282-5100
ebloom@winston.com

3

FUERST, HUMPHREY, ITTLEMAN, PL
1001 BRICKELL BAY DRIVE, STE. 2002, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing agreed motion (and attached proposed order) to be served via the District Court's electronic filing system upon:

Andrew E. Clark
Senior Trial Counsel
Office of Consumer Litigation
U.S. Department of Justice
PO Box 386
Washington, DC 20044
andrew.clark@usdoj.gov

this 16th day of April, 2008.

*Andrew S. Ittleman, Esq.*

4

FUERST, HUMPHREY, ITTLEMAN, PL
1001 BRICKELL BAY DRIVE, STE. 2002, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALLIED PACIFIC FOOD (DALIAN), COMPANY LIMITED, a foreign Limited Company, | Civil Action No.: 07-1982(HHK) |
| Plaintiff, | |
| vs. | |
| U. S. FOOD AND DRUG ADMINISTRATION, ANDREW C. VON ESCHENBACH, M.D., Commissioner, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and MICHAEL O. LEAVITT, Secretary, | |
| Defendants. _____/ | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ORAL ARGUMENT ON THE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Upon consideration of the Plaintiff's unopposed motion for oral argument on the Defendants' motion to dismiss the Plaintiff's Amended Complaint, it is hereby ORDERED that the Plaintiff's motion for oral argument is GRANTED.

Oral arguments in this case will be held on the _____ day of _____, 2008 at ___:___ am/pm.

SO ORDERED this _____ day of _____, 2008.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE