**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **ALLIED PACIFIC FOOD (DALIAN) CO., LIMITED, a foreign Limited Company,**<br><br>              **Plaintiff,**<br><br>     **v.**<br><br>**UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,**<br><br>              **Defendants.** |

**Civil Action 07-01982 (HHK)**

**ORDER**

Plaintiff has filed a Motion to Strike Exhibit 1 of the Defendants' Reply in Support of the Defendants' Motion to Dismiss the Plaintiff's Amended Complaint [#16].  Plaintiff's motion fails to comply with LCvR 7.  Specifically, plaintiff has failed to comply with LCvR 7(a), which requires that "[e]ach motion . . . include or be accompanied by a statement of the specific points of law and authority that support the motion."   Plaintiff has also failed to comply with LcvR 7(m), which requires that "[b]efore filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel. . . A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed."

Accordingly, it is this 17th day of April 2008, hereby

**ORDERED** that plaintiff's motion to strike [#16] is **DENIED** without prejudice..

Henry H. Kennedy, Jr.
United States District Judge