# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
ALLIED PACIFIC FOOD (DALIAN)   )
COMPANY, LIMITED,   )
   )
     Plaintiff,   )
   )
     v.   )   Civil Action No. 07-1982 (HHK)
   )
UNITED STATES FOOD AND DRUG   )
ADMINISTRATION, *et. al.*,   )
   )
     Defendants.   )
_____)

## DEFENDANTS' RESPONSE TO PLAINTIFF'S UNOPPOSED MOTION FOR ORAL ARGUMENT ON THE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants neither oppose nor join plaintiff's request for oral argument on defendants' pending motion to dismiss. As we advised plaintiff's counsel, the government would be happy to present oral argument in this matter should the Court wish to hear argument. We do not agree with plaintiff, however, that there is any especially compelling need for argument on the government's motion. Contrary to plaintiff's characterization of the issues as "sophisticated and complex," the question of whether plaintiff has established subject matter jurisdiction over its claims is, in our view, relatively straightforward and fully vetted in the parties' briefs.

That said, the government has no objection whatsoever to the Court scheduling argument in this matter if, in the Court's judgment, it would aid consideration of the motion.

Of Counsel:                                    Respectfully submitted,

JAMES C. STANSEL                               JEFFREY S. BUCHOLTZ
Acting General Counsel                         Acting Assistant Attorney General

GERALD F. MASOUDI                              C. FREDERICK BECKNER III
Associate General Counsel                      Deputy Assistant Attorney General
Food and Drug Division

                                               EUGENE M. THIROLF
ERIC M. BLUMBERG                               Director
Deputy Chief Counsel, Litigation


KAREN E. SCHIFTER
Associate Chief Counsel, Litigation            _____/s/_____
U.S. Dept. of Health & Human Services          ANDREW E. CLARK
Office of the General Counsel                   Senior Trial Counsel
5600 Fishers Lane                              Office of Consumer Litigation
Rockville, MD  20857                           U.S. Department of Justice
(301) 827-1152                                 PO. Box 386
                                               Washington, D.C.  20044
                                               (202) 307-0067
April 17, 2008                                 andrew.clark@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing Response to Plaintiff's Unopposed Motion for Oral Argument on the Defendants' Motion to Dismiss Plaintiff's Amended Complaint to be served via the District Court's electronic filing (ECF) system upon:

Eric W. Bloom
WINSTON & STRAWN, LLP
1700 K Street, NW
Washington, D.C.  20006
*Counsel for Plaintiff Allied Pacific Food (Dalian) Co., Limited*

and

Andrew S. Ittleman
FUERST HUMPHREY ITTLEMAN, PL
1001 Brickell Bay Drive
Suite 2002
Miami, FL 33131
*Counsel for Plaintiff Allied Pacific Food (Dalian) Co., Limited*

this 17th day of March, 2008.

_____/s/_____
Andrew E. Clark